UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-JRG<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

Pursuant to the Court's Standing Order Regarding Readiness for Scheduling Conference, Plaintiffs ParTec AG ("ParTec") and BF exaQC AG ("BFX"), hereby notifies the Court that this action is ready for a scheduling conference. A scheduling conference has already been set in this case for Wednesday, September 18, 2024, but Plaintiff files this Notice out of an abundance of caution.

There are no pending motions.

The patents involved in this case are:

- U.S. Patent No. 10,142,156
- U.S. Patent No. 11,934,883
- U.S. Patent No. 11,537,442

There are no related cases previously filed in the Eastern District of Texas involving the same patents.

Dated: August 19, 2024

Respectfully submitted,

*/s/ Justin Nelson w/permission Claire Abernathy Henry*
Justin A. Nelson – Lead Counsel
Texas State Bar No. 24034766
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
Alexander W. Aiken
Washington State Bar No. 55988
SUSMAN GODFREY, L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

S. Calvin Capshaw
Texas State Bar No. 03783900
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com

Of Counsel:

Claire Abernathy Henry
Texas State Bar No. 24053063
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@wsfirm.com

*Attorneys for Plaintiffs ParTec AG and BF exaQC AG*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on August 19, 2024.

/s/ *Claire Abernathy Henry*
Claire Abernathy Henry