UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-JRG<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF**
**PROPOSED AGREED DOCKET CONTROL ORDER**

Plaintiffs ParTec AG and BF exaQC AG ("Plaintiffs") and Defendant Microsoft Corporation file this Joint Motion for Entry of Proposed Agreed Docket Control Order.

Pursuant to the Court's August 8, 2024 Order, Dkt. No. 15, the parties have met and conferred and agree upon the attached Proposed Order. The parties respectfully request that the Court move (1) the date to file dispositive motions and motions to strike expert testimony from December 29, 2025, to January 7, 2026, and (2) the date to file responses to such motions from January 12, 2025, to January 21, 2026—*i.e.*, nine days each.

Good cause exists for these short extensions. First, the parties have agreed to move back the dates for expert reports and the close of expert discovery to allow time following the close of fact discovery to incorporate information in expert reports (instead of having opening expert reports due on the same day as the close of fact discovery). It is thus necessary to similarly move the above motion deadlines. Second, moving the motion deadlines, as proposed, allows those motions to be filed after Christmas and New Years, instead of in the middle of the winter holidays. Finally, briefing on dispositive and expert motions will still be completed well in advance of the pretrial conference—approximately one month before the conference and approximately one week

later than originally scheduled only—and will not delay the filing of the joint pretrial order, the pretrial conference, or trial.

Having agreed upon the terms included, the undersigned parties respectfully request the Court grants this Motion and enter the attached Proposed Order.

Dated: October 2, 2024                                    Respectfully submitted,

/s/ Alexander W. Aiken                                    /s/ Betty Chen (w/ permission)
Justin A. Nelson – Lead Counsel                           Melissa R. Smith
Texas State Bar No. 24034766                              State Bar No. 24001351
SUSMAN GODFREY, L.L.P.                                    melissa@gillamsmithlaw.com
1000 Louisiana Street, Suite 5100                         GILLAM & SMITH LLP
Houston, Texas 77002                                      303 South Washington Avenue
Telephone: (713) 651-9366                                 Marshall, TX 75670
Facsimile: (713) 654-6666                                 Tel: (903) 934-8450
jnelson@susmangodfrey.com                                 Fax: (903) 934-9257

Matthew R. Berry                                          Betty Chen
Washington State Bar No. 37364                            LEAD ATTORNEY
Alexander W. Aiken                                        State Bar No. 24056720
Washington State Bar No. 55988                            bchen@desmaraisllp.com
SUSMAN GODFREY, L.L.P.                                    DESMARAIS LLP
401 Union St., Suite 3000                                 101 California Street
Seattle, Washington 98101                                 San Francisco, CA 94111
Telephone: (206) 516-3880                                 Tel: (415) 573-1900
Facsimile: (206) 516-3883                                 Fax: (415) 573-1901
mberry@susmangodfrey.com
aaiken@susmangodfrey.com                                  Jeffrey Seddon (*pro hac vice*)
                                                          jseddon@desmaraisllp.com
Claire Abernathy Henry                                    DESMARAIS LLP
Texas State Bar No. 24053063                              230 Park Avenue
MILLER, FAIR, HENRY PLLC                                  New York, NY 10169
1507 Bill Owens Parkway                                   Tel: (212) 351-3400
Longview, TX 75604                                        Fax: (212) 351-3401
Telephone: (903) 757-6400
Fax: (903) 757-2323                                       *Counsel for Defendant Microsoft Corporation*
claire@millerfairhenry.com

S. Calvin Capshaw
Texas State Bar No. 03783900
CAPSHAW DERIEUX LLP

114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com

*Attorneys for Plaintiffs ParTec AG and BF exaQC AG*

## CERTIFICATE OF SERVICE

This is to certify that on October 2, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ Alexander W. Aiken
Alexander W. Aiken

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the parties conferred concerning the relief request in this motion and it is agreed.

/s/ Alexander W. Aiken
Alexander W. Aiken
