IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PARTEC AG and BF EXAQC AG | § § | |
| v. | § § | CASE NO. 2:24-cv-433-JRG |
| MICROSOFT CORPORATION | § § | |

**ORDER**

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

**So ORDERED and SIGNED this 12th day of November, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE