IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG, | |
| Plaintiffs, | Civil Action No. 2:24-cv-00433-RWS |
| v. | **JURY TRIAL DEMANDED** |
| MICROSOFT CORPORATION, | |
| Defendant. | |

**DEFENDANT MICROSOFT CORPORATION'S MOTION FOR THE COURT TO ISSUE LETTERS OF REQUEST (LETTERS ROGATORY) UNDER THE HAGUE CONVENTION**

Pursuant to Fed. R. Civ. P. 28(b) and the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, Defendant Microsoft Corporation ("Microsoft") respectfully requests that this Court issue the letters rogatory attached hereto as Exhibits 2–6 ("Letters Rogatory"). The Letters Rogatory solicit assistance from the German authorities to obtain documents or deposition testimony from Jülich Supercomputing Centre, Gauss Supercomputing Center, German Research School (GRS), Leibniz Supercomputing Centre (LRZ) and University of Heidelberg regarding the patents-in-suit,[1] which may be material to Microsoft's defenses.

Under the Hague Evidence Convention, a signatory may request that the competent authority of another signatory assist in obtaining evidence from its residents for use in judicial proceedings. The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, art. 1, Mar. 18, 1970, 23 U.S.T. 2555, T.I.A.S. No. 7444 ("Hague Evidence Convention");

---

[1] U.S. Patent Nos. 10,142,156; 11,934,883; and 11,537,442.

1

*see* 28 U.S.C § 1781(b)(2); *Société Nationale Industrielle Aérospatiale v. U.S. Dist. Ct. for the S. Dist. of Iowa*, 482 U.S. 522, 524 (1987). The United States and Germany are signatories to the Hague Evidence Convention. *See* Ex. 1 (Hague Conference on Private International Law, Conventions: Signatures, Ratifications, Approvals and Accessions, Status on 12 December 2024) at 1.

Here, a production of documents and a deposition of the above-listed entity and individuals are relevant and necessary. Upon information and belief, the above-listed entity and individuals have documents and information relating to the conception and reduction to practice of the patents-in-suit and the scope of the asserted claims of the patents-in-suit. Particularly, Plaintiffs claim that ParTec participated in various supercomputer projects with the above-listed entities to develop or implement in computer systems the dynamic Modular System Architecture (dMSA) that Plaintiffs allege to embody the claimed inventions of the Asserted Patents. *See* Attachments B–L.

The relevance of the requested documents and testimony is explained in more detail in Microsoft's Letters Rogatory. *See* Ex. 2–6.

Accordingly, Microsoft requests that the Court grant this unopposed motion and issue the Letters Rogatory attached as Exhibit 2–6. Microsoft further requests that, after the Court has signed the Letters Rogatory, the Clerk of this Court authenticate the Court's signature under the seal of this Court and return the original signed and sealed executed Letters Rogatory, and two certified copies of each of the signed and sealed executed Letters, to Microsoft's counsel, for delivery to the proper authority in Germany.

Dated: February 26, 2025　　　　　　　　　Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Betty Chen
LEAD ATTORNEY
State Bar No. 24056720
bchen@desmaraisllp.com
**DESMARAIS LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Jeffrey Seddon (pro hac vice)
jseddon@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

*Counsel for Defendant*
*MICROSOFT CORPORATION*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document and attachment thereto have been served on all counsel of record via the Court's ECF system on February 26, 2025.

/s/ Melissa R. Smith