IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PARTEC AG and BF EXAQC AG, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00433-RWS-RSP |
| MICROSOFT CORPORATION, | § § § | |
| *Defendant*. | § | |

### ORDER

Before the Court is the Motion for the Court to Issue Letters of Request (Letters Rogatory) Under the Hague Convention, filed by Defendant Microsoft Corporation. **Dkt. No. 44.** The Letters of Request solicit assistance from Germany to obtain documents and deposition testimony from Jülich Supercomputing Centre, Gauss Supercomputing Center, German Research School (GRS), Leibniz Super-computing Centre (LRZ) and University of Heidelberg.

The Court hereby **GRANTS** the Motion consistent with the parties' agreements in the Joint Notice of Resolution and Motion to Withdraw Objections to Microsoft's Motion for the Court to Issue Letters of Request Under the Hague Convention (Dkt. No. 43).

The Clerk is **DIRECTED** to authenticate, with the seal of this Court, the Court's signature on the Letters of Request. Microsoft's counsel is hereby **ORDERED** to arrange receipt of the materials from the Court by contacting the Clerk's Office and to deliver the issued Letters of Requests, along with certified translations, as required, to the proper authority in Germany

**SIGNED this 2nd day of March, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE