IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>         Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>         Defendant. | Case No. 2:24-cv-00433-RWS<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT MICROSOFT CORPORATION'S NOTICE OF COMPLIANCE

Pursuant to the Court's Amended Docket Control Order (Dkt. 37) and the Court's Discovery Order (Dkt. No. 23), Defendant Microsoft Corporation ("Microsoft") hereby files this Notice confirming that it served its Invalidity Contentions, and exhibits thereof, upon Plaintiffs on March 06, 2025, via electronic mail.

Dated: March 06, 2025

Respectfully submitted,

By: /s/ Jeffrey S. Seddon, II
Melissa Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Betty Chen
LEAD ATTORNEY
State Bar No. 24056720
bchen@desmaraisllp.com
**DESMARAIS LLP**
101 California Street, Suite 3000
San Francisco, CA 94111

Tel: (415) 573-1900
Fax: (415) 573-1901

Jeffrey S. Seddon, II (*pro hac vice*)
Caitrianne Feddeler (*pro hac vice*)
**DESMARAIS LLP**
230 Park Avenue, 26th Fl
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401
jseddon@desmaraisllp.com
cfeddeler@desmaraisllp.com

*Counsel for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically on March 06, 2025. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

/s/ Jeffrey S. Seddon, II
Melissa Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Betty Chen
LEAD ATTORNEY
State Bar No. 24056720
bchen@desmaraisllp.com
**DESMARAIS LLP**
101 California Street, Suite 3000
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Jeffrey S. Seddon, II (*pro hac vice*)
Caitrianne Feddeler (*pro hac vice*)
**DESMARAIS LLP**
230 Park Avenue, 26th Fl
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401
jseddon@desmaraisllp.com
cfeddeler@desmaraisllp.com

*Counsel for Defendant Microsoft Corporation*