# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-RWS<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiffs ParTec AG and BF exaQC AG ("Plaintiffs") and Defendant Microsoft Corporation file this Joint Motion to Amend Docket Control Order.

When initially submitting a proposed Docket Control Order, the Parties agreed to move the dates for serving expert reports and the close of <u>expert</u> discovery back one week to allow time following the close of <u>fact</u> discovery to incorporate information in expert reports (instead of having opening expert reports due on the same day as the close of fact discovery). *See* ECF No. 21. This resulted in adjustments to other dates as well, such as the dates for filing dispositive motions and motions to strike expert testimony and responses to the same. *Id.* The Court entered the Parties' proposed Docket Control Order. ECF No. 26.

The Amended Docket Control Order (ECF No. 37) does not include the same gap between the close of fact discovery and the date to serve expert reports. The Parties thus respectfully request that the Court amend the Docket Control Order as shown below and in the attached order:

| Date | Amended Date | Event |
|---|---|---|
| April 20, 2026 | April 27, 2026 | Serve Objections to Rebuttal Pretrial Disclosures |

| April 20, 2026 | April 27, 2026 | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
|---|---|---|
| April 13, 2026 | April 20, 2026 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| March 30, 2026 | April 3, 2026 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| March 23, 2026 | March 30, 2026 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order. Motions for Summary Judgment shall comply with Local Rule CV-56. |
| March 9, 2026 | March 16, 2026 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| March 9, 2026 | March 16, 2026 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties. |
| March 2, 2026 | March 9, 2026 | Deadline to Complete Expert Discovery |
| February 17, 2026 | February 23, 2026 | Serve Disclosures for Rebuttal Expert Witnesses |

| January 26, 2026 | February 2, 2026 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |

Good cause exists for these short extensions. Inserting a gap between the close of fact discovery and the service of expert reports provides needed time to incorporate any information disclosed at or near the fact discovery deadline in the expert reports. Further, briefing on dispositive and expert motions will still be completed well in advance of the pretrial conference—approximately one month before the conference and approximately one week later than originally scheduled only—and will not delay the filing of the joint pretrial order, the pretrial conference, or trial. The Parties thus respectfully request that the Court grant this Motion.

Dated: April 7, 2025                                            Respectfully submitted,

/s/ Alexander W. Aiken                                          /s/ Betty Chen (w/ permission)
Justin A. Nelson – Lead Counsel                                 Melissa R. Smith
Texas State Bar No. 24034766                                    State Bar No. 24001351
SUSMAN GODFREY, L.L.P.                                          melissa@gillamsmithlaw.com
1000 Louisiana Street, Suite 5100                               GILLAM & SMITH LLP
Houston, Texas 77002                                            303 South Washington Avenue
Telephone: (713) 651-9366                                       Marshall, TX 75670
Facsimile: (713) 654-6666                                       Tel: (903) 934-8450
jnelson@susmangodfrey.com                                       Fax: (903) 934-9257

Matthew R. Berry                                                Betty Chen
Washington State Bar No. 37364                                  LEAD ATTORNEY
Alexander W. Aiken                                              State Bar No. 24056720
Washington State Bar No. 55988                                  bchen@desmaraisllp.com
SUSMAN GODFREY, L.L.P.                                          DESMARAIS LLP
401 Union St., Suite 3000                                       101 California Street
Seattle, Washington 98101                                       San Francisco, CA 94111
Telephone: (206) 516-3880                                       Tel: (415) 573-1900
Facsimile: (206) 516-3883                                       Fax: (415) 573-1901
mberry@susmangodfrey.com
aaiken@susmangodfrey.com                                        Jeffrey Seddon (*pro hac vice*)
                                                                jseddon@desmaraisllp.com
                                                                DESMARAIS LLP
                                                                230 Park Avenue

Claire Abernathy Henry
Texas State Bar No. 24053063
MILLER, FAIR, HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

S. Calvin Capshaw
Texas State Bar No. 03783900
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com

*Attorneys for Plaintiffs ParTec AG and BF exaQC AG*

New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

Caitrianne Feddeler (*pro hac vice*)
cfeddeler@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: 212-808-1041
Fax: 212-351-3401

*Counsel for Defendant Microsoft Corporation*

4

## CERTIFICATE OF SERVICE

This is to certify that on April 7, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

>                             /s/ Alexander W. Aiken
>                             Alexander W. Aiken

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the parties conferred concerning the relief request in this motion and it is agreed.

>                             /s/ Alexander W. Aiken
>                             Alexander W. Aiken