IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP |

### ORDER

Before the Court is the Motion for the Court to Issue Letters of Request (Letters Rogatory) Under the Hague Convention filed by Defendant Microsoft Corporation. **Dkt. No. 51.** The Letters of Requests solicit assistance from France, Germany, Italy, Luxembourg and Spain to obtain documents and deposition testimony from Atos SE, Daniel Becker, Sebastian Rinke, Felix Wolf, Cineca Consorzio Interuniversitario, Fabio Affinito, Eurotech S.p.A., Mauro Rossi, LuxProvide SA, and Barcelona Supercomputing Center. After due consideration, the Court **GRANTS** the Motion. The Court will execute the attached Exhibits 2–11.

The Clerk is **DIRECTED** to authenticate, under seal of this Court, the Court's signature on the Letters of Requests and prepare two certified copies of each of the signed and sealed letters. Microsoft's counsel is hereby **ORDERED** to arrange receipt of the materials from the Court by contacting the Clerk's Office and to deliver the issued Letters of Requests, along with certified translations, as required, to the proper authority in France, Germany, Italy, Luxembourg and Spain.

**SIGNED** this 15th day of April, 2025.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE