# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-RWS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Kristin L. Cleveland, of the law firm Klarquist Sparkman, LLP, is admitted or otherwise authorized to practice in this court and appears in this case as counsel for defendant Microsoft Corporation.

Dated: April 28, 2025

*/s/ Kristin L. Cleveland*
Kristin L. Cleveland, OR Bar No. 001318
kristin.cleveland@klarquist.com
KLARQUIST SPARKMAN, LLP
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: 503.595.5300
Facsimile: 503.595.5301

*Counsel for Defendant*
*Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Kristin L. Cleveland*
Kristin L. Cleveland, OR Bar No. 001318
kristin.cleveland@klarquist.com
KLARQUIST SPARKMAN, LLP
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: 503.595.5300
Facsimile: 503.595.5301

*Counsel for Defendant*
*Microsoft Corporation*