UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-RWS<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR FEDERAL RULE OF EVIDENCE 502(D) ORDER**

Plaintiffs ParTec AG and BF exaQC AG ("Plaintiffs") and Defendant Microsoft Corporation file this Joint Motion for Federal Rule of Evidence 502(d) Order.

On April 11, 2025, Plaintiffs served a privilege log for seven documents that Plaintiffs assert are attorney-client privileged and work product. Microsoft disputes that the documents are privileged or work product. The parties have met and conferred concerning their disagreement. As a compromise to avoid burdening the Court with a dispute, Plaintiffs have agreed to produce document numbers 1–7 from Plaintiffs' April 11, 2025 Privilege Log in exchange for Microsoft's stipulation that it will not argue that the act of production constitutes a waiver of privilege or work product protections for any other document or a subject matter waiver; rather, Plaintiffs' production of said documents constitutes, for purposes of this Action only, a waiver of privilege only as to the contents of the produced documents. For the avoidance of doubt, Microsoft may question Plaintiffs' witnesses regarding the produced documents and their contents. Further, this motion is limited to the effect of Plaintiffs' production of said documents in this litigation and does not address whether any privilege or work product protections were previously waived through any other action. The parties jointly ask this Court for an order to such effect.

Accordingly, the parties respectfully request that the Court order that the production of document numbers 1–7 from Plaintiffs' April 11, 2025 Privilege Log does not and shall not currently constitute a waiver of privilege or work product protections for any other document or a broad subject matter waiver; rather, Plaintiffs' production of said documents constitutes a waiver of privilege only as to the contents of the produced documents. *See* Fed. R. Evid. 502(d) ("A federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court — in which event the disclosure is also not a waiver in any other federal or state proceeding."). A Proposed Order is being submitted herewith.

Dated: May 14, 2025

*/s/ Alexander W. Aiken*
Justin A. Nelson – Lead Counsel
Texas State Bar No. 24034766
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
Alexander W. Aiken
Washington State Bar No. 55988
SUSMAN GODFREY, L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

Claire Abernathy Henry
Texas State Bar No. 24053063
MILLER, FAIR, HENRY PLLC
1507 Bill Owens Parkway

Respectfully submitted,

*/s/ Betty Chen (w/ permission)*
Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Betty Chen
LEAD ATTORNEY
State Bar No. 24056720
bchen@desmaraisllp.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Jeffrey Seddon (*pro hac vice*)
jseddon@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

S. Calvin Capshaw
Texas State Bar No. 03783900
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com

*Attorneys for Plaintiffs ParTec AG and BF exaQC AG*

Fax: (212) 351-3401

Caitrianne Feddeler (*pro hac vice*)
cfeddeler@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: 212-808-1041
Fax: 212-351-3401

*Counsel for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

This is to certify that on May 14, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Alexander W. Aiken*
Alexander W. Aiken

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the parties conferred concerning the relief request in this motion and it is agreed.

*/s/ Alexander W. Aiken*
Alexander W. Aiken
