# EXHIBIT 1

| HCCH MEMBERS | 1954 Civil procedure Convention | 1955 Sales of goods Convention | 1958 Transfer of title Convention° | 1958 Sales - choice of court Convention° | 1955 National law vs law of domicile Convention° | 1956 Recognition of companies Convention° | 1956 Maintenance children (appl. law) Convention | 1958 Maintenance children Convention | 1961 Protection of minors Convention | 1961 Form of Wills Convention | 1961 Apostille Convention | 1965 Adoption Convention | 1965 Service Convention | 1965 Choice of court Convention° | 1971 Enforcement of judgments Convention | 1971 Protocol on jurisdiction | 1970 Divorce Convention | 1971 Traffic accidents Convention | 1970 Evidence Convention | 1973 Administration of estates Convention | 1973 Products liability Convention | 1973 Maintenance – enforcement Convention | 1973 Maintenance - applicable law Convention | 1978 Matrimonial property Convention | 1978 Marriage Convention | 1978 Agency Convention | 1980 Child Abduction Convention | 1980 Access to Justice Convention | 1985 Trusts Convention | 1986 Sales contracts Convention° | 1989 Successions - applicable law Convention° | 1993 Adoption Convention | 1996 Child Protection Convention | 2000 Protection of Adults Convention | 2006 Securities Convention | 2005 Choice of Court Convention | 2007 Child Support Convention | 2007 Maintenance Obligations Protocol | 2019 Judgments Convention |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INSTRUMENTS | II | III | IV | V | VI | VII | VIII | IX | X | XI | XII | XIII | XIV | XV | XVI | XVII | XVIII | XIX | XX | XXI | XXII | XXIII | XXIV | XXV | XXVI | XXVII | XXVIII | XXIX | XXX | XXXI | XXXII | XXXIII | XXXIV | XXXV | XXXVI | XXXVII | XXXVIII | XXXIX | XLI |
| ALBANIA | A | | | | | | | | | A | A | | A | | A | | A | | A | | | A | A | | | | A | A | | | | R | A | | | R | R | R | S |
| ANDORRA | | | | | | | | | | | A | A | | | | | | | | | | | | | | | A | | | | | A | | | | | | | |
| ARGENTINA | A | | | | | | | | | | A | A | A | | | | | | A | | | | | | | | R | R | | | | R* | S | | | | S | | |
| ARMENIA | A | | | | | | | | | A | A | A | | | | | | | A | | | | | | | | A | | | | | A | A | | | | | | |
| AUSTRALIA | | | | | | | | | | A | A | A | | | | | A | | A | | | | | | A | | R | | R | | | R | R | | | R | R | | |
| AUSTRIA | R | | S | | R | R | R | R | R | R | D | R | | | | | R | | | | | S | | | | | R | | | | | R | R | R | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| AZERBAIJAN | | | | | | | | | | A | A | | | | | | | | | | | | | | | | A | | | | | A | | | | | A | | |
| BELARUS | Su | | | | | | | | | Su | | | A | | | | A | | A | | | | | | A | A | | | | | R | | | | | | | | |
| BELGIUM | R | D | | S | R* | R* | R | R | | R | R | | R | | | | R | | | S | S | S | | | | | R | | | | | R | R | R | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| BOSNIA & HERZEGOVINA | Su | | | | | | | | | Su | Su | | A | | | | | Su | A | | | | | | | | Su | Su | | | | | R | | | | | | | |
| BRAZIL | | | | | | | | | | | A | A | | | | | | | A | | | | | | | | A | A | | | | R | | | | | R | R | |
| BULGARIA | | | | | | | | | | | A | A | | | | | | | A | | | | | | | | A | A | | | | R | A | | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| BURKINA FASO | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | R | | | | | S | | |
| CANADA | A | | | | | | | | | | A | | A | | | | | | | | | | | | | | R | | R | | | R | S | | | R* | | | |
| CHILE | | | | | | | | | | | A | | | | | | | | | | | | | | | | A | | | | | R | | | | | | | |
| CHINA | 2 | | | | | | | 2 | 2 | 2 | 1 | A,1,2 | A | | | | | 1 | A | | | | | | | | 1,2 | | 1 | | | R | | | | S | | | |
| COSTA RICA | | | | | | | | | | | A | A | | | | | | | A | | | | | | | | A | A | | | | R | A | | | | | | S |
| CROATIA | Su | | | | | | | | | Su | Su | | A | | | | | Su | A | | Su | | | | | | Su | Su | | | | A | R | | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| CYPRUS | A | | | | | | | | | | A | A | A | | R | R | A | | | | | | | | | | A | A | R | | | R | R | R | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| CZECH REPUBLIC | Su | | | | | A | | | | | A | | Su | | | | Su | Su | Su | Su | | Su | | | | | R | R | | S | | R | R | R | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| DENMARK | R | R | | | | | | | | R | | R | R | | | | R | | R | | | | | R | | | R | | | | | R | R | | A | | | | |
| DOMINICAN REPUBLIC | A* | | | | | | | | | | A | A | | | | | | | | | | | | | | | A | | | | | A | A | | | A* | | | |
| ECUADOR | | | | | | | | | | | A | | | | | | | | | | | | | | | | A | | | | | R | A | | | R | R | | |
| EGYPT | A | | | | | | | | | | | | R | | | | R | | | | | | | | S | | | | | | | | | | | | | | |
| EL SALVADOR | | | | | | | | | | | A | | | | | | | | A | | | | | | | | A | | | | | R | A* | | | | | | |
| ESTONIA | | | | | | | | | | A | A | A | | | | | A | | A | | | A | A | | | | A | A | | | | A | A | A | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| EUROPEAN UNION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| FINLAND | R | R | | | | | R | | R | R | R | | | | R | | R | R | | | | | | S | | | R | R | | | | R | R | R | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| FRANCE | R | R | | S | R* | R | R | R | R | R | R | | R | | | R | R | R | R | R | R | R | | R | R | R | S | | | | R | R | R | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| GEORGIA | | | | | | | | | | | A | | | | | | | | A | | | | | | | | A | | | | | A | A | | | R | R | | |
| GERMANY | R | | S | | | R | R | R | R | R | R | | R | | | | R | | R | R | | | | | | | R | S | | | | R | R | R | | Ap^EU | Ap^EU | | A^EU |
| GREECE | | S | S | | | | S | S | | R | R | R | | | | | R | | R | R | | | | | | | R | S | | | | R | R | R | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| HONDURAS | | | | | | | | | | | A | | | | | | | | | | | | | | | | A | | | | | R | A | | | A | | | |
| HUNGARY | A | | | | | | A | | | A | A | | | | | | A | | | | | | | | | | A | | | | | R | R | | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| ICELAND | A | | | | | | | | | | R | A | | | | | | | A | | | | | | | | A | | | | | A | | | | | | | |
| INDIA | | | | | | | | | | | A | A | | | | | | | A | | | | | | | | | | | | | R | | | | | | | |
| IRELAND | | | | | | | | | | A | R | R | | | | | | | | | | | | | | | R | | | | | R | R | R* | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| ISRAEL | A | | | | | | | | | A | A | R | S | | | | R | | | | | | | | | | R | | | | | R | | | | S | | | S |
| ITALY | R | R | R* | | | R | R | R | S | R | R | | R | | | R | | R | S | S | R | R | | | | | R | S | R | | | R | R | S | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| JAPAN | R | | | | | | R | | | | R | | R | | | | | | R | | | | | | | | R | | | | | | | | | | | | |
| JORDAN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| KAZAKHSTAN | A | | | | | | | | | | A | A | | | | | | | A | | | | | | | | A | A | | | | A | | | | | A | A | |
| LATVIA | A | | | | | A | | | | | A | A | | | | | A | A | | | | | | | | | A | A | | | | R | R | R | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| LITHUANIA | A | | | | | A | | | | | A | A | | | | | A | A | | A | A | | | | | | A | A | | | | A | A | | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| LUXEMBOURG | R | S | | S | S | R | S | R | | R | R | | R | | R | R | R | R | S | R | R | R | R | R | | | R | R | R | | S | R | R | S | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| MALAYSIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MALTA | | | | | | | | | | | A | A | | | | | | | A | | | | | | | | A | A | A | | | A | A | R | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| MAURITIUS | | | | | | | | | Su | Su | | | | | | | | | | | | | | | | | A | | | | | A | | | R | | | | |
| MEXICO | | | | | | | | | | | A | A | | | | | | | A | | | | | | | | A | | | | | R | | A | | | | | |
| MONACO | | | | | | | | | | | A | A | | | | | | | A | | | | | | | | A | A | | | | A | R | | | | | | |
| MONGOLIA | A | | | | | | | | | | A | | | | | | | | | | | | | | | | A | | | | | A | | | | | | | |
| MONTENEGRO | Su | | | | | | | | | Su | Su | | A | | | | | Su | A | | Su | | | | | | Su | Su | | | | A | A | | | R | A | | S |

# HCCH CONVENTIONS: SIGNATURES, RATIFICATIONS, APPROVALS AND ACCESSIONS
## Status on 12 December 2024

**HCCH MEMBERS (91)**

| INSTRUMENTS | 1954 Civil procedure Convention | 1955 Sales of goods Convention | 1958 Transfer of title Convention° | 1958 Sales - choice of court Convention° | 1955 National law vs law of domicile Convention° | 1956 Recognition of companies Convention° | 1956 Maintenance children (appl. law) Convention | 1958 Maintenance children Convention | 1961 Protection of minors Convention | 1961 Form of Wills Convention | 1961 Apostille Convention | 1965 Adoption Convention | 1965 Service Convention | 1965 Choice of court Convention° | 1971 Enforcement of judgments Convention | 1971 Protocol on jurisdiction | 1970 Divorce Convention | 1971 Traffic accidents Convention | 1970 Evidence Convention | 1973 Administration of estates Convention | 1973 Products liability Convention | 1973 Maintenance – enforcement Convention | 1973 Maintenance - applicable law Convention | 1978 Matrimonial property Convention | 1978 Marriage Convention | 1978 Agency Convention | 1980 Child Abduction Convention | 1980 Access to Justice Convention | 1985 Trusts Convention | 1986 Sales contracts Convention° | 1989 Successions - applicable law Convention° | 1993 Adoption Convention | 1996 Child Protection Convention | 2000 Protection of Adults Convention | 2006 Securities Convention | 2005 Choice of Court Convention | 2007 Child Support Convention | 2007 Maintenance Obligations Protocol | 2019 Judgments Convention |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCCH MEMBERS | II | III | IV | V | VI | VII | VIII | IX | X | XI | XII | XIII | XIV | XV | XVI | XVII | XVIII | XIX | XX | XXI | XXII | XXIII | XXIV | XXV | XXVI | XXVII | XXVIII | XXIX | XXX | XXXI | XXXII | XXXIII | XXXIV | XXXV | XXXVI | XXXVII | XXXVIII | XXXIX | XLI |
| MOROCCO | A | | | | | | | | | | A | | A | | | | | A | A | | | | | | | | A | S | | | | | R | | | | | | |
| NAMIBIA | | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | | A | | | | | | |
| NETHERLANDS | R | S | | | R* | R* | R | R | R | R | R | | R | R | R | R | R | R | R | S | R | R | R | R | R | R | R | R | R | S | D | R | R | S | Ap^EU | Ap^EU | Ap^EU | A^EU |
| NEW ZEALAND | | | | | | | | | | | A | | | | | | | | | | | | | | | | A | | | | | A | | | | | R | | |
| NICARAGUA | | | | | | | | | | | A | A | | | | | | | A | | | | | | | | A | | | | | | A | | | | A | | |
| NORTH MACEDONIA | Su | | | | | | | Su | Su | | A | | | | | | Su | | A | | Su | | | | | | Su | Su | | | | A | S | | | R* | S | S | S |
| NORWAY | R | R | | | | | S | R | | R | R | | R | | | | R | | R | | R | R | | | | | R | | | | | R | R | | | R | | | |
| PANAMA | | | | | | | | | | | A | | | | | | | | | | | | | | | | A | A | | | | R | | | | | | | |
| PARAGUAY | | R* | | | | | | | | | A | A | | | | | | | A | | | | | | | | A | | | | | A | A | | | | R* | R* | |
| PERU | | | | | | | | | | | A | | | | | | | | | | | | | | | | A | | | | | | R | | | | | | |
| PHILIPPINES | | | | | | | | | | | A | A | | | | | | | | | | | | | | | A | | | | | | R | | | | | | |
| POLAND | A | | | | | | A | A | A | | A | | A | | | | A | A | A | | | A | A | | | | A | A | | | | R | R | S | Ap^EU | Ap^EU | Ap^EU | A^EU |
| PORTUGAL | R | | | | R | R | R | S | R | | R | | R | | R | R | R | S | R | R | S | R | S | S | R | | R | | | | | R | R | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| REPUBLIC OF KOREA | | | | | | | | | | | A | | A | | | | | | A | | | | | | | | A | | | | | | S | | | | | | |
| REPUBLIC OF MOLDOVA | A | | | | | | | A | A | | A | A | | | | A | | | A | | | | | | | | A | | A* | | | A | | | A | | | | |
| ROMANIA | A | | | | | | | | | | A | A | | | | | | | A | | | | | | | | A | A | | | | R | R | S | Ap^EU | Ap^EU | Ap^EU | A^EU |
| RUSSIAN FEDERATION | A | | | | | | | | | | Su | | A | | | | | | A | | | | | | | | A | | | | | | S | A | | | | | S |
| SAUDI ARABIA | | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SERBIA | Su | | | | | | | Su | Su | | A | | | | | | Su | | A | | Su | | | | | | Su | Su | | | | A | A | | | | R | R | |
| SINGAPORE | | | | | | | | | | | A | A | | | | | | | A | | | | | | | | A | | | | | | R | | | | | | |
| SLOVAKIA | Su | | | | A | | | A | Su | | | | Su | Su | Su | Su | | Su | | | | | | | | | R | R | | S | | R | R | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| SLOVENIA | Su | | | | | | Su | Su | A | | | | | | | Su | A | | Su | | | | | | | | A | Su | | | | R | R | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| SOUTH AFRICA | | | | | | | | A | A | | | | A | | | | | | | | | | | | | | A | | | | | A | | | | | | | |
| SPAIN | R | S | | | S | S | R | R | R | R | R | | R | | | | R | | R | R | R | | | | | | R | R | | | | R | R | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| SRI LANKA | | | | | | | | | | | A | | | | | | | | A | | | | | | | | A | | | | | R | | | | | | | |
| SURINAME | A | | | | | | A | | | Su | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SWEDEN | R | R | | | | | | R | | R | R | | R | | R | | R | | R | | R | | | | | | R | R | | | | R | R | | Ap^EU | Ap^EU | Ap^EU | A^EU |
| SWITZERLAND | R | R | | | R | R | R | R | R | D | R | | R | | R | R | R | | R | R | | | | | | | R | R | R | | S | R | R | R | A* | | | | |
| THAILAND | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | R | | | | | | | |
| TUNISIA | | | | | | | | | | | A | A | | | | | | | | | | | | | | | A | | | | | | | | | | | | |
| TÜRKİYE | A | | | | R | R | A | A | R | | R | | R | S | | | | | R | R | | | | | | | R | S | | | | R | R | | | R | | | |
| UKRAINE | Su | | | | | | | A | A | | A | | A | | A | A | | | A | | | | | | | | A | | | | | A | | | R | R | R | | R |
| UNITED KINGDOM | | | | | | | | R | R | D | R | | R | | R | S | | | R | R | R | | | | | | R | R | | | | R | R | R | A | R | | | R* |
| UNITED STATES OF AMERICA | | | | | | | | | | | A | R | | | | | | | R | | | | | | | | R | S | | | | R | S | | R | S | R | | S |
| URUGUAY | | | | | | | | | | | A | | | | | | | | | | | | | | | | A | | | | | R | R | | | R | | | R |
| UZBEKISTAN | A | | | | | | | | | | A | | | | | | | | | | | | | | | | A | | | | | | | | | | | | |
| VENEZUELA | | | | | | | | | | | A | A | | | | | | | A | | | | | | | | R | | | | | R | | | | | | | |
| VIET NAM | | | | | | | | | | | | | A | | | | | | A | | | | | | | | R | | | | | | | | | | | | |
| ZAMBIA | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | A | | | | | | | |

° These Conventions have not yet entered into force.
**1** This Convention applies to the **Hong Kong** Special Administrative Region only; **2** This Convention applies to the **Macao** Special Administrative Region only.
**A**= accession (Convention in force) | **R**= ratification (Convention in force) | **Ap^EU**=approval by the European Union (Convention in force) | **A^EU**=accession by the European Union (Convention in force) | **S**= signature | **Su**= succession | **D**= denunciation
**A***= accession, but Convention not (yet) in force (for the relevant Party) | **R***= ratification, but Convention not (yet) in force (for the relevant Party) | **Ap^EU***= Approval, but Convention not (yet) in force (for the European Union and its relevant Member States) | **A^EU***= accession, but Convention not (yet) in force (for the European Union and its relevant Member States)
**N.B.** The date of entry into force of a Convention following a ratification or an accession may be later than the date of this chart. For more detailed information, please consult the Hague Conference website at www.hcch.net. This status chart does not have a number XL as the latter refers to the Principles on Choice of Law in International Commercial Contracts; the Principles are a soft law instrument and thus not open to signature, ratification or accession.

# HCCH CONVENTIONS: SIGNATURES, RATIFICATIONS, APPROVALS AND ACCESSIONS
## Status on 12 December 2024

**HCCH NON-MEMBER PARTIES (66)**

| INSTRUMENTS | 1954 Civil procedure Convention | 1955 Sales of goods Convention | 1958 Transfer of title Convention° | 1958 Sales - choice of court Convention° | 1955 National law vs law of domicile Convention° | 1956 Recognition of companies Convention° | 1956 Maintenance children (appl. law) Convention | 1958 Maintenance children Convention | 1961 Protection of minors Convention | 1961 Form of Wills Convention | 1961 Apostille Convention | 1965 Adoption Convention | 1965 Service Convention | 1965 Choice of court Convention° | 1971 Enforcement of judgments Convention | 1971 Protocol on jurisdiction | 1970 Divorce Convention | 1971 Traffic accidents Convention | 1970 Evidence Convention | 1973 Administration of estates Convention | 1973 Products liability Convention | 1973 Maintenance – enforcement Convention | 1973 Maintenance - applicable law Convention | 1978 Matrimonial property Convention | 1978 Marriage Convention | 1978 Agency Convention | 1980 Child Abduction Convention | 1980 Access to Justice Convention | 1985 Trusts Convention | 1986 Sales contracts Convention° | 1989 Successions - applicable law Convention° | 1993 Adoption Convention | 1996 Child Protection Convention | 2000 Protection of Adults Convention | 2006 Securities Convention | 2005 Choice of Court Convention | 2007 Child Support Convention | 2007 Maintenance Obligations Protocol | 2019 Judgments Convention |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NON-MEMBER PARTIES | II | III | IV | V | VI | VII | VIII | IX | X | XI | XII | XIII | XIV | XV | XVI | XVII | XVIII | XIX | XX | XXI | XXII | XXIII | XXIV | XXV | XXVI | XXVII | XXVIII | XXIX | XXX | XXXI | XXXII | XXXIII | XXXIV | XXXV | XXXVI | XXXVII | XXXVIII | XXXIX | XLI |
| ANGOLA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | | | |
| ANTIGUA & BARBUDA | | | | | | | | | | | Su | Su | Su | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BAHAMAS | | | | | | | | | | | | Su | A | | | | | | | | | | | | | | A | | | | | | | | | | | | |
| BAHRAIN | | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BANGLADESH | | | | | | | | | | | A* | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BARBADOS | | | | | | | | | | | Su | A | | | | A | | | | | | | | | | | A | | | | | A | | | | | | | |
| BELIZE | | | | | | | | | | | A | A | | | | | | | | | | | | | | | A | | | | | A | A* | | | | | | |
| BENIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | R | | | | | | | |
| BOLIVIA | | | | | | | | | | | A | | | | | | | | | | | | | | | | A | | | | | R | | | | | | | |
| BOTSWANA | | | | | | | | | | A | Su | A | | | | | | | | | | | | | | | A | | | | | A | | | | | | A | |
| BRUNEI DARUSSALAM | | | | | | | | | | A | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BURUNDI | A* | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | A | | | | | | A* | |
| CABO VERDE | | | | | | | | | | | A | | | | | | | | | | | | | | | | A | | | | | A | A | | | | | | |
| CAMBODIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | | | |
| COLOMBIA | | | | | | | | | | | A | A | | | | | | A | | | | | | | | | A | | | | | R | | | | | | | |
| CONGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | | | |
| COOK ISLANDS | | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CÔTE D'IVOIRE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | | | |
| CUBA | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | A | A | | | | | | |
| DOMINICA | | | | | | | | | | | Su | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ESWATINI | | | | | | | | | | A | Su | | | | | | | | | | | | | | | | | | | | | A | | | | | | | |
| FIJI | | | | | | | | | | Su | Su | | | | | | | | | | | | | | | | A | | | | | A | A | | | | | | |
| GABON | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | | | | | | | | |
| GHANA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | | | |
| GRENADA | | | | | | | | | | Su | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GUATEMALA | | | | | | | | | | | A | | | | | | | | | | | | | | | | A | | | | | A | | | | | | | |
| GUINEA | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | A | | | | | | | |
| GUYANA | | | | | | | | | | | A | | | | | | | | | | | | | | | | A | | | | | A | A | | | | | A | |
| HAITI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | R | | | | | | | |
| HOLY SEE | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| INDONESIA | | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IRAQ | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | | | | | | | | |
| JAMAICA | | | | | | | | | | | A | | | | | | | | | | | | | | | | A | | | | | | | | | | | | |
| KENYA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | | | |
| KOSOVO | | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | | | | S | | | | S |
| KUWAIT | | | | | | | | | | | | | A | | A | A | | | A | | | | | | | | | | | | | | | | | | | | |
| KYRGYZSTAN | A | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | A | | | | | A | | |
| LEBANON | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LESOTHO | | | | | | | | | | Su | Su | | | | | | | | | | | | | | | | A | | | | | A | A | | | | | | |
| LIBERIA | | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LIECHTENSTEIN | | | | | | | A | A | | | R | | | | | | | | A | | | | | | | | | | A | | | A | | | | | | | |
| MADAGASCAR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | R | | | | | | | |
| MALAWI | | | | | | | | | | | A | A | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MALI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | | | |
| MARSHALL ISLANDS | | | | | | | | | | | A | A | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NEPAL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | S | | | | | | | |
| NIGER | | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | | | |
| NIUE | | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OMAN | | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PAKISTAN | | | | | | | | | | | A | A | | | | | | | | | | | | | | | | | | | | A | | | | | | | |
| PALAU | | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RWANDA | | | | | | | | | | | A* | | | | | | | | | | | | | | | | | | | | | A | | | | | | | |

**HCCH NON-MEMBER PARTIES (66)**

# HCCH CONVENTIONS: SIGNATURES, RATIFICATIONS, APPROVALS AND ACCESSIONS
### Status on 12 December 2024

## HCCH NON-MEMBER PARTIES (66)

| INSTRUMENTS | 1954 Civil procedure Convention | 1955 Sales of goods Convention | 1958 Transfer of title Convention° | 1958 Sales - choice of court Convention° | 1955 National law vs law of domicile Convention° | 1956 Recognition of companies Convention° | 1956 Maintenance children (appl. law) Convention | 1958 Maintenance children Convention | 1961 Protection of minors Convention | 1961 Form of Wills Convention | 1961 Apostille Convention | 1965 Adoption Convention | 1965 Service Convention | 1965 Choice of court Convention° | 1971 Enforcement of judgments Convention | 1971 Protocol on jurisdiction | 1970 Divorce Convention | 1971 Traffic accidents Convention | 1970 Evidence Convention | 1973 Administration of estates Convention | 1973 Products liability Convention | 1973 Maintenance – enforcement Convention | 1973 Maintenance - applicable law Convention | 1978 Matrimonial property Convention | 1978 Marriage Convention | 1978 Agency Convention | 1980 Child Abduction Convention | 1980 Access to Justice Convention | 1985 Trusts Convention | 1986 Sales contracts Convention° | 1989 Successions - applicable law Convention° | 1993 Adoption Convention | 1996 Child Protection Convention | 2000 Protection of Adults Convention | 2006 Securities Convention | 2005 Choice of Court Convention | 2007 Child Support Convention | 2007 Maintenance Obligations Protocol | 2019 Judgments Convention |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NON-MEMBER PARTIES | II | III | IV | V | VI | VII | VIII | IX | X | XI | XII | XIII | XIV | XV | XVI | XVII | XVIII | XIX | XX | XXI | XXII | XXIII | XXIV | XXV | XXVI | XXVII | XXVIII | XXIX | XXX | XXXI | XXXII | XXXIII | XXXIV | XXXV | XXXVI | XXXVII | XXXVIII | XXXIX | XLI |
| ST KITTS & NEVIS | | | | | | | | | | | A | | | | | | | | | | | | | | | | A | | | | | A | | | | | | | |
| ST LUCIA | | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ST VINCENT & THE GRENADINES | | | | | | | | | | | Su | | Su | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SAMOA | | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SAN MARINO | | | | | | | | | | | A | | A | | | | | | | | | | | | | | A | | A | | | A | | | | | | | |
| SAO TOME & PRINCIPE | | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SENEGAL | | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | A | | | | | | | |
| SEYCHELLES | | | | | | | | | | | A | | A | | | | | | A | | | | | | | | A | | | | | A | | | | | | | |
| TAJIKISTAN | | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | | | |
| TONGA | | | | | | | | | | | Su | | Su | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRINIDAD & TOBAGO | | | | | | | | | | | A | | | | | | | | | | | | | | | | A | | | | | | | | | | | | |
| TURKMENISTAN | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | | | | | | | | |
| VANUATU | | | | | | | | | | | Su | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ZIMBABWE | | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | | | | | | | | |

° These Conventions have not yet entered into force.
**A**= accession (Convention in force)  |  **R**= ratification (Convention in force)  |  **S**= signature  |  **Su**= succession  |  **D**= denunciation
**A***= accession, but Convention not (yet) in force (for the relevant Party)  |  **R***= ratification, but Convention not (yet) in force (for the relevant Party)
**N.B.** The date of entry into force of a Convention following a ratification or an accession may be later than the date of this chart. For more detailed information, please consult the Hague Conference website at www.hcch.net. This status chart does not have a number XL as the latter refers to the Principles on Choice of Law in International Commercial Contracts; the Principles are a soft law instrument and thus not open to signature, ratification or accession.