# ATTACHMENT B

Exhibit A



ParTec_00001303

Exhibit A



Exhibit A



## Exa-Cluster-Lab @ FZJ

**Mission**

Have a large impact on the development and realization of a sustained roadmap leading towards Exascale super-computers

**Starting Point**

JuRoPA Cluster technology (Hardware/Software)

**Emphasis**

General purpose, Novel concepts, Exascale performance, scalability and resilience

**Partners**

FZJ, Intel, ParTec

12.07.2010                    CONFIDENTIAL                    3

3

ParTec_00001305

Exhibit A



## Exa-Cluster-Lab: Staff

The lab is located in Jülich in order to benefit from experienced end-users and scientists of JSC and GRS

- 3 FTE´s INTEL (Braunschweig and former Brühl (Pallas))

- 3 FTE´s ParTec (located at Jülich)
- 3 FTE´s JSC (newly created positions)
- To be extended to 15 staff

Operation has started 1st of July

12.07.2010                    CONFIDENTIAL                    4

4

Exhibit A



## Exa-Cluster-Lab: 3 Initial Projects

I.  **Open Exascale Software Stack** - OES
    (FZJ, INTEL, PARTEC)

II. **Exa-Cluster Simulator**
    (FZJ, INTEL)
    replaced by
    **Exa-cluster Experimentation Platform** - ECEP
    (FZJ, INTEL, PARTEC)

III. **Scalable Exascale Tools** - SET
    (FZJ, INTEL, PARTEC)

12.07.2010                           CONFIDENTIAL                              5

ParTec_00001307

Exhibit A



## WP1: OES

* OES: analysis and extension of existing software stacks and management layers for cluster supercomputers like JuRoPa for next generation supercomputer clusters
* Main focus will be set on the current limiting factors, as scalability, reliability, resiliency and performance.
* Starting with current open source ParaStation V5 cluster software, extensions of the software stack are planned
* Software developed will be open source under an open source license which is approved by the open source initiative (http://www.opensource.org).
* ParaStation V5 will be licensed without license fees or royalties to the lab, Intel and FZJ

12.07.2010                    CONFIDENTIAL                    6

ParTec_00001308

Exhibit A



## WP2: ECEP

- Development of a Cluster Simulator removed in favor of an "ExaCluster Experimentation platform" using "Knights Ferry" devices
- A Multi PCIX board will allow for testing the concept of a booster for clusters
- ECEP will be the first step towards a future Knights Corner system
    - Requires QPI license → ECL (!)
    - Requires special network at least 10 x faster than today
    - → EU funded development project?

12.07.2010                                    CONFIDENTIAL                                    7

ParTec_00001309

Exhibit A

**WP3: SET**

- Beyond the system-level software Exascale require fundamentally new approaches on the application level.
- Existing programming tools will neither be capable to handle the multiple layers of parallelism Exascale-systems will exhibit nor application scalability.
- SEC will analyze and address the limitations of current Petascale software tools for tracing, monitoring and performance analysis and enable them for Exascale.
- Software developed shall be released as open source under an open source license which is approved by the open source initiative (http://www.opensource.org).



JÜLICH

12.07.2010                    CONFIDENTIAL                    8

8

Exhibit A



ParTec_00001311

Exhibit A



## The Jülich Dualistic Concept

* 2004: Constellation systems found unable to scale
* Portfolio of applications can be (very roughly) divided in two parts:
    * Highly scalable codes, sparse-matrix vector like or dominated
    * Highly complex codes, adaptive grids or coordinate based, all-to-all or more intricate communication patterns, large memory, less scalable
* JSC decided to adapt hardware roadmap to this situation

12.07.2010                          CONFIDENTIAL                          10

ParTec_00001312

Exhibit A



ParTec_00001313

Exhibit A



ParTec_00001314

Exhibit A



## A Closer Look on Application Codes

* There is no puristic highly scalable code
* There is no strictly complex code
* → Each code has highly scalable and (less-scalable) complex elements
* → There is a continuum between both extremes
* Interestingly, many less scalable elements of a code do not require high scalability but instead large memory
* All-to-all communication elements have a high advantage on smaller parallelism
* Can we adapt the hardware architecture of future systems to take benefit from this situation?

12.07.2010                    CONFIDENTIAL                    13

13

ParTec_00001315

Exhibit A



ParTec_00001316

Exhibit A



ParTec_00001317

Exhibit A



## Rationale

- **Can the next generation cluster computers compete with proprietary solutions like Blue Gene or Cray?**
  - Blue Gene /P → /Q gives factor 20 in compute speed at the same energy envelope and costs in 4 years
  - Cray is more dependent on processor development
- **Standard processor speed will increase by about a factor of 4 to at most 8 in 4 years…**
  - → Clusters need to utilize accelerators
  - But: Current accelerators are not parallelized on the node-level
- **Integrated processors expected in 2015…**

12.07.2010                           CONFIDENTIAL                           16

ParTec_00001318

Exhibit A



## Rationale

- **Clusters going Exaflop/s will require virtualization elements in order to guarantee resilience and reliability.**
  - ☒ → Virtualization software layer
- **Local accelerators are static elements**
  - ☒ → Have to tolerate over/under subscription
  - ☒ → No fault tolerance if accelerator fails
  - ☒ → very difficult to virtualize
  - ☒ But: can utilize high local bandwidth
  - ☒ Allow a simple view of the system
  - ☒ Work well for farming or master-slave paralellization

12.07.2010                                    CONFIDENTIAL                                    17

17

ParTec_00001319

Exhibit A

Exhibit A



ParTec_00001321

Exhibit A



## Advantages

- ❋ Dynamic and static AC-to-CN assignment
- ❋ Virtualization of cluster is not hampered
- ❋ Exploit accelerator parallelism
- ❋ Accelerator allocation follows application needs
- ❋ Fault tolerance in case of accelerator failure
- ❋ All compute nodes share same growth capacity
- ❋ Potential for O(10) PF in 2014

12.07.2010                    CONFIDENTIAL                    20

20

ParTec_00001322

Exhibit A



## CONS

* IB network extension required

* Specific fast network among accelerators required

* Specific boards to be developed

* QPI or HT will be essential between accelerators

* Need to develop enabling middleware layer and
  math libraries as well as compiler technology and
  programming models

12.07.2010                    CONFIDENTIAL                    21

ParTec_00001323

Exhibit A



ParTec_00001324

Exhibit A



## Exascale Software Initiatives and Potential Funding

- **IESP:** International Exascale Software Project
  - Led by DOE (ANL/ORNL – Beckmann/Dongarra)
- **EESI:** European Exascale Software Initiative (EDF France)
- FP7: ICT Objective „HPC Platzforms with Exascale Performance" – K. Glinos in preparation
- PRACE Second implementation phase: scaling applications
- FET Flagship Initiative Supercomputing
- (Technology beyond 2020 – BSC, INRIA, JSC)
- **G8:** Interdisciplinary Program on Application Software towards Exascale Computing for Global Scale Issues

12.07.2010                          CONFIDENTIAL                          23

ParTec_00001325

Exhibit A



ICT-2011.9.13

The FP7 ICT call 7 will present the "Objective ICT-2011.9.13 Exascale computing, software and simulation". This is the first objective in FP7 dedicated to Exascale technology. It will be supported through probably three integrated projects (IP) with a volume of M€ 8 each.

12.07.2010                    CONFIDENTIAL                    24

24

ParTec_00001326

Exhibit A



## Exascale Call

* EC Exa-call expected in September
* 3 projects à 8 M€
* Need one leading Centre per project
* Need one leading development  company
* Need very strong and innovative European technology component
* Need  universities (mainly applications)

12.07.2010                    CONFIDENTIAL                         25

ParTec_00001327

Exhibit A



# What is intended

- Proposals should address extreme parallelism with millions of cores and should involve algorithms, programming models, compilers, power consumption, etc.
- Each IP should comprise one or more SC centres, technology and system suppliers including vendors, industrial or academic centres to co-develop a small number of Exa-scaled application codes. 40 % application software, 60 % system development.
- Proposals may include international cooperation components. All software should be developed as open source. EC officers have confirmed that there can be a US company involved and that a few SMEs from one country might contribute. The IP should involve at least three of more countries from Europe.

12.07.2010                          CONFIDENTIAL                          26

ParTec_00001328

Exhibit A



# Dynamical Exa-Cluster Computing (DECO)

- **Supercomputer Centres**
  - JSC (Leading), TUM (multi core) (tbc), BSC (compiling techn) (Spain)
- **Accelerator**
  - INTEL: new Intel Many Core Processors (X86 programming model) – Knights Ferry – Knights Corner (US)
- **Network**
  - Mellanox: Inter-cluster communication, cluster-to-accelerator communication (Israel)
  - EXTOLL: 3d accelerator network (Germany)
  - ParTec: Dynamical Exa-cluster OS (Bavaria)
- **System**
  - Eurotec (Italy)
- **Applications**
  - Lausanne: Human Brain Project (Switzerland)
  - CERFACS: Fluid engineering (France)
  - Leuven: Space Weather (Belgium)

12.07.2010                    CONFIDENTIAL                    27

ParTec_00001329

Exhibit A



## Mellanox

- ⁙ Today
  - ⁑ HCA: CX2, PCI2.0 x 8 , 2e IB QDR, 40 GbitE or 10 GbitE., L 850 ns
  - ⁑ Switch IS4, QDR, L 100 ns
  - ⁑ Bridge
- ⁙ Q4 2010
  - ⁑ HCA: CX3 PCIX 3.0 x 8
  - ⁑ FDR (14 Gbit) → 56 Gbit
  - ⁑ Switch 36 ports IB, ETH, FBC
- ⁙ H2 2011
  - ⁑ HCA: Golan, PCIX 3.0 x 16
  - ⁑ 2 x EDR

12.07.2010                    CONFIDENTIAL                    28

28

Exhibit A

ParTec_00001331

Exhibit A



## Next Steps

- Meet Brüning (2.9.)
- Contact Intel…Intel Plans?
- Contact Eurotec until end of July

12.07.2010          CONFIDENTIAL          30

ParTec_00001332