# ATTACHMENT F

Exhibit E



Exhibit E



ParTec_00001347



# The Jülich Dual Hardware Concept

Portfolio of applications can be roughly divided in two parts:

- Highly scalable codes, sparse-matrix vector like

- Highly complex codes, adaptive grids or coordinate based, all-to-all or more intricate communication patterns, large memory, less scalable

2.9.2010         CONFIDENTIAL         3

Exhibit E



ParTec_00001349



## A Detailed Look on Application Codes Shows:

- There is no pure highly scalable code
- There is no strictly complex code
- → Each code has highly scalable and complex elements
- → There is a continuous transition between both extremes
- Interestingly, highly scalable codes usually do not require large local memory
- On the other hand, many less scalable elements of a code do not require high scalability but instead large memory, and all-to-all communication elements have a high advantage on smaller parallelism
- **Can we adapt the hardware architecture of future systems to take benefit from this situation?**

2.9.2010    CONFIDENTIAL    5

ParTec_00001350

Exhibit E



ParTec_00001351

Exhibit E



# Future of High-end Cluster Computing

- **Standard processor speed will increase by about a factor of 4 to at most 8 in next 4 years…**
    - → Clusters need to utilize accelerators to reach Exascale
    - Current accelerators not parallelized on the node-level
    - Programming very cumbersome
    - Integrated processors expected after 2015…
- **Clusters going Exaflop/s will require virtualization elements in order to guarantee resilience and reliability.**
    - → Virtualization software layer
- **Flexibility**
    - Have to tolerate over/under subscription
    - Requirement of fault tolerance if accelerator fails

2.9.2010          CONFIDENTIAL          7

ParTec_00001352

Exhibit E



8

ParTec_00001353

Exhibit E



ParTec_00001354

Exhibit E



# Requirements and Tasks

- BN-nodes should follow existing programming models to guarantee continuity
- IB network extension required
- Specific very fast network among accelerators required
- Specific boards for booster to be developed
- Enabling middleware layer, math libraries, compiler technology required

2.9.2010  CONFIDENTIAL  10

ParTec_00001355

Exhibit E



ParTec_00001356

Exhibit E



ParTec_00001357



## Tasks

- Board development for Knights Corner
- Integration of communication devices EXTOLL and IB
- System Integration (backplane, cooling)
- Development of cluster-booster communication protocol
- Adaption of ParaStation Cluster OS
- Development of dynamical scheduling and RM
- Development of programming models, compilers, libraries...
- Adaption of large-scale simulation applications
  - Space weather, human brain simulation, fluid engineering…

2.9.2010   CONFIDENTIAL   13

ParTec_00001358

Exhibit E



## PROJECT PARTNERS

- **Supercomputer Centres**
  - JSC (Leading), LRZ (hot cooling?), BSC (prog. Models, libraries…)
- **Companies**
  - INTEL-Braunschweig: Knights Ferry – Knights Corner and beyond
  - Mellanox: Inter-cluster communication, cluster-to-booster communication
  - 3d booster network ??
  - ParTec: Dynamical Exa-cluster OS
  - EuroTech: Board supplier ??; System Integration: ??
- **Universities and Research Institutions**
  - Lausanne, KU-Leuven, CERFACS (tbc), etc.: Applications
  - GRS (RWTH-Aachen/FZJ): Cluster-booster comm. concept

2.9.2010        CONFIDENTIAL        14

ParTec_00001359

Exhibit E



# Core Group: Exa-Cluster-Lab @ FZJ

**Partners**
FZJ, Intel-Braunschweig, ParTec

**Mission**
Have a large impact on the development and realization of a sustained roadmap leading towards Exascale super-computers

**Starting Point**
JuRoPA Cluster technology (Hardware/Software)

**Emphasis**
General purpose, Novel concepts, Exascale performance, scalability and resilience

2.9.2010     CONFIDENTIAL     15

Exhibit E



## Pilot Project: ECEP

- "ExaCluster Experimentation platform" using "Knights Ferry" devices (2010)
- A Multi PCIX board will allow for testing the concept of a booster for clusters
- ECEP will be the first step towards a future Knights Corner system

2.9.2010    CONFIDENTIAL    16

ParTec_00001361



ParTec_00001362