# ATTACHMENT G



ParTec_00001363



Slide 2

# Accelerators in Cluster Environments



- Current state:
  - Tight coupling of accelerators (AC) to compute nodes (CN)
  - High bandwidth / low latency between compute node and accelerator
  - User has simple view of system
- Limitations:
  - Static AC-to-CN assignment
  - Over-/undersubscription of accelerator based on application
  - No fault tolerance in case of accelerator failure

24. September 2010

ParTec_00001364



# Accelerator Area Network: Basic Idea



- Loose coupling of accelerators (AC) to compute nodes (CN)

- Sharing of accelerators between compute nodes

- AC-to-CN assignment by accelerator resource manager (ARM):
  - Static (at job start)
  - Dynamic (at runtime)

- Accelerator communication through network protocol

24. September 2010

Slide 3

ParTec_00001365





## Objectives

- Dynamic and static AC-to-CN assignment

- Accelerator allocation on application needs

- Fault tolerance in case of accelerator failure

- Support for incremental system development

- All compute nodes share same growth capacity

24. September 2010

Slide 4



JÜLICH
FORSCHUNGSZENTRUM

# Application Programming Interface (API)

- Compute nodes *transparently* control remote accelerators through API function calls

- API *abstracts* and *enhances* actual native programming model of accelerators

- API provides means for *fault tolerance* in case of an accelerator failure

- Communication protocol involved in API calls layered on top of a communication layer such as MPI:



24. September 2010

Slide 5

ParTec_00001367



JÜLICH
FORSCHUNGSZENTRUM

Slide 6

# Application Programming Interface (API)

- Current set of API calls:

  - **aanInit(*accelerator*)**

    Initializes *accelerator* before use

  - **aanFinalize(*accelerator*)**

    Releases bookkeeping information on *accelerator* after use

  - **aanMemAlloc(*address, size, accelerator*)**

    Allocates size Bytes of memory on accelerator

    Returns *address* of allocated device memory

  - **aanMemFree(*address, accelerator*)**

    Releases the memory starting at *address* on *accelerator*

  - **aanMemCpy(*dst, src, size, direction, accelerator*)**

    Copies *size* Bytes from *src* to *dst* memory address

    The *direction* of the copy operation can be:

    (i) *accelerator* to host,

    (ii) host to *accelerator*

24. September 2010

ParTec_00001368



**JÜLICH**
FORSCHUNGSZENTRUM

# Application Programming Interface (API)

- **aanKernelCreate(*file_name, funct_name, kernel, accelerator*)**
  Creates a kernel defined by the name of the file (*file_name*) and the name of the function (*funct_name*) for execution on *accelerator*
  Returns handle to *kernel*

- **aanKernelSetArg(*kernel, index, size, align, value*)**
  Defines argument for *kernel* execution by its *index* in the argument list, *size*, alignment requirement (*align*), and *value*

- **aanKernelRun(*kernel, grid_dim, block_dim*)**
  Starts kernel execution on the accelerator associated with *kernel* in a previous call to acKernelCreate(). The number of threads is determined by number of threads per block (*block_dim*) and number of blocks in the grid (*grid_dim*)

- **aanKernelFree(*kernel*)**
  Releases the resources associated with *kernel*

24. September 2010

Slide 7

ParTec_00001369