# ATTACHMENT I



# NEWSFLASHES

## Jülich Supercomputing Centre Accelerates JUWELS with Booster Module

Newsflash 12/2019 – November 15, 2019

Partnership between JSC, Atos, ParTec, und NVIDIA set to increase computing performance from 12 to 70 petaflops.



*The Jülich supercomputer JUWELS. Copyright: Forschungszentrum Jülich / Ralf-Uwe Limbach*

On November 14, the Jülich Supercomputing Centre (JSC) at Forschungszentrum Jülich (FZ-Jülich) announced that its current flagship supercomputer, JUWELS, would add a booster module in 2020. A partnership between FZ-Jülich and vendors Atos, NVIDIA, ParTec, and Mellanox, the first stage of JUWELS came online in 2018 with a peak performance of 12 petaflops. The booster module will increase JUWELS' performance to 70 petaflops. No other computer in Europe currently has a higher peak performance.

JSC, one of the three centres comprising the Gauss Centre for Supercomputing (GCS), has focused its recent hardware investments on diversity, developing a modular computing concept that can be tailored to users' needs.

"The modular supercomputing architecture makes it possible to integrate the best available technologies flexibly and without compromise," explains Prof. Thomas Lippert, Director of the Jülich Supercomputing Centre (JSC). "Modularity is our answer to the increasingly complex and heterogeneous requirements that application codes place on supercomputers. It allows us to realize exascale cost-effectively and will even make it possible to integrate exotic future technologies such as quantum computers".

Read the full release here.

Tags: Hardware

## Related

- 19/09/2018 Germany Rings in its Next Generation of Supercomputers at JUWELS Inauguration

Imprint    Contact    Data protection