**MINISTÈRE**
**DE LA JUSTICE**
*Liberté*
*Égalité*
*Fraternité*

Direction des affaires civiles et du sceau

DÉPARTEMENT DE L'ENTRAIDE, DU DROIT INTERNATIONAL PRIVÉ ET EUROPÉEN

Paris, on May 15th, 2025

The Honorable Roy Payne
United States Magistrate Judge
United States District Court for the
Eastern District of Texas
Sam B. Hall, Jr. Federal Building and
United States Courthouse
100 East Houston Street
Marshall, TX 75670
United States of America

Case reference:
**DEDIPE/ 205OP2025**
✉entraide-civile-internationale@justice.gouv.fr
Tél. : +33 1 44 77 61 05

SUBJECT : Acceptation of a letter of request pursuant the Convention de La Haye du 18 mars 1970 sur l'obtention de preuves à l'étranger en matière civile ou commerciale

CASE : PARTEC AG, BF EXAQC AG c/ MICROSOFT CORPORATION

Y/RÉF : ParcTec Ag et BF exaqQC AG c/ Microsoft Corporation,
Action civile n° 2:24-cv-00433-RWS

Dear Sir or Madam,

The Department of Judicial Cooperation, European and Private International Law of the French Ministry of Justice has the honor to acknowledge receipt, on May 15th, 2025, of the letter of request in civil and commercial matters, issued by the United States District Court for the Eastern District of Texas on April 15th, 2025, regarding :

- obtain documentary evidence from Atos SE located at River Ouest, 80 Quai Voltaire, 95877 Bezons Cedex.

- to interview Mr. Jean-Robert BACOU, who can be contacted at Atos SE, River Ouest, 80 Quai Voltaire, 95877 Bezons Cedex.

Please be informed that the letter of request has been authorized and forwarded this day for execution to the public prosecutor at the First Instance Court of Pontoise.

Yours sincerely,

Alexia SEDYKH

DACS
13, place Vendôme – 75042 Paris Cedex 01
Téléphone : 01 44 77 61 05
www.justice.gouv.fr