IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP |

## ORDER

Before the Court is the Motion for the Court to Issue Amended Letters of Request (Letters Rogatory) Under the Hague Convention filed by Defendant Microsoft Corporation. **Dkt. No. 56.** The Amended Letters of Requests solicit assistance from Germany to obtain evidence from Jülich Supercomputing Centre, Leibniz Super-computing Centre, University of Heidelberg, Daniel Becker, Sebastian Rinke and Felix Wolf. After due consideration, the Court **GRANTS** the Motion. The Court will execute the attached Exhibits 2–7.

The Clerk is **DIRECTED** to authenticate, under seal of this Court, the Court's signature on the Letters of Requests and prepare two certified copies of each of the signed and sealed letters. Microsoft's counsel is hereby **ORDERED** to arrange receipt of the materials from the Court by contacting the Clerk's Office and to deliver the issued Amended Letters of Requests, along with certified translations, as required, to the proper authorities in Germany.

SIGNED this 18th day of June, 2025.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE