# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　　　Defendant. | Case No. 2:24-cv-00433-RWS<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT MICROSOFT CORPORATION'S NOTICE OF COMPLIANCE

Pursuant to the Court's Second Amended Docket Control Order (Dkt. 48), Defendant Microsoft Corporation confirms that it served its disclosures required by Local Patent Rule 4-1 upon Plaintiffs on August 8, 2025, via electronic mail.

Dated: August 8, 2025

Respectfully submitted,

By: */s/ Jeffrey S. Seddon, II*
Melissa Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Betty Chen
LEAD ATTORNEY
State Bar No. 24056720
bchen@desmaraisllp.com
**DESMARAIS LLP**
101 California Street, Suite 3000
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

1

Jeffrey S. Seddon, II (*pro hac vice*)
Caitrianne Feddeler (*pro hac vice*)
**DESMARAIS LLP**
230 Park Avenue, 26th Fl
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401
jseddon@desmaraisllp.com
cfeddeler@desmaraisllp.com

*Counsel for Defendant Microsoft Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically on August 8, 2025. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

/s/ *Jeffrey S. Seddon, II*
Jeffrey S. Seddon, II