*Exhibit I*

| | |
|---|---|
| **From:** | Alex Aiken |
| **To:** | Microsoft Partec Service; Melissa Richards Smith; diana@gillamsmithlaw.com |
| **Cc:** | Calvin Capshaw; Claire; Justin A. Nelson; Matthew R. Berry; E Derieux; Chris Henry; Maggie Kindiga; Tammie DeNio |
| **Subject:** | [Ext] RE: ParTec AG v. Microsoft (24-433): Octane Fitness Letter - SERVICE |
| **Date:** | Thursday, August 14, 2025 5:27:49 PM |

**\*\*EXTERNAL EMAIL\*\* This email originated from outside the company. Do not click on any link unless you recognize the sender and have confidence the content is safe.**



Counsel,

We disagree with each of Microsoft's baseless assertions and threats. The institution of an IPR does not require dismissal as Microsoft argues, nor is there anything "exceptional" in continuing to assert a patent while an IPR is pending and before any final decision. Doing so is common and routine. Plaintiffs accordingly are not dismissing their allegations concerning the '442.

Regards,

Alex

Alexander W. Aiken
Susman Godfrey LLP
401 Union St., Suite 3000
Seattle, WA 98101
(206) 505-3813

**From:** Chloé Fequiere <CFequiere@desmaraisllp.com>
**Sent:** Friday, August 8, 2025 2:44 PM
**To:** Alex Aiken <AAiken@susmangodfrey.com>; Calvin Capshaw <ccapshaw@capshawlaw.com>; Claire <claire@wsfirm.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Matthew R. Berry <mberry@SusmanGodfrey.com>; E Derieux <ederieux@capshawlaw.com>; Chris Henry <CHenry@susmangodfrey.com>; Maggie Kindiga <MKindiga@susmangodfrey.com>; Tammie DeNio <tdenio@SusmanGodfrey.com>
**Cc:** Microsoft Partec Service <MicrosoftPartecService@desmaraisllp.com>; Melissa Richards Smith <melissa@gillamsmithlaw.com>; diana@gillamsmithlaw.com
**Subject:** ParTec AG v. Microsoft (24-433): Octane Fitness Letter - SERVICE

EXTERNAL Email

Counsel,

Please see the attached correspondence regarding this matter.

Thank You,
Chloé


Chloé Fequiere | Paralegal
**Desmarais** LLP
T: (212) 490-4079|E: CFequiere@desmaraislp.com


This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.