# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG, *Plaintiffs*, v. MICROSOFT CORPORATION, *Defendant*. | Civil Action No. 2:24-cv-00433-RWS-RSP |

## ORDER GRANTING MOTION FOR A STAY

Before the Court is Defendant Microsoft Corporation's Motion for A Stay Pending Resolution Of Instituted *Inter Partes* Review Of U.S. Patent 11,537,442.  After due consideration, the Court is persuaded that the motion should be and hereby is granted.

Accordingly, it is ordered that all proceedings in the above-captioned matter are stayed until further Order of the Court.