

# Baden-Württemberg

AMTSGERICHT FREIBURG i. Br.
DER PRÄSIDENT

Amtsgericht Freiburg • Kaiser-Joseph-Straße 257a • 79098 Freiburg i.Br.

United States District Court for the Eastern District
of Texas, Sam B. Hall, Jr. Federal Building and United
States Courthouse,
Unites States Magistrate Judge Roy S. Payne
100 East Houston Street
MARSHALL, TX 75670
U.S.A.

Datum 30. Juli 2025
Name Frau Hirschmann
Durchwahl 0761 205-4304
Aktenzeichen 934 E – 1944/25
(Bitte bei Antwort angeben)

**Rechtshilfeverkehr in Zivilsachen;**
**hier: Ihr Rechtshilfeersuchen vom 20. Juni 2025 in der Rechtssache PARTEC AG und andere gegen Microsoft Corporation wegen Patentverletzung (Nr. 2:24-cv-00433-RWS-RSP)**

**Anlage(n)**
1 Ersuchen (geheftet)

Sehr geehrte Damen und Herren,
sehr geehrter Richter Payne,

das oben näher bezeichnete Beweisaufnahmeersuchen gebe ich vorerst unerledigt zurück, da es in weiten Teilen so nicht erledigungsfähig ist.

Mit dem Ersuchen wird um Zeugenvernehmung eines Mitarbeiters der Universität Heidelberg gebeten. Der Zeuge soll zur Vorlage von umfangreichen, nicht genau bezeichneten Dokumenten verpflichtet werden.
Die Bundesrepublik Deutschland hat zu Artikel 23 des Haager Beweisaufnahmeübereinkommens einen Vorbehalt erklärt. Die Erklärung kann unter https://www.hcch.net/de/states/authorities/details3/?aid=501 eingesehen werden.

Kaiser-Joseph-Straße 257a • 79098 Freiburg i.Br. • Telefon 0761 205-0 • Telefax 0761 205-1804 • Straßenbahnhaltestelle: Holzmarkt
www.agfreiburg.de • poststelle@agfreiburg.justiz.bwl.de • www.service-bw.de
Bankverbindung: Landesoberkasse Baden-Württemberg • Baden-Württembergische Bank • BLZ 600 501 01 • Konto-Nr. 7 469 534 505
BIC: SOLADEST600 - IBAN: DE82 6005 0101 7469 5345 05
Bei Überweisung bitte obiges Aktenzeichen und Kassenzeichen-Nr. 9880723000014 angeben.

- 2 -

Die Herausgabe von Dokumenten kann danach nur verlangt werden, wenn diese genau bezeichnet sind und sich im Besitz einer Partei des Verfahrens befinden. Der Zeuge und die Universität Heidelberg sind nicht Partei des Verfahrens.

Die zahlreichen Fragen sind zum großen Teil sehr allgemein gehalten und haben ausforschenden Charakter. Dies ist nach deutschem Verfahrensrecht nicht zulässig.

Eine Befragung des Zeugen durch die Parteivertreter wäre grundsätzlich möglich. Ein Kreuzverhör ist nach deutschem Verfahrensrecht nicht zulässig.

Videoaufzeichnungen wären nach deutschem Recht nur zur Protokollerstellung zulässig und müssten nach Fertigstellung des Protokolls gelöscht werden. Wenn diese Aufzeichnungen außerhalb der deutschen Justiz wären, könnte diese Löschung nicht sichergestellt werden.

Im deutschen Zivilrecht ist nicht vorgesehen, dass ein Zeuge die Protokollniederschrift innerhalb von 14 Tagen prüft, berichtigt und unterzeichnet. Das Protokoll ist ein Schriftstück des deutschen Gerichts und wird von diesem erstellt und vom Richter unterschrieben.

Die Erledigungsstücke werden grundsätzlich nur an das ersuchende Gericht übersandt. Eine Übersendung an alle Verfahrensbeteiligten ist nicht möglich.

Dr. Adam






BARDEHLE PAGENBERG · Prinzregentenplatz 7 · 81675 München

**Per Kurier**

Amtsgericht Freiburg
Präsident des Amtsgerichts Freiburg
Kaiser-Joseph-Straße 257a
79098 Freiburg i.Br.



Amtsgericht Freiburg
- Verwaltung -
Eing.: 14. Juli 2025

München, 10. Juli 2025

**ParTec AG, BF exaQC AG ./. Microsoft Corporation**
**Hier: Rechtshilfeersuchen nach Haager Beweisübereinkommen, HBÜ**
**Unser Zeichen: D177352BER TMS/HAC/HZN/kpl**
**Aktenzeichen: nicht bekannt**

**BARDEHLE**
**PAGENBERG**

Sehr geehrter Herr Präsident,

sehr geehrte Damen und Herren,

im Auftrag der Microsoft Corporation übersenden wir Ihnen den anliegenden Antrag auf Ersuchen um internationale Rechtshilfe gemäß dem Haager Übereinkommen vom 18. März 1970 über die Durchführung von Beweisaufnahmen im Ausland in Zivil- oder Handelssachen vom 20. Juni 2025 nebst Anlagen sowie deutschsprachige Übersetzungen des Ersuchens sowie der Anlagen.

Ein früheres Ersuchen vom 03. März 2025, welches mit diesseitigem Schreiben vom 02. April 2025 übermittelt wurde, wird beim Amtsgericht Freiburg unter dem Aktenzeichen **934 E – 1133/25** geführt.

Prof. Dr. Tilman Müller-Stoy
mueller-stoy@bardehle.de

Nadine Westermeyer
nadine.westermeyer@bardehle.de

Prinzregentenplatz 7
81675 München
T +49.(0)89.928 05-0
F +49.(0)89.928 05-444
www.bardehle.com

Mit freundlichen Grüßen

*[Signature]*

Nadine Westermeyer
Rechtsanwältin

Anlagen:
Rechtshilfeersuchen im Original
Deutsche Übersetzung des Rechtshilfeersuchens
Anlagen A bis L
Deutsche Übersetzungen der Anlagen A bis L

BARDEHLE PAGENBERG
Partnerschaft mbB
Patentanwälte Rechtsanwälte
Amtsgericht München
Partnerschaftsregister 1152
ISO 9001 certified

In cooperation with:

✕
YUSARN AUDREY
www.yusarn.com
Singapore