UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG, <br><br> Plaintiffs, <br><br> vs. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF P.R. 4-2 DISCLOSURES

Notice is hereby given that Plaintiffs ParTec AG and BF exaQC AG ("Plaintiffs") served the disclosures required by Local Patent Rule 4-3 on counsel for Defendant Microsoft Corporation via electronic mail on this August 29, 2025.

Dated: August 29, 2025

Respectfully submitted,

*/s/ Alexander W. Aiken*
Justin A. Nelson – Lead Counsel
Texas State Bar No. 24034766
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
Alexander W. Aiken
Washington State Bar No. 55988
SUSMAN GODFREY, L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

mberry@susmangodfrey.com
aaiken@susmangodfrey.com

Claire Abernathy Henry
Texas State Bar No. 24053063
MILLER, FAIR, HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

S. Calvin Capshaw
Texas State Bar No. 03783900
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com

*Counsel for Plaintiffs ParTec AG and BF exaQC AG*

2

## **CERTIFICATE OF SERVICE**

This is to certify that on August 29, 2025, all counsel of record were served a copy of the foregoing via CM/ECF.

                                                   */s/ Alexander W. Aiken*
                                                  Alexander W. Aiken