# Exhibit A

**Exhibit A – Custodians**

| # | Custodians[1] | Connection[2] | Relevant Knowledge[3] |
|---|---|---|---|
| 1 | Bernhard Frohwitter | Inventor of the '422 Patent; CEO of ParTec; Chairman of the Board of BFX | "knowledge relating to conception and reduction to practice of the claimed inventions; general knowledge of the Patents-in-Suit; endeavors to commercialize the Patents-in-Suit; prosecution history of the Patents-in-Suit; the operations of ParTec; and the operations of BFX." |
| 2 | Hugo Falter | Deputy CEO and COO of ParTec | "knowledge of endeavors to commercialize the Patents-in-Suit, and the operations of ParTec." |
| 3 | Norbert Eicker | Software Engineer | "knowledge of ParTec's participation in the DEEP projects and collaborations with JSC." |
| 4 | Thomas Moschny | Chief HPC Solutions and Chief Technology Officer | "knowledge of ParTec's HPC solutions, supercomputing projects ParTec has participated in, and ParTec HPC technology." |
| 5 | Ina Schmitz | Chief Projects and Consulting Officer | "knowledge of the supercomputing projects ParTec has participated in." |

---

[1] Microsoft's July 22, 2025 Letter Regarding Revised ESI Search Terms.
[2] Plaintiffs' November 11, 2024 Email re "ParTec v. Microsoft - ESI Disclosures" (identifying custodians, roles, and knowledge).
[3] *Id.*

1