# Exhibit B

## Exhibit B – Microsoft's Fourth Revised Search Terms

| Fourth Revised Terms (07/31/2025)[1] | Hit Counts[2] (without families) | Hit Counts[3] (with families) | Relevance |
|---|---|---|---|
| 1. (Booster OR BN OR ESB OR (Accelerator OR GPU w/2 node*)) **w/10** (dynamic* OR iterat* OR modul* OR task) | 9,283 | 20,451 | Documents referencing "booster" (and related terms) are relevant to ParTec's supposed inventions, which relate to dynamically assigning boosters in order to provide acceleration functionality within a modular architecture, as well as ParTec's development efforts and ParTec's contention that its modular architecture embodies the asserted patents. |
| 2. dMSA OR MSA OR (Modul* w/2 (supercomput* OR system OR architect*)) **w/25** (advantage* OR benefit* OR perform* OR effic* OR invent* OR develop* OR build* OR design* OR research* OR price OR cost OR publi*) | 12,756 | 27,922 | Documents referencing ParTec's so-called "dynamic Modular System Architecture" or "dMSA" (and related terms) are relevant to ParTec's supposed inventions, given ParTec's contention that its modular architecture embodies the asserted patents, as well as ParTec's development efforts. |
| 3. (dynamic*) **w/5** (schedul* OR allocat* OR assign* OR workflow OR configur* OR rerout* OR modul* OR reserv* OR balanc* OR cooperat* OR coupl* OR scal* OR manag*) | 8,647 | 19,285 | Documents referencing dynamic scheduling (and related terms) are relevant to ParTec's supposed inventions, which relate to dynamically assigning boosters (the '156 and '883 patents) and dynamically scheduling subtasks in an iterative fashion (the '442 patent), as well as ParTec's development efforts and ParTec's contention that |

---

[1] Microsoft's July 22, 2025 Letter re Revised ESI Search Terms.  Term 5 was withdrawn by email on July 31, 2025.
[2] Plaintiffs' August 5, 2025 Email re Microsoft's ESI Requests (identifying hit counts for each term with and without families and the total number of unique documents across custodians with families); Plaintiffs' August 6, 2025 Email re Microsoft's ESI Requests (identifying total number of unique documents across custodian without families).
[3] *Id.*

1

| | | | | |
|---|---|---|---|---|
| | | | | its modular architecture embodies the asserted patents. |
| 4. | ("Dynamical Exascale Entry Platform" OR DEEP* OR (Dynamic* w/2 Exa*) OR DECO OR FP7 OR "Call 7" OR "ICT-2011.9.13") **w/20** (modul* OR cluster-booster OR "resource manager")) | 7,802 | 17,836 | Documents referencing the "Dynamical Exascale Entry Platform" or "DEEP" (and related terms) are relevant to ParTec's contentions of commercial success and embodying products, including ParTec's contention that its modular architecture embodies the asserted patented inventions. |
| 5. | **Removed** | REMOVED | REMOVED | |
| 6. | (Microsoft OR MSFT) **w/25** (infring* OR patent* OR Singularity OR "Project Forge" OR Azure OR "AI infrastructure" OR GPU* OR booster*) | 10,536 | 13,337 | Documents referencing Microsoft in connection with the accused products or ParTec's allegations of infringement are relevant to the accused Microsoft technology and alleged patent infringement. |
| 7. | (NVIDIA OR NVDA) **w/25** (infring* OR patent* OR Microsoft) | 4,212 | 6,483 | Documents referencing NVIDIA in connection with allegations of patent infringement are relevant to ParTec's efforts to assert its patents against others, as well as the alleged value of the asserted patents, and ParTec's infringement allegations against Microsoft, which refer to Microsoft's use of NVIDIA GPUs. |
| 8. | Lippert* **w/50** (patent* OR "intellectual property" OR infring* OR agreement OR modul* OR dynamic* OR Microsoft OR booster* OR accelerator* OR GPU* OR DEEP OR ParaStation OR JURECA OR JUWELS OR JUPITER OR MareNostrum OR Meluxina OR Leonardo OR shares OR profit) | 12,287 | 21,623 | Documents referencing Dr. Thomas Lippert, the sole named inventor on two asserted patents and a co-inventor on the third, are relevant to the alleged inventions, his interest in the suit and potential bias, development of the alleged invention, projects and products that allegedly embody the asserted patents, inventorship, and standing. |
| 9. | Parastation **w/25** (licens* OR agreement OR forecast OR royalt* OR sale* OR loss* OR (cost W/5 savings) OR revenue OR income OR valu* OR analy* OR competit* OR | 6,338 | 14,010 | Documents referencing ParTec's ParaStation software, which ParTec has alleged enables its modular architecture, are relevant to the development of the alleged invention, any value of |

2

| | | | |
|---|---|---|---|
| demand OR patent* OR "intellectual property") | | | the alleged invention and related technology, and alleged commercial success of the alleged invention. |
| 10. (Patent* OR "Intellectual property") **W/25** (licens* OR agreement OR settl* OR OR forecast OR royalt* OR sale* OR loss* OR (cost w/5 savings) OR revenue OR income OR valu* OR analy* OR competit* OR demand) | 7,998 | 18,407 | Documents referencing ParTec's patents (or intellectual property) are relevant to development of the alleged invention, any value of the alleged invention and related technology, and alleged commercial success of the alleged invention. |
| **Total Unique Hits Across All Custodians** | **47,444** | **78,788** | |

3