# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S MOTION TO COMPEL PRODUCTION OF EMAILS PURSUANT TO THE AGREED ESI ORDER

Before the Court is Defendant Microsoft Corporation's Motion to Compel Production of Emails Pursuant to the Agreed ESI Order. The Court, having considered the same, is of the opinion that the motion should be and is hereby **GRANTED**. Plaintiffs are **FURTHER ORDERED** to produce documents responsive to Microsoft's July 31, 2025 search terms.