# EXHIBIT 3



**RESTRICTED
ATTORNEYS' EYES ONLY**

# Transcript of Maximilian von Mettenheim, Corporate Designee

**Date:** March 18, 2025
**Case:** Partec AG, et al. -v- Microsoft Corporation

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

| | | |
|---|---|---|
| 1 | A. I remember that this proceeding was | 12:10:25 |
| 2 | mentioned, but I don't know any details about that | 12:10:28 |
| 3 | anymore. | 12:10:30 |
| 4 | Q. Okay. You can close out of Exhibit 14. | 12:10:37 |
| 5 | Okay. Mr. von Mettenheim, what is ParTec's | 12:10:46 |
| 6 | relationship with Microsoft? | 12:10:50 |
| 7 | MR. AIKEN: Objection to scope and form. | 12:10:54 |
| 8 | A. I don't think I'm in the position to answer. | 12:11:01 |
| 9 | I kind of appreciate Microsoft personally for their | 12:11:05 |
| 10 | good products, but anything else, I couldn't say. | 12:11:09 |
| 11 | Q. So do you have a view on Microsoft as a | 12:11:13 |
| 12 | company? | 12:11:17 |
| 13 | MR. AIKEN: Objection. Form. Scope. | 12:11:19 |
| 14 | A. Me personally or the -- | 12:11:23 |
| 15 | Q. Sure. What is your view on Microsoft as a | 12:11:27 |
| 16 | company? | 12:11:31 |
| 17 | MR. AIKEN: Same objections. | 12:11:31 |
| 18 | A. I think I just mentioned that I appreciate | 12:11:33 |
| 19 | their products. | 12:11:35 |
| 20 | Q. Do you have any responsibilities for | 12:11:39 |
| 21 | determining whether or not to sue a company for | 12:11:41 |
| 22 | alleged patent infringement? | 12:11:44 |
| 23 | MR. AIKEN: I would caution the witness just | 12:11:47 |
| 24 | to answer "yes" or "no." | 12:11:49 |
| 25 | A. I don't. | 12:11:50 |

| | | |
|---|---|---|
| 1 | Q. You understand that this case involves | 12:11:53 |
| 2 | ParTec's allegations that Microsoft is infringing | 12:11:55 |
| 3 | ParTec's patents; right? | 12:11:59 |
| 4 | A. I do. | 12:12:02 |
| 5 | Q. Do you think that Microsoft infringes | 12:12:04 |
| 6 | ParTec's patents? | 12:12:07 |
| 7 | A. I am not in the position to assess that. | 12:12:11 |
| 8 | Q. So you do not have a view on whether | 12:12:19 |
| 9 | Microsoft infringes ParTec's patents; right? | 12:12:21 |
| 10 | A. I'm -- I'm a trained lawyer in corporate law | 12:12:28 |
| 11 | and commercial law, and I have no knowledge of | 12:12:33 |
| 12 | patent law, especially not of U.S., so I am not able | 12:12:36 |
| 13 | to assess this. | 12:12:41 |
| 14 | Q. So you have no assessment of whether | 12:12:43 |
| 15 | Microsoft infringes ParTec's patents; right? | 12:12:45 |
| 16 | MR. AIKEN: Objection. Form. And also | 12:12:50 |
| 17 | objection to scope on all this. | 12:12:52 |
| 18 | A. I think that's what I said, yes. | 12:12:53 |
| 19 | Q. Have you done any analysis on the validity | 12:12:58 |
| 20 | of ParTec's patents? | 12:13:01 |
| 21 | MR. AIKEN: I instruct the witness not to | 12:13:04 |
| 22 | answer this on the basis of privilege and work | 12:13:05 |
| 23 | product. You're asking an internal counsel whether | 12:13:07 |
| 24 | they've done any sort of invalidity investigation. | 12:13:09 |
| 25 | That's -- we're not gonna get into that. So the | 12:13:14 |

| | | |
|---|---|---|
| 1 | day. | 12:18:22 |
| 2 | BY MS. FEDDELER: | 12:18:42 |
| 3 |     Q. Okay. And, Mr. von Mettenheim, what do you | 12:18:43 |
| 4 | believe are the booster nodes in Microsoft -- | 12:18:46 |
| 5 | Microsoft's Azure infrastructure? | 12:18:49 |
| 6 |     MR. AIKEN: Let me give a cautionary | 12:18:54 |
| 7 | instruction here. I instruct the witness only to | 12:18:56 |
| 8 | answer to the extent he has a view outside of what | 12:18:59 |
| 9 | has been related to him by ParTec's external counsel | 12:19:02 |
| 10 | at Susman Godfrey. | 12:19:07 |
| 11 |     A. I think I can be quite open here. I'm very | 12:19:13 |
| 12 | glad if I find the right button to enter a breakout | 12:19:20 |
| 13 | room on Zoom, and my technical knowledge in this | 12:19:23 |
| 14 | field is -- calling it limited would be a euphemism. | 12:19:29 |
| 15 | So I have no certain understanding about the | 12:19:35 |
| 16 | technical details of the patents in question. | 12:19:38 |
| 17 |     Q. And, Mr. von Mettenheim, what do you believe | 12:19:52 |
| 18 | is a resource manager in Microsoft's Azure | 12:19:54 |
| 19 | infrastructure? | 12:19:58 |
| 20 |     MR. AIKEN: Objection. Form. Scope. | 12:19:58 |
| 21 |     Same cautionary instruction. | 12:20:01 |
| 22 |     A. It does sound like a widget that manages | 12:20:03 |
| 23 | resources. | 12:20:09 |
| 24 |     Q. And what do you believe is the resource | 12:20:09 |
| 25 | manager in Microsoft's Azure infrastructure? | 12:20:11 |

| | | |
|---|---|---|
| 1 | MR. AIKEN: Same objection. | 12:20:16 |
| 2 | Same instructions. | 12:20:17 |
| 3 | A. I have no knowledge at all about the | 12:20:18 |
| 4 | Microsoft Azure structure other than that the people | 12:20:25 |
| 5 | who are competent to -- to assess that have -- are | 12:20:36 |
| 6 | of the opinion that it has a structure that may -- | 12:20:41 |
| 7 | let's put it differently. Sorry. | 12:20:45 |
| 8 | I have no detailed knowledge about the | 12:20:48 |
| 9 | structure of any Microsoft product. | 12:20:51 |
| 10 | Q. In your view, how are booster notes assigned | 12:20:56 |
| 11 | to computation notes in Microsoft's Azure? | 12:20:59 |
| 12 | MR. AIKEN: Same objection. | 12:21:07 |
| 13 | Same instructions. | 12:21:08 |
| 14 | A. I have no knowledge about that. | 12:21:10 |
| 15 | Q. And do you have any knowledge about the | 12:21:11 |
| 16 | OpenAI supercomputer? | 12:21:19 |
| 17 | MR. AIKEN: Same objection. | 12:21:22 |
| 18 | Same instructions. | 12:21:24 |
| 19 | A. About what? | 12:21:25 |
| 20 | Q. Do you have any knowledge about the OpenAI | 12:21:27 |
| 21 | supercomputer? | 12:21:30 |
| 22 | A. No. | 12:21:34 |
| 23 | MR. AIKEN: Same objection. Same | 12:21:34 |
| 24 | instructions. | 12:21:36 |
| 25 | Q. Mr. von Mettenheim, do you expect to come to | 12:22:00 |

| | | |
|---|---|---|
| 1 | trial? | 12:22:03 |
| 2 |     A. I haven't given that a thought. | 12:22:09 |
| 3 |     Q. If you were to come to trial, what would you | 12:22:13 |
| 4 | expect to testify about? | 12:22:16 |
| 5 |         MR. AIKEN: Objection. Scope. Form. | 12:22:17 |
| 6 |     A. As I said, I haven't given that a thought. | 12:22:21 |
| 7 |     Q. Mr. von Mettenheim -- go ahead. | 12:22:28 |
| 8 |     A. Ms. Feddeler, I may not have that -- have | 12:22:29 |
| 9 | made that clear. I have -- in my business for | 12:22:34 |
| 10 | ParTec, I have nothing to do with patents or | 12:22:37 |
| 11 | anything of the like. I'm managing the legal side | 12:22:39 |
| 12 | of the daily business of our company. | 12:22:43 |
| 13 |     Q. Mr. von Mettenheim, how did you get your job | 12:22:47 |
| 14 | at ParTec? | 12:22:50 |
| 15 |         MR. AIKEN: Objection. Scope and form. | 12:22:53 |
| 16 |     A. I -- let's try to put that in words without | 12:22:57 |
| 17 | violating my legal obligations under the German law. | 12:23:13 |
| 18 |     Mr. Frohwitter and I have met on a private | 12:23:18 |
| 19 | basis in my former position and I was invited to | 12:23:22 |
| 20 | join his company. | 12:23:28 |
| 21 |     Q. And why did you choose to join ParTec? | 12:23:29 |
| 22 |         MR. AIKEN: Objection. Scope and form. | 12:23:33 |
| 23 |     A. Okay. This is a question that my wife keeps | 12:23:39 |
| 24 | asking me from time to time. And, yeah, because | 12:23:44 |
| 25 | I -- I thought it was an exciting opportunity. | 12:23:54 |

| | | |
|---|---|---|
| 1 | States, and since we don't have employees in the | 12:31:52 |
| 2 | U.S., we don't have any in Texas either. | 12:31:55 |
| 3 |     Q. And what is ParTec? | 12:32:02 |
| 4 |     A. Who is John Galt or -- | 12:32:08 |
| 5 |         MR. AIKEN: Objection. Form. | 12:32:11 |
| 6 |     Q. Well, how would you describe ParTec? | 12:32:15 |
| 7 |     A. ParTec is a company who is capable of and | 12:32:26 |
| 8 | realizing that in certain projects, | 12:32:35 |
| 9 | building heterogenous supercomputers of different | 12:32:43 |
| 10 | capabilities and capacities, including machines | 12:32:46 |
| 11 | for -- or systems for artificial intelligence, for | 12:32:48 |
| 12 | example. | 12:32:51 |
| 13 |     Q. And is ParTec currently profitable? | 12:32:57 |
| 14 |         MR. AIKEN: Objection. Form and scope. | 12:33:02 |
| 15 |     A. What do you mean by "profitable"? | 12:33:08 |
| 16 |     Q. Does ParTec currently make a profit? | 12:33:13 |
| 17 |         MR. AIKEN: Objection to form, scope. | 12:33:16 |
| 18 |     A. What do you mean by "currently"? | 12:33:18 |
| 19 |     Q. As of 2025, does ParTec make a profit? | 12:33:24 |
| 20 |         MR. AIKEN: Objection. Form. Scope. | 12:33:28 |
| 21 |     A. I am not informed about the numbers of 2025. | 12:33:29 |
| 22 |     Q. Has ParTec ever built a supercomputer used | 12:33:34 |
| 23 | for AI training or inferencing? | 12:33:38 |
| 24 |         MR. AIKEN: Objection. Form. Scope. | 12:33:42 |
| 25 |     A. I have no knowledge about what the computers | 12:33:44 |

RESTRICTED - ATTORNEYS' EYES ONLY
Transcript of Maximilian von Mettenheim, Corporate Designee
Conducted on March 18, 2025

190

| | | |
|---|---|---|
| 1 | that have been built in participation with ParTec | 12:33:47 |
| 2 | are being used for. | 12:33:51 |
| 3 | Q. Has ParTec -- as of 2024, did ParTec make a | 12:33:54 |
| 4 | profit? | 12:34:00 |
| 5 | MR. AIKEN: Objection to scope, form. | 12:34:01 |
| 6 | A. What was the question again? Sorry. | 12:34:05 |
| 7 | Q. As of 2024, had ParTec made a profit? | 12:34:07 |
| 8 | A. I don't know of the numbers by heart, so I | 12:34:13 |
| 9 | wasn't prepared for this. | 12:34:16 |
| 10 | Q. In 2023, did ParTec make a profit? | 12:34:18 |
| 11 | A. Same answer. | 12:34:22 |
| 12 | MR. AIKEN: Objection. Form. Scope. | 12:34:22 |
| 13 | Q. In 2022, did ParTec make a profit? | 12:34:25 |
| 14 | MR. AIKEN: Same objection. | 12:34:28 |
| 15 | A. I don't think these -- these numbers are | 12:34:29 |
| 16 | public and I don't have them with me right now. | 12:34:33 |
| 17 | Q. So you don't know for any year that ParTec | 12:34:36 |
| 18 | was profitable; right? | 12:34:39 |
| 19 | A. No. I am -- I am the general counsel and | 12:34:41 |
| 20 | not the person for the finance side of the company. | 12:34:45 |
| 21 | MR. AIKEN: And objection to scope and form | 12:34:49 |
| 22 | in there. | 12:34:51 |
| 23 | Q. Or you don't know if ParTec was profitable | 12:34:53 |
| 24 | last year; right? | 12:34:55 |
| 25 | MR. AIKEN: Objection to scope, form. | 12:34:56 |