# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG, <br><br> Plaintiffs, <br><br> vs. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP |

## ORDER

Before the Court is Microsoft's Motion for a Stay Pending Resolution of Instituted *Inter Partes* Review of U.S. Patent No. 11,537,442 (Dkt. No. 61). The Court, having considered the Motion and relevant authority, is of the opinion that it should be and is hereby **DENIED**.