# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' UNOPPOSED MOTION TO EXCUSE LEAD COUNSEL FROM DISCOVERY DISPUTE HEARING

Plaintiffs ParTec AG and BF EXAQC AG ("Plaintiffs") hereby request that their Lead Counsel, Justin A. Nelson, be excused from attending the motion hearing set for September 18, 2025. Mr. Nelson will be occupied by ongoing proceedings in *Bartz v. Anthropic PBC*, Case No. 3:24-cv-05417, in the U.S. District Court for the Northern District of California.

Mr. Matthew R. Berry, who is fully knowledgeable about the issues in dispute and who has authority to answer any questions, will attend the hearing along with Local Counsel. Mr. Berry will also argue the motions.

Dated: September 12, 2025

Respectfully submitted,

*/s/ Justin A. Nelson*
Justin A. Nelson – Lead Counsel
Texas State Bar No. 24034766
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
Alexander W. Aiken
Washington State Bar No. 55988
SUSMAN GODFREY, L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

Jacob Levin
New York State Bar No. 6247589
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
jlevin@susmangodfrey.com

Claire Abernathy Henry
Texas State Bar No. 24053063
MILLER, FAIR, HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

S. Calvin Capshaw
Texas State Bar No. 03783900
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com

*Counsel for Plaintiffs ParTec AG and BF exaQC AG*

-3-

## CERTIFICATE OF CONFERENCE

I hereby certify that Plaintiffs have complied with the meet and confer requirements set forth in Local Rule CV-7(h). Counsel for Plaintiffs met and conferred with counsel for Defendant on September 11 2025, and counsel for Defendant indicated it is unopposed to the relief sought in this motion.

/s/ Justin A. Nelson
Justin A. Nelson