UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCUSE LEAD COUNSEL FROM DISCOVERY DISPUTE HEARING**

CAME ON FOR CONSIDERATION, Plaintiffs ParTec AG and BF EXAQC AG ("ParTec") Unopposed Motion to Excuse Lead Counsel from Discovery Dispute Hearing. Having considered the motion, it is hereby GRANTED.