UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT**
**REGARDING PLAINTIFFS' MOTION TO COMPEL SOURCE CODE**

Pursuant to the Court's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes, lead and local counsel for the parties met and conferred on Friday, August 29, 2025, to discuss resolution of Plaintiffs' Motion to Compel Source Code (Dkt. No. 63). Following further discussions, the parties have reached agreement on the issues addressed in the Motion, resolving the Motion.

Dated: September 15, 2025

Respectfully submitted,

*/s/ Justin A. Nelson*
Justin A. Nelson – Lead Counsel
Texas State Bar No. 24034766
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
Alexander W. Aiken
Washington State Bar No. 55988

SUSMAN GODFREY, L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

Claire Abernathy Henry
Texas State Bar No. 24053063
MILLER, FAIR, HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

S. Calvin Capshaw
Texas State Bar No. 03783900
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com

*Counsel for Plaintiffs ParTec AG and BF exaQC AG*

2

## CERTIFICATE OF SERVICE

This is to certify that on September 15, 2025, all counsel of record were served a copy of the foregoing via email.

                                                                                   */s/ Justin A. Nelson*
                                                                                   Justin A. Nelson

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the parties complied with the meet and confer requirement and are jointly filing this notice.

                                                                                   */s/ Justin A. Nelson*
                                                                                   Justin A. Nelson