# EXHIBIT 5

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG AND BF EXAQC AG,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION.,<br><br>Defendant. | Case No. 2:24-cv-00433-RWS<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT MICROSOFT CORPORATION'S FIRST AMENDED DISCLOSURES
PURSUANT TO THE ORDER REGARDING E-DISCOVERY**

Pursuant to the Court's Order Regarding E-Discovery ("ESI Order") (Dkt. 29), Defendant Microsoft Corporation ("Microsoft") hereby makes the following disclosures. These disclosures are based upon Microsoft's investigation to date, which is ongoing. Microsoft reserves the right to correct, modify, and/or supplement these disclosures.

Pursuant to Paragraph 6 of the ESI Order, Microsoft identifies the following fifteen most significant email custodians in view of the pleaded claims and defenses, infringement contentions and accompanying documents pursuant to P.R. 3-1 and 3-2, invalidity contentions and accompanying documents pursuant to P.R. 3-3 and 3-4, and preliminary information relevant to damages:

| | **Custodian Name** | **Significance** |
|---|---|---|
| 1 | Melur Raghuraman | Development Manager and Vice President of Engineering; knowledgeable about the development, functionality, and operation of Azure AI infrastructure. |
| 2 | Michael Requa | Principal Program Manager; knowledgeable about the development, functionality, and operation of Azure ML. |

|    | **Custodian Name**     | **Significance**                                                                                                                                                                                           |
|----|------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 3  | Vipul Modi             | Vice President of Engineering; knowledgeable about the development, functionality, and operation of Microsoft's Azure AI infrastructure and Azure ML; knowledgeable the research and development of Project Forge (Singularity). |
| 4  | Huseyin Serkan Yildiz  | Principal Software Engineer; knowledgeable about the development, functionality, and operation of Azure HPC.                                                                                                |
| 5  | Jack Kabat             | Principal Group Product Manager; knowledgeable about the development, functionality, and operation of Azure AI infrastructure.                                                                              |
| 6  | Kevin Raines           | Director of Product Marketing; knowledgeable about the marking of the Azure AI infrastructure.                                                                                                              |
| 7  | David Seda             | General Manager; knowledgeable about the marketing of Azure AI services.                                                                                                                                    |
| 8  | Nathan Kuchta          | Principal Software Engineering Manager; knowledge about virtual machines for Azure AI infrastructure.                                                                                                       |
| 9  | Fred Park              | Principal Software Engineering Manager; knowledgeable about the development, functionality, and operation of Azure AI infrastructure, specifically Azure Batch.                                             |
| 10 | Austin Mysinger        | Software Engineer; knowledgeable about certain components of Azure AI infrastructure.                                                                                                                       |
| 11 | Thomas Marquadt        | Principal Software Engineering Manager; knowledgeable about certain components of Azure AI infrastructure.                                                                                                  |
| 12 | Preet Kamal Singh      | Principal Software Engineering Manager; knowledgeable about certain components of Azure AI infrastructure.                                                                                                  |
| 13 | David Dion             | Principal Software Engineering Manager; knowledgeable about certain components of Azure AI infrastructure.                                                                                                  |

|    | **Custodian Name** | **Significance** |
|----|--------------------|------------------|
| 14 | Brent Ingraham | Principal Program Manager; knowledgeable about the components, development and operation of OpenAI supercomputer. |
| 15 | Christophe Herrbach | Senior Director of Product Management; knowledgeable about the components, development and operation of OpenAI supercomputer. |

Dated: November 22, 2024

/s/ Betty Chen
Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Betty Chen
LEAD ATTORNEY
Texas State Bar No. 24056720
bchen@desmaraisllp.com
**DESMARAIS LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Jeffrey Seddon (*pro hac vice*)
jseddon@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

*Counsel for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document was served on counsel for Plaintiffs, via electronic delivery on November 22, 2024.

Dated: November 22, 2024

/s/ Betty Chen
Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Betty Chen
LEAD ATTORNEY
Texas State Bar No. 24056720
bchen@desmaraisllp.com
**DESMARAIS LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Jeffrey Seddon (*pro hac vice*)
jseddon@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

*Counsel for Defendant Microsoft Corporation*