# EXHIBIT 9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFFS' FIRST ESI PRODUCTION REQUESTS TO MICROSOFT

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Stipulated Order Regarding E-Discovery (ECF No. 29) ("ESI Order"), Plaintiffs ParTec AG and BF exaQC AG ("Plaintiffs") hereby requests that Defendant Microsoft Corporation ("Microsoft") produce ESI for the below custodians using the below search terms. "ESI" means e-mail and Teams chat messages located on Microsoft Exchange. *See* ESI Order ¶ 7 (authorizing "e-mail production requests"); *id.* ¶ 5 (defining "e-mail" for purposes of the order to mean "email or other forms of electronic correspondence").

Plaintiffs reserve all rights under the ESI Order, including, but not limited to, the right to request additional terms to the extent 10 terms have not yet been requested for any custodian; the right to request additional custodians; and the right to request additional or different terms and/or custodians based on information produced in discovery and negotiations with Microsoft.

1

   Consumed Revenue" OR opex OR "operating expense" OR "capex" OR "capital expense" OR cost OR expense OR benefit OR benefits OR ROI OR (return W/3 investment))

3. (Cray OR Odyssey OR Owl OR Panda OR Quail)

   W/50

   (architecture OR design OR schematic OR Singularity OR "Project Forge" OR scheduler OR "resource manager" OR "application manager" OR (allocat* W/3 workload*) OR (allocat* W/3 task*) OR OR (allocat* W/3 job*) OR (assign* W/3 workload*) OR (assign* W/3 task*) OR (assign* W/3 job*) OR (schedul* W/3 workload*) OR (schedul* W/3 task*) OR (schedul* W/3 job*) OR (balanc* W/3 workload*) OR (balanc* W/3 task*) OR (balanc* W/3 job*))

4. (Telemachus OR Inglewood)

   W/50

   ((business W/3 case) OR (business W/3 model) OR TCO OR "total cost of ownership" OR revenue OR revenues OR profit OR profits OR margin OR margins OR ACR OR "Azure Consumed Revenue" OR opex OR "operating expense" OR "capex" OR "capital expense" OR cost OR expense OR benefit OR benefits OR ROI OR (return W/3 investment))

5. (Telemachus OR Inglewood)

   W/50

   (architecture OR design OR schematic OR Singularity OR "Project Forge" OR scheduler OR "resource manager" OR "application manager" OR (allocat* W/3 workload*) OR (allocat* W/3 task*) OR OR (allocat* W/3 job*) OR (assign* W/3 workload*) OR (assign* W/3 task*) OR (assign* W/3 job*) OR (schedul* W/3 workload*) OR (schedul* W/3 task*) OR (schedul* W/3 job*) OR (balanc* W/3 workload*) OR (balanc* W/3 task*) OR (balanc* W/3 job*))

6. (OpenAI OR OAI)

   W/25

   (deal OR deals OR agreement OR agreements OR contract OR contracts OR partnership)

   W/50

   ((business W/3 case) OR (business W/3 model) OR TCO OR "total cost of ownership" OR revenue OR revenues OR profit OR profits OR margin OR margins OR ACR OR "Azure Consumed Revenue" OR opex OR "operating expense" OR "capex" OR "capital expense" OR cost OR expense OR benefit OR benefits OR ROI OR (return W/3 investment))