UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiffs' Motion to Compel OpenAI Documents in Microsoft's Possession. Having considered the Motion, the Motion is **GRANTED**. Defendant Microsoft Corporation is **ORDERED** to produce the requested document within fourteen (14) days of this Order.