# Exhibit A

# EXHIBIT A – Infringement Chart for U.S. Patent No. 10,142,156

Civil Action No. 2:24-cv-00433-JRG (E.D. Tex.)

*ParTec AG et al. v. Microsoft Corporation*

The following claim chart includes illustrations, photographs, and references relating to the Microsoft Azure AI system or infrastructure (the "Accused System").[1] *See* Microsoft Mechanics, *What runs GPT-4o? Inside the Biggest AI Supercomputer in the Cloud with Mark Russinovich*, https://www.youtube.com/watch?v=DlX3QVFUtQI (ParTec_Microsoft_00000367) (Microsoft explaining that the Azure "AI system . . . refers to the specialized hardware and software stack behind [Microsoft's] AI supercomputer"); Microsoft, *Unleashing Innovation: The New Era of Compute Powering Azure AI Solutions* (May 21, 2024), https://azure.microsoft.com/en-us/blog/unleashing-innovation-the-new-era-of-compute-powering-azure-ai-solutions/ (ParTec_Microsoft_00000324) (Microsoft referring to "Azure's AI infrastructure"); Microsoft, *Azure AI Infrastructure*, https://azure.microsoft.com/en-us/solutions/high-performance-computing/ai-infrastructure/ (ParTec_Microsoft_00000106) (Microsoft referring to Azure's "cloud AI supercomputing infrastructure"). The infringement contentions, and evidence of infringement, set forth in these charts apply to each version and model of the Accused System.

Based on the information presently available to them, Plaintiffs contend that Microsoft directly and indirectly infringes each of the claims of United States Patent No. 10,142,156 (the "'156 Patent"). To the extent that multiple cases of infringement are set forth in the below charts, if no reference is made to a specific case with respect to a claim or claim element, the evidence of infringement applies to all cases of infringement set forth for that claim, or the claim(s) on which that claim depends. All emphases and annotations are added unless otherwise stated.

---

[1] Plaintiffs use the terms "Azure AI system" and "Azure AI infrastructure" interchangeably.

## Preliminary Infringement Chart of U.S. Patent No. 10,142,156

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| [1] | A computer cluster-booster system for processing a computation task, comprising: | The Microsoft Azure AI system is a computer cluster-booster system for processing a computation task. <br><br> Microsoft touts the Azure AI system as "the world's largest AI **supercomputer**:" <br><br>  <br><br> *See* Microsoft Mechanics, *What runs GPT-4o? Inside the Biggest AI Supercomputer in the Cloud with Mark Russinovich*, https://www.youtube.com/watch?v=DlX3QVFUtQI (ParTec_Microsoft_00000367). <br><br> The Azure AI system includes "GPUs, networking, and the full stack of AI software." Microsoft, *Azure Blog / AI + Machine Learning*, https://azure.microsoft.com/en-us/blog/roundup-of-ai-breakthroughs-by-microsoft-and-nvidia/ (ParTec_Microsoft_00000312); *see also* Microsoft, *How Microsoft's Bet on Azure Unlocked an AI Revolution* (Mar. 13, 2023), https://news.microsoft.com/source/features/ai/how-microsofts-bet-on-azure-unlocked-an-ai-revolution/ (ParTec_Microsoft_00000193) (stating that the Azure AI infrastructure includes "the combination of GPUs, networking hardware and |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
|  |  | virtualization software required to deliver the **compute needed** to power the next wave of AI innovation"). Further, it includes "a full technology stack with CPUs, GPUs, DPUs, systems, [and] networking." Microsoft, *Azure Blog / AI + Machine Learning*, ********azure.microsoft.com/en-us/blog/roundup-of-ai-breakthroughs-by-microsoft-and-nvidia/ (ParTec_Microsoft_00000312).  That stack is depicted below:<br><br><br><br>Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer*, ***********.youtube.com/watch?v=Rk3nTUfRZmo (ParTec_Microsoft_00000366).<br><br>Microsoft further touts its Azure AI system as the solution to AI's need for "infrastructure that is optimized for **compute** heavy workloads." Microsoft Azure, *Meet AI Demands at any Scale with Purpose-Built Infrastructure*, https://www.youtube.com/watch?v=eq2zQq2GtFQ (ParTec_Microsoft_00000285).<br><br>Hence, the Microsoft Azure AI system  is a computer cluster-booster system for processing a computation task. |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| **[1-a]** | a plurality of hardware computation nodes, | The Microsoft Azure AI system includes a plurality of hardware computation nodes.<br><br>For example, the Microsoft Azure AI system includes CPUs and CPU cores. A CPU or central processing unit "is a hardware component that's the core computational unit in a server. . . . It fetches instructions from memory, performs the required tasks, and sends output back to memory." Amazon, *What is a CPU (Central Processing Unit)?*, https://aws.amazon.com/what-is/cpu/ (ParTec_Microsoft_00000087). "A core is a processing unit of the CPU." Vinicius Fulber-Garcia, *Differences Between Core and CPU*, Baeldung (Mar. 18, 2024), \*\*\*\*\*\*\*\*\*\*\*.baeldung.com/cs/core-vs-cpu (ParTec_Microsoft_00000143).<br><br>The Microsoft Azure AI system includes CPUs. As Microsoft states, the systems comprises "one global hardware fleet of **CPUs** and GPUs." Microsoft, *AI Frontiers: Human Insights on AI Training* (Apr. 22, 2024), https://techcommunity.microsoft.com/t5/ai-azure-ai-services-blog/ai-frontiers-human-insights-on-ai-training/ba-p/4120574 (ParTec_Microsoft_00000071); *see also* Microsoft, *Azure Blog / AI + Machine Learning*, https://azure.microsoft.com/en-us/blog/roundup-of-ai-breakthroughs-by-microsoft-and-nvidia/ (ParTec_Microsoft_00000312) (stating that the system includes "a full technology stack with **CPUs**, GPUs, DPUs, systems, [and] networking."). |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
| | |  Microsoft Azure, *Meet AI Demands at any Scale with Purpose-Built Infrastructure*, ***********.youtube.com/watch?v=eq2zQq2GtFQ (ParTec_Microsoft_00000285) (depicting CPUs). The Microsoft Azure AI system also includes CPU cores. *See* Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer \| Featuring Mark Russinovich* (May 24, 2023), ********techcommunity.microsoft.com/t5/microsoft-mechanics-blog/what-runs-chatgpt-inside-microsoft-s-ai-supercomputer-featuring/ba-p/3830281 (ParTec_Microsoft_00000352) ("[T]he supercomputer that we built for OpenAI back in 2020 comprises more than 285,000 AMD InfiniBand connected **CPU cores**."). In 2020, Azure had 285,000 CPU cores. By November 2023, that number had ballooned to 1.1 million. |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | |  Microsoft Mechanics, *What runs GPT-4o? Inside the Biggest AI Supercomputer in the Cloud with Mark Russinovich*, https://www.youtube.com/watch?v=DlX3QVFUtQI (ParTec_Microsoft_00000367).<br><br>Hence, the Microsoft Azure AI system includes a plurality of hardware computation nodes. |
| **[1-a-i]** | each of which interfaces with a communication infrastructure, | Each of the plurality of hardware computation nodes interfaces with a communication infrastructure.<br><br>For example, the CPUs and CPU cores interface using InfiniBand. *See* Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer \| Featuring Mark Russinovich* (May 24, 2023), https://techcommunity.microsoft.com/t5/microsoft-mechanics-blog/what-runs-chatgpt-inside-microsoft-s-ai-supercomputer-featuring/ba-p/3830281  (ParTec_Microsoft_00000352) ("[T]he supercomputer that we built for OpenAI back in 2020 comprises more than 285,000 AMD **InfiniBand connected** CPU cores").<br><br>"InfiniBand is a channel-based fabric that facilitates high-speed communications between interconnected nodes" and is therefore a communication infrastructure. Robert Sheldon, *What* |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | *is Infiniband?*, TechTarget, https://www.techtarget.com/searchstorage/definition/InfiniBand (ParTec_Microsoft_00000347). |
| **[1-a-ii]** | at least two of the hardware computation nodes being arranged to jointly compute at least a first part of said computation task; | At least two hardware computation nodes in the Azure AI system are arranged to jointly compute at least a first part of a computation task. |
| | | In Azure, multiple CPUs and/or CPU cores work in parallel, each leveraging GPU acceleration. Toolify.ai, *Unveiling the Power of Microsoft's AI Infrastructure* (Updated Mar. 2, 2024), **********.toolify.ai/ai-news/unveiling-the-power-of-microsofts-ai-infrastructure-2528872 (ParTec_Microsoft_00000331) ("GPUs, **coupled** with the CPU infrastructure, provide the necessary computational power to support AI workloads effectively."). This setup is ideal for large-scale machine learning tasks. Each CPU and/or CPU core handles data preparation and inter-machine communication, while the GPU performs computationally intensive model training. This distributed approach enables efficient handling of large datasets and complex models. *See* Timothy Prickett Morgan, *Inside the Infrastructure that Microsoft Builds to Run AI*, The Next Platform (Mar. 21, 2023), https://www.nextplatform.com/2023/03/21/inside-the-infrastructure-that-microsoft-builds-to-run-ai/ (ParTec_Microsoft_00000273) (Nidhi Chappell, Microsoft General Manager of Azure HPC and AI: "With HPC [high performance computing], the **CPUs are heavily utilized** when you're doing a synchronous job."); Perez Rivas Consulting, *Inside Microsoft's AI Supercomputer Powering ChatGPT and Large Language Models* (July 26, 2023), https://www.dr-perez-rivas-consulting.com/2023/07/26/inside-microsoft-s-ai-supercomputer-powering-chatgpt-and-large-language-models/ (ParTec_Microsoft_00000261) (explaining that the Azure AI infrastructure facilitates "the training [of AI models] across **hundreds or thousands of GPUs simultaneously**"); *id.* (explaining that the 285,000 CPU cores formerly in the Azure AI system "indicates a vast amount of processing power that can perform a **colossal number of computations simultaneously**"). |
| | | Microsoft depicts multiple CPUs and/or CPU cores working together—and with GPUs—to perform computation tasks in this manner in videos describing its AI infrastructure. |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | |  Meet AI demands at any scale with purpose-built infrastructure |

Microsoft Azure, *Meet AI Demands at any Scale with Purpose-Built Infrastructure*, **********.youtube.com/watch?v=eq2zQq2GtFQ (ParTec_Microsoft_00000285).

For example, large-scale machine learning models (such as deep neural networks) require significant computational resources for training. *See* Amazon, *What is Machine Learning?*, ********aws.amazon.com/what-is/machine-learning/ (ParTec_Microsoft_00000092) ("Machine learning models, especially those that involve large datasets or complex algorithms like deep learning, require significant computational resources."). On information and belief, the Azure AI system distributes training workloads in such scenarios across multiple CPUs and/or CPU cores—known as distributed training. Each CPU and/or CPU core processes a subset of the data, computes gradients, and updates model parameters. This parallelization accelerates training time significantly.

As another example, on information and belief, each CPU and/or CPU core in the Azure AI system can process a different batch of training data. Gradients are computed independently,

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | and then they are aggregated to update the model. This approach—data parallelism—allows efficient scaling to large datasets.<br><br>As another example, for very large models that do not fit in a single GPU or CPU memory, on information and belief, the Azure AI system takes advantage of model parallelism. Different parts of the model reside on different CPUs, and communication between them ensures coordinated training.<br><br>Hence,  at least two hardware computation nodes in the Azure AI system are arranged to jointly compute at least a first part of a computation task. |
| **[1-b]** | a    plurality    of    hardware boosters, | The Microsoft Azure AI system includes a plurality of hardware boosters.<br><br>The Azure AI system includes, for example, GPUs.  As Microsoft states, the systems comprises "one global hardware fleet of CPUs and **GPUs**." Microsoft, *AI Frontiers: Human Insights on AI Training* (Apr. 22, 2024), https://techcommunity.microsoft.com/t5/ai-azure-ai-services-blog/ai-frontiers-human-insights-on-ai-training/ba-p/4120574 (ParTec_Microsoft_00000071); *see also* Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer | Featuring Mark Russinovich* (May 24, 2023), https://techcommunity.microsoft.com/t5/microsoft-mechanics-blog/what-runs-chatgpt-inside-microsoft-s-ai-supercomputer-featuring/ba-p/3830281 (ParTec_Microsoft_00000352) ("[T]here are **10,000 NVIDIA V100 Tensor Core GPUs** that are also InfiniBand connected."). |

## Preliminary Infringement Chart of U.S. Patent No. 10,142,156

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|       |               |  Microsoft, *How Microsoft's Bet on Azure Unlocked an AI Revolution* (Mar. 13, 2023), ********news.microsoft.com/source/features/ai/how-microsofts-bet-on-azure-unlocked-an-ai-revolution/ (ParTec_Microsoft_00000193) (depicting a GPU). <br><br> Microsoft refers to the GPUs in the Azure AI infrastructure as "multiple, tightly coupled AI **accelerators**." |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | |  Meet AI demands at any scale with purpose-built infrastructure |
| | | Microsoft Azure, *Meet AI Demands at any Scale with Purpose-Built Infrastructure*, **********.youtube.com/watch?v=eq2zQq2GtFQ (ParTec_Microsoft_00000285). In 2020, the Azure AI system had 10,000 GPUs. By November 2023, that number had increased to 14,400 GPUs. |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
| | |  Microsoft Mechanics, *What runs GPT-4o? Inside the Biggest AI Supercomputer in the Cloud with Mark Russinovich*, https://www.youtube.com/watch?v=DlX3QVFUtQI (ParTec_Microsoft_00000367). |
| **[1-b-i]** | each hardware booster having a compute capacity, | Each hardware booster has a compute capacity. A GPU or graphics/graphical processing unit "is an electronic circuit that can perform mathematical calculations at high speed. **Computing tasks** like graphics rendering, machine learning (ML), and video editing require the application of similar mathematical operations on a large dataset. A GPU's design allows it to perform the same operation on multiple data values in parallel. This increases its processing efficiency for many **compute-intensive tasks**." Amazon, *What is a GPU?*, https://aws.amazon.com/what-is/gpu/ (ParTec_Microsoft_00000101). |
| **[1-b-ii]** | at least one hardware booster of the plurality of hardware boosters being arranged to compute at least a second, | At least one hardware booster in the Microsoft Azure AI system is arranged to compute at least a second, specific part of a computation task after having been assigned to at least one hardware computation node and under control of that at least one hardware computation node. |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
|  | specific part of said computation task after having been assigned to at least one hardware computation node and under control of that at least one hardware computation node, | The hardware boosters in the Microsoft Azure AI system (*e.g.*, the GPUs) compute part of a computation task. As Microsoft explains, "[t]o train a large language model, . . . the **computation workload is partitioned** across thousands of GPUs in a cluster [in the Azure AI system]. At certain phases in this computation – called allreduce – the GPUs exchange information on the work they've done." Microsoft, *How Microsoft's Bet on Azure Unlocked an AI Revolution* (Mar. 13, 2023), https://news.microsoft.com/source/features/ai/how-microsofts-bet-on-azure-unlocked-an-ai-revolution/ (ParTec_Microsoft_00000193). In other words, the hardware boosters compute a specific part of a computation task—the "partitioned" share of the computation workload assigned to the GPU.<br><br>Further, in the Microsoft Azure AI system, hardware boosters are assigned to and under the control of at least one computation node. "GPUs, **coupled** with the CPU infrastructure, provide the necessary computational power to support AI workloads effectively." Toolify.ai, *Unveiling the Power of Microsoft's AI Infrastructure* (Updated Mar. 2, 2024), https://www.toolify.ai/ai-news/unveiling-the-power-of-microsofts-ai-infrastructure-2528872 (ParTec_Microsoft_00000331).<br><br>The below image from a Microsoft paper depicts the assignment of a hardware booster (*e.g.*, a GPU) to a computation node (*e.g.*, a CPU and/or CPU core) within the Azure AI system. |

## Preliminary Infringement Chart of U.S. Patent No. 10,142,156

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
| | | <br><br>Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, \*\*\*\*\*\*\*\*arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001).<br><br>As Microsoft states, while "running [a] DNN job" there is "**interaction between** [a] CPU and GPU (active streams, synchronization events)." Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, https://arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001) |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | Likewise, Microsoft, in videos describing its AI infrastructure, depicts computation nodes (*e.g.*, CPUs and/or CPU cores) and boosters or accelerators (*e.g.*, GPUs) working together to perform complex computing tasks.<br><br><br><br>Microsoft Azure, *Meet AI Demands at any Scale with Purpose-Built Infrastructure*, \*\*\*\*\*\*\*\*\*\*.youtube.com/watch?v=eq2zQq2GtFQ (ParTec_Microsoft_00000285).<br><br>Microsoft further touts that the GPUs of the Azure AI system provide users the ability to efficiently accelerate work on powerful systems—meaning they are used to perform computation tasks. *See* Microsoft, *Azure Blog / AI + Machine Learning*, \*\*\*\*\*\*\*azure.microsoft.com/en-us/blog/roundup-of-ai-breakthroughs-by-microsoft-and-nvidia/ (ParTec_Microsoft_00000312) ("H100 and Quantum-2 are part of NVIDIA's high-performance computing (HPC) platform—a full technology stack with CPUs, GPUs, DPUs, systems, networking, and a broad range of AI and HPC software—that provides researchers **the ability to efficiently accelerate their work on powerful systems**, on-premises or in the cloud."). Code, such as Python code running on CPUs and/or CPU cores, handle the control. |

### Preliminary Infringement Chart of U.S. Patent No. 10,142,156

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | Hence, at least one hardware booster in the Microsoft Azure AI system is arranged to compute at least a second, specific part of a computation task after having been assigned to at least one hardware computation node and under control of that at least one hardware computation node. |
| **[1-b-iii]** | the at least one hardware booster interfacing with the communication infrastructure; and | The hardware boosters interface with the communication infrastructure.<br><br>For example, GPUs in the Azure AI system are connected using InfiniBand. Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer \| Featuring Mark Russinovich* (May 24, 2023), https://techcommunity.microsoft.com/t5/microsoft-mechanics-blog/what-runs-chatgpt-inside-microsoft-s-ai-supercomputer-featuring/ba-p/3830281 (ParTec_Microsoft_00000352) ("[T]here are 10,000 NVIDIA V100 Tensor Core **GPUs that are also InfiniBand connected**."); Microsoft, *AI Frontiers: Human Insights on AI Training* (Apr. 22, 2024), ********techcommunity.microsoft.com/t5/ai-azure-ai-services-blog/ai-frontiers-human-insights-on-ai-training/ba-p/4120574 (ParTec_Microsoft_00000071) ("The GPUs are clustered with High bandwidth network – **Infiniband** - to provide a good quality connectivity.").<br><br> |

### Preliminary Infringement Chart of U.S. Patent No. 10,142,156

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | Microsoft Mechanics, *What runs GPT-4o? Inside the Biggest AI Supercomputer in the Cloud with Mark Russinovich*, https://www.youtube.com/watch?v=DlX3QVFUtQI (ParTec_Microsoft_00000367) (depicting GPUs connected with InfiniBand cabling). |
| | | "InfiniBand is a channel-based fabric that facilitates high-speed communications between interconnected nodes" and is therefore a communication infrastructure. Robert Sheldon, *What is Infiniband?*, TechTarget, https://www.techtarget.com/searchstorage/definition/InfiniBand (ParTec_Microsoft_00000347). |
| **[1-c]** | a resource manager being arranged to assign the at least one hardware booster to the at least one hardware computation node, including: | The Microsoft Azure AI system includes a resource manager. |
| | | For example, the system includes "Project Forge"—previously called "Singularity"—which, in part, provides a "global scheduler across one fleet of CPUs and GPUs." Microsoft, *AI Frontiers: Human Insights on AI Training* (Apr. 22, 2024), ********techcommunity.microsoft.com/t5/ai-azure-ai-services-blog/ai-frontiers-human-insights-on-ai-training/ba-p/4120574 (ParTec_Microsoft_00000071); *see also* Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer | Featuring Mark Russinovich* (May 24, 2023), https://techcommunity.microsoft.com/t5/microsoft-mechanics-blog/what-runs-chatgpt-inside-microsoft-s-ai-supercomputer-featuring/ba-p/3830281 (ParTec_Microsoft_00000352) ("And the way we address that in Azure is with a **containerization and global scheduler service** that we've been working on called **Project Forge** . . . ."); Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, https://arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001) ("At the heart of **Singularity** is a novel, **workload-aware scheduler** that can transparently preempt and elastically scale deep learning workloads to drive high utilization without impacting their correctness or performance across a global fleet of AI accelerators (e.g., GPUs, FPGAs)."). |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | <br><br>Perez Rivas Consulting, *Inside Microsoft's AI Supercomputer Powering ChatGPT and Large Language Models* (July 26, 2023), https://www.dr-perez-rivas-consulting.com/2023/07/26/inside-microsoft-s-ai-supercomputer-powering-chatgpt-and-large-language-models/ (ParTec_Microsoft_00000261) (depicting Project Forge's relationship to the system).<br><br>The below image from Microsoft depicts the Project Forge/Singularity System Architecture at a high level: |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|       |               |  Figure 1. Singularity System Architecture<br><br>Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, ********arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001). |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | So, too, does the below image:<br><br><br><br>Mark Russinovich, Microsoft Build 2023 Inside Azure Innovations - AI Infrastructure, **********.youtube.com/watch?v=0TZVvIvfkn4 (ParTec_Microsoft_00000289).<br><br>The resource manager is arranged to assign at least one hardware booster to at least one hardware computation node. "GPUs, **coupled** with the CPU infrastructure" in the Microsoft Azure AI system "provide the necessary computational power to support AI workloads effectively." Toolify.ai, *Unveiling the Power of Microsoft's AI Infrastructure* (Updated Mar. 2, 2024), https://www.toolify.ai/ai-news/unveiling-the-power-of-microsofts-ai-infrastructure-2528872 (ParTec Microsoft 00000331). "[A]n **AI workload aware scheduler, known as Project Forge (formerly Singularity)**, optimizes the utilization of these resources"—that is, is responsible for the coupling/assignment. *Id.* |

## Preliminary Infringement Chart of U.S. Patent No. 10,142,156

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|       |               | "Project Forge," for example and in part, pools GPU capacity from different regions to help run Microsoft's global scale AI workloads and maintain high levels of utilization—meaning "Project Forge," in part, assigns hardware boosters (*e.g.*, GPUs) to computation nodes (*e.g.*, CPUs and/or CPU cores) as needed and depending on utilization. *See* Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer \| Featuring Mark Russinovich* (May 24, 2023), https://techcommunity.microsoft.com/t5/microsoft-mechanics-blog/what-runs-chatgpt-inside-microsoft-s-ai-supercomputer-featuring/ba-p/3830281 (ParTec_Microsoft_00000352) ("And the way we address that in Azure is with a containerization and global scheduler service that we've been working on called **Project Forge**, which is designed specifically to help run Microsoft's global scale AI workloads and maintain really high levels of utilization. Project Forge introduces transparent checkpointing, where it periodically saves the state of a model incrementally, without the model's code needing to do anything. That way, if anything fails, it can quickly resume for the most recent checkpoint. We combine this with our integrated global scheduler that **pools GPU capacity from regions around the world**. So, if you need to pause a job to prioritize another one, that allows us to migrate that pause job to another region if necessary and available, with minimal impact on its progress."); Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, https://arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001) ("At the heart of **Singularity** is a novel, workload-aware scheduler that can transparently preempt and **elastically scale** deep learning workloads to drive high utilization without impacting their correctness or performance across a global fleet of AI accelerators (*e.g.*, GPUs, FPGAs)."). <br><br> The below image from a Microsoft paper depicts the assignment of a computation node (*e.g.*, a CPU and/or CPU core) to a hardware booster (*e.g.*, a GPU) within the Azure AI system. |

## Preliminary Infringement Chart of U.S. Patent No. 10,142,156

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
| | |  Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, \*\*\*\*\*\*\*\*arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001). As Microsoft states, while "running [a] DNN job" there is "**interaction between** [a] CPU and GPU (active streams, synchronization events)." Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, https://arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001) |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
| | | Likewise, Microsoft, in videos describing its AI infrastructure, depicts computation nodes (*e.g.*, CPUs and/or CPU cores) and boosters or accelerators (*e.g.*, GPUs) working together to perform complex computing tasks. <br><br>  <br><br> Microsoft Azure, *Meet AI Demands at any Scale with Purpose-Built Infrastructure*, \*\*\*\*\*\*\*\*\*\*.youtube.com/watch?v=eq2zQq2GtFQ (ParTec_Microsoft_00000285). <br><br> Microsoft further touts that the GPUs of the Azure AI system provide users the ability to efficiently accelerate work on powerful systems—meaning they are used to perform computation tasks. *See* Microsoft, *Azure Blog / AI + Machine Learning*, \*\*\*\*\*\*\*\*azure.microsoft.com/en-us/blog/roundup-of-ai-breakthroughs-by-microsoft-and-nvidia/ (ParTec_Quantum-2_00000312) ("H100 and Quantum-2 are part of NVIDIA's high-performance computing (HPC) platform—a full technology stack with CPUs, GPUs, DPUs, systems, networking, and a broad range of AI and HPC software—that provides researchers the **ability to efficiently accelerate their work on powerful systems**, on-premises or in the cloud."). Code, such as Python code running on CPUs and/or CPU cores, handle the control. |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | Hence, the Microsoft Azure AI system includes a resource manager arranged to assign the at least one hardware booster to the at least one hardware computation node. |
| [1-c-i] | at a start of processing of said computation task, establishing an initial assignment by using a predetermined assignment metric specified as a function of at least one of a group of assignment parameters, and | The Microsoft Azure AI system includes a resource manager. *See* evidence for **Claim [1-c]**. <br><br> The resource manager is arranged, at the start of processing of a computation task, to establish an initial assignment by using a predetermined assignment metric specified as a function of at least one of a group of assignment parameters. <br><br> For example, Microsoft explains that "Singularity [now Project Forge] introduces the GPU fraction metric that quantifies throughput in the face of preemption and elasticity." Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, ********arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001). <br><br> Microsoft further explains that the below table "describes the multiple tiers of SLAs [service level agreements—*i.e.*, agreements between Microsoft and customers specifying the level of service the customer will be provided] that Singularity [now Project Forge] provides"—premium, standard, and basic—and the metrics associated with each: <br><br> <table><tr><th>Metric</th><th>Premium</th><th>Standard</th><th>Basic</th></tr><tr><td>GPU time fraction guarantee</td><td>95%*</td><td>70%*</td><td>Best effort (like spot VMs)</td></tr><tr><td>Preemption</td><td>Almost never</td><td>Infrequent</td><td>Frequent</td></tr><tr><td>Scale-up priority (spare capacity)</td><td>High</td><td>Medium</td><td>Low</td></tr><tr><td>Scale-down priority (capacity crunch)</td><td>Low</td><td>Medium</td><td>High</td></tr></table> <br> **Table 1. SLA for Training Jobs.** Time-fraction values are illustrative; exact values are still evolving. |

## Preliminary Infringement Chart of U.S. Patent No. 10,142,156

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, ********arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001). |
| | | Finally, Microsoft explains that Project Forge (formerly Singularity), in part, establishes an initial assignment of a hardware booster or hardware boosters (*e.g.*, GPUs) to a computation node or computation nodes (*e.g.*, CPUs and/or CPU cores) "depending on the competing cluster load" and the SLA of the job. Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, https://arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001). As Microsoft puts it, "a job arriving with a demand for $N$ GPU (based on soft quota) may get more than $N$ or fewer than $N$ GPUs, depending on the competing cluster load. The user is charged only for the actual usage and not for the quota; unused quota can be transparently used by other users/jobs." *Id.* |
| | | Hence, the Microsoft Azure AI system includes a resource manager that is arranged, at the start of processing of a computation task, to establish an initial assignment by using a predetermined assignment metric specified as a function of at least one of a group of assignment parameters. |
| [1-c-ii] | during said processing of said computation task: (i) updating the predetermined assignment metric, and (ii) establishing a dynamic assignment by using the predetermined assignment metric that was updated, and | The Microsoft Azure AI system includes a resource manager. *See* evidence for **Claim [1-c]**. |
| | | The resource manager is arranged, during the processing of a computation task: (i) to update the predetermined assignment metric, and (ii) establish a dynamic assignment by using the predetermined assignment metric that was updated. |
| | | Microsoft, in fact, has touted the dynamic assignment capabilities of the Azure AI infrastructure, explaining that the "binding between the job workers in Singularity [now Project Forge] and the accelerator devices is **dynamic and constantly changing** during the life-time of the job." Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, https://arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001). Dynamic assignment is important because Microsoft wants to "keep" the GPUs of the Azure AI system" as close to 100% utilization." |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | |  |

Mark Russinovich, *Microsoft Build 2023 Inside Azure Innovations - AI Infrastructure*, **********.youtube.com/watch?v=0TZVvIvfkn4 (ParTec_Microsoft_00000289).

Project Forge (Singularity), for example and in part, adapts assignments to changes in load. Microsoft has explained that "Singularity [now Project Forge] **adapts to increasing load** on an inference job, freeing up capacity **by elastically scaling down or pre-empting training jobs**." Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, https://arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001). Inferencing "is when an AI model produces predictions or conclusions." CloudFlare, *AI Inference vs. Training: What is AI Inference?*, https://www.cloudflare.com/learning/ai/inference-vs-training/ (ParTec_Microsoft_00000082). Training "is the process that enables AI models to make accurate inferences." *Id.*

Likewise, the CTO of Microsoft Azure (Mark Russinovich) has explained, while demonstrating Project Forge, that Project Forge will detect that a GPU has "gone idle and automatically takes a checkpoint, because it knows that I'm not busy using the GPUs. Normal circumstances, I

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | would've been hogging the GPU at that point and preventing it from being used for somebody else's workload. But now that **GPU can be repurposed**"—that is, reassigned.  Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer \| Featuring Mark Russinovich* (May 24, 2023), https://techcommunity.microsoft.com/t5/microsoft-mechanics-blog/what-runs-chatgpt-inside-microsoft-s-ai-supercomputer-featuring/ba-p/3830281 (ParTec_Microsoft_00000352).<br><br>The below Microsoft illustration depicts the migration of a job from one or more GPUs to another GPU or cluster of GPUs.<br><br><br><br>Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer*, \*\*\*\*\*\*\*\*\*\*.youtube.com/watch?v=Rk3nTUfRZmo (ParTec_Microsoft_00000366).<br><br>Microsoft has further explained that "[a]ll jobs in Singularity are preemptible, migratable, and **dynamically resizable (elastic)** by default: a live job can be dynamically and transparently (a) pre-empted and migrated to a different set of nodes, cluster, data centre or a region and resumed exactly from the point where the execution was pre-empted, and (b) resized (i.e., elastically scaled up/down) on a varying set of accelerators of a given type."  Microsoft, *Singularity:* |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | *Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, ********arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001). "The binding between the job workers in Singularity and the accelerator devices is dynamic and constantly changing during the lifetime of the job." *Id.*; *see also id.* ("No idling of resources: Singularity treats the entire fleet of accelerators as a single logical, shared cluster, and avoids any resource fragmentation or static reservation of capacity."); *id.* ("Resizing/Elasticity: Singularity enables all jobs to be **dynamically and elastically scaled up or down** in a transparent manner to use a variable number of AI accelerators."). |
| | | Project Forge (Singularity), for example, also adapts assignments in light of the priority of jobs coming into the system. As the CTO of Microsoft Azure (Mark Russinovich) has explained, "[i]f a premium job comes in and there's a low priority job running on the GPUs it needs, low priority gets evicted." Sean Michael Kerner, *Microsoft Details How It's Building AI Cloud Infrastructure*, ITProToday (May 25, 2024), https://www.itprotoday.com/cloud-computing/microsoft-details-how-it-s-building-ai-cloud-infrastructure (ParTec_Microsoft_00000286). |
| | | As Microsoft has touted, its Azure AI infrastructure "support[s] a modular approach to deploy whatever GPU demand calls for" "to take advantage of the best cost performance." Microsoft Mechanics, *What runs GPT-4o? Inside the Biggest AI Supercomputer in the Cloud with Mark Russinovich*, https://www.youtube.com/watch?v=DlX3QVFUtQI (ParTec_Microsoft_00000367). As Microsoft further touts, its Azure AI infrastructure is "elastic, and able to quickly scale resources up or down to optimize operational costs." Microsoft Azure, *Meet AI Demands at any Scale with Purpose-Built Infrastructure*, **********.youtube.com/watch?v=eq2zQq2GtFQ (ParTec_Microsoft_00000285). |
| | | Hence, the Microsoft Azure AI system includes a resource manager that is arranged, during the processing of a computation task: (i) to update the predetermined assignment metric, and (ii) establish a dynamic assignment by using the predetermined assignment metric that was updated. |
| **[1-d]** | wherein the plurality of hardware computation nodes | The Microsoft Azure AI system includes a plurality of hardware computation nodes and a plurality of hardware boosters. *See* evidence for **Claims [1-a] and [1-b]**. |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | and the plurality of hardware boosters are configured such that during processing of said computation task, assignments of hardware computation nodes and hardware boosters can be provided such that . . . | The plurality of hardware computation nodes and plurality of hardware boosters are configured such that, during processing of a computation task, assignments of hardware computation nodes and hardware boosters can be provided. In the Azure AI system, "GPUs, **coupled** with the CPU infrastructure, provide the necessary computational power to support AI workloads effectively." Toolify.ai, *Unveiling the Power of Microsoft's AI Infrastructure* (Updated Mar. 2, 2024), https://www.toolify.ai/ai-news/unveiling-the-power-of-microsofts-ai-infrastructure-2528872 (ParTec_Microsoft_00000331). "[A]n **AI workload aware scheduler, known as Project Forge (formerly Singularity)**, optimizes the utilization of these resources"—that is, is responsible for the coupling/assignment. *Id.*<br><br>Project Forge, for example, pools GPU capacity from different regions to help run Microsoft's global scale AI workloads and maintain high levels of utilization—meaning Project Forge assigns hardware boosters (*e.g.*, GPUs) to computation nodes (*e.g.*, CPUs and/or CPU cores) as needed and depending on utilization. *See* Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer | Featuring Mark Russinovich* (May 24, 2023), ********techcommunity.microsoft.com/t5/microsoft-mechanics-blog/what-runs-chatgpt-inside-microsoft-s-ai-supercomputer-featuring/ba-p/3830281 (ParTec_Microsoft_00000352) ("And the way we address that in Azure is with a containerization and global scheduler service that we've been working on called **Project Forge**, which is designed specifically **to help run Microsoft's global scale AI workloads and maintain really high levels of utilization**. Project Forge introduces transparent checkpointing, where it periodically saves the state of a model incrementally, without the model's code needing to do anything. That way, if anything fails, it can quickly resume for the most recent checkpoint. We combine this with our integrated global scheduler that pools GPU capacity from regions around the world. So, if you need to pause a job to prioritize another one, that allows us to migrate that pause job to another region if necessary and available, with minimal impact on its progress."); Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, ********arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001) ("At the heart of Singularity is a novel, workload-aware scheduler that can transparently preempt and elastically scale deep learning workloads to **drive high utilization** without impacting their correctness or performance across a global fleet of AI accelerators (e.g., GPUs, FPGAs).") |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|       |               | The below image from a Microsoft paper depicts the assignment of a hardware booster (*e.g.*, a GPU) to a computation node (*e.g.*, a CPU and/or CPU core) within the Azure AI system.<br><br><br><br>Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, \*\*\*\*\*\*\*\*arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001).<br><br>Hence, the Microsoft Azure AI system includes a plurality of hardware computation nodes and a plurality of hardware boosters configured such that during processing of a computation task, assignments of hardware computation nodes and hardware boosters can be provided. |

## Preliminary Infringement Chart of U.S. Patent No. 10,142,156

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
| **[1-d-i]** | (i) at least one of the plurality of hardware computation nodes is arranged to communicate with at least one of the plurality of hardware boosters, | At least one of the plurality of hardware computation nodes is arranged to communicate with at least one of the plurality of hardware boosters.<br><br>Microsoft, for example, depicts a hardware computation node (*e.g.*, a CPU and/or CPU core) communicating with a hardware booster (*e.g.*, a GPU) in the below image:<br><br><br><br>Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, ********arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001); see also id. (acknowledging an "interface . . . exists between the execution on the CPU and the execution on accelerators"— that is, GPUs"). |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | Microsoft does the same in the below illustration—in the context of explaining transparent checkpointing: <br><br>  <br><br> Mark Russinovich, *Microsoft Build 2023 Inside Azure Innovations - AI Infrastructure*, **********.youtube.com/watch?v=0TZVvIvfkn4 (ParTec_Microsoft_00000289). <br> "Checkpointing is a technique that provides fault tolerance for a user's analysis. It consists of saving snapshots of a job's progress so the job can be restarted without losing its progress and having to restart from the beginning." University of Wisconsin-Madison, *Checkpointing Jobs, What is Checkpointing?*, CHTC, https://chtc.cs.wisc.edu/uw-research-computing/checkpointing (ParTec_Microsoft_00000110). <br><br> Further, as Microsoft explains, an accelerator or booster (*e.g.*, a GPU) will have a communication library or Application Programming Interface (API) used for communication—including for any communications with a computation node (*e.g.*, a CPU and/or CPU core). Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, ********arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001) ("Most accelerators have a collective communication library (*e.g.*, NCCL for NVIDIA GPUs, RCCL for AMD GPUs)."); |

**Preliminary Infringement Chart of U.S. Patent No. 10,142,156**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | *id.* ("Any interaction with an accelerator has to go through specific libraries (*e.g.*, CUDA for NVIDIA GPUs, ROCm for AMD GPUs, etc..,) . . . ."). |
| | | In addition, Microsoft states that GPUs are "**coupled** with the CPU infrastructure" to provide the "necessary computational power to support AI workloads effectively"—necessitating communication between the GPUs and CPUs. Toolify.ai, *Unveiling the Power of Microsoft's AI Infrastructure* (Updated Mar. 2, 2024), https://www.toolify.ai/ai-news/unveiling-the-power-of-microsofts-ai-infrastructure-2528872 (ParTec_Microsoft_00000331). |
| | | Hence, at least one of the plurality of hardware computation nodes is arranged to communicate with at least one of the plurality of hardware boosters. |
| **[1-d-ii]** | (ii) at least one of the plurality of hardware boosters is assigned to and shared by more than one of the plurality of hardware computation nodes such that the compute capacity of the at least one of the plurality of hardware boosters is shared between the more than one of the plurality of hardware computation nodes, and | At least one of the plurality of hardware boosters is assigned to and shared by more than one of the plurality of hardware computation nodes such that the compute capacity of the at least one of the plurality of hardware boosters is shared between the more than one of the plurality of hardware computation nodes. |
| | | For example, Microsoft touts that the GPUs of the Azure AI infrastructure "are designed specifically for multi-tenant cloud compute"—that is, they are designed to be shared by multiple users or tenants. Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer | Featuring Mark Russinovich* (May 24, 2023), ********techcommunity.microsoft.com/t5/microsoft-mechanics-blog/what-runs-chatgpt-inside-microsoft-s-ai-supercomputer-featuring/ba-p/3830281 (ParTec_Microsoft_00000352) ("And the new H100 VM series in Azure, powered by NVIDIA H100 Tensor Core GPUs, lets you choose one or more GPUs, cluster up to eight GPUs per VM using NVLink, and scale out to thousands if your demands grow, using NVIDIA Quantum-2 InfiniBand networking. That's up to 30x higher performance in inferencing and 4x higher for training compared to NVIDIA's previous A100 generation of GPUs. **These are designed specifically for multi-tenant cloud compute**, giving us the ability to isolate **customers sharing the same server** from one another, and with that we can achieve the elastic scale that we need."). |
| | | Microsoft further touts that the Azure AI infrastructure "treats the entire fleet of accelerators as **a single logical, shared** cluster, and avoids any resource fragmentation or static reservation of capacity." Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI* |

Page 33 of 52

## Preliminary Infringement Chart of U.S. Patent No. 10,142,156

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | *Workloads*, https://arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001) (emphasis added). That is, it emphasizes that the hardware boosters (the "accelerators") are shared. |
| | | Microsoft also explains Project Forge (formerly Singularity) can "preempt and elastically scale deep learning workloads to drive high utilization without impacting their correctness or performance across **a global fleet of AI accelerators** (e.g., GPUs, FPGAs)." Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, *******arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001). Thus, Microsoft admits that a "global fleet of AI accelerators" or hardware boosters (*e.g.*, GPUs) are used to perform complex computation tasks—meaning the accelerators or hardware boosters are shared. |
| **[1-d-iii]** | (iii) each of the hardware boosters is assignable to each of the hardware computation nodes. | Each of the hardware boosters is assignable to each of the hardware computation nodes. |
| | | For example, Microsoft touts that the Azure AI infrastructure "treats the entire fleet of accelerators as **a single logical, shared** cluster, and avoids any resource fragmentation or static reservation of capacity." Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, https://arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001) (emphasis added). Microsoft also touts that Project Forge (formerly Singularity) can "checkpoint, preempt and **migrate** all DNN jobs across nodes." Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, https://arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001). That is, Microsoft emphasizes that the hardware boosters (the "accelerators") are shared and assignable as needed, and jobs can be migrated across the hardware boosters because of such assignability. |
| **[2]** | The computer cluster system according to claim 1, wherein said predetermined assignment metric is formed according to at least one of a group of metric specification techniques, said group of metric specification techniques comprising: a temporal logic, an assignment | The Microsoft Azure AI system is the computer cluster system according to claim 1. *See* evidence for **Claim 1**. |
| | | As discussed, the Azure AI system establishes an initial assignment of a hardware booster or hardware boosters (*e.g.*, GPUs) to a computation node or computation nodes (*e.g.*, CPUs and/or CPU cores) depending, for example, on load, resource usage, and the SLA of the job. *See* evidence for **Claim [1-c-i]**. Likewise, the Azure AI system updates assignments based on, for example, changes in load, resource usage, and the SLA of the job. *See* evidence for **Claim [1-c-ii]**. |