# Exhibit B

# EXHIBIT C – Infringement Chart for U.S. Patent No. 11,537,442

Civil Action No. 2:24-cv-00433-JRG (E.D. Tex.)

*ParTec AG et al. v. Microsoft Corporation*

The following claim chart includes illustrations, photographs, and references relating to the Microsoft Azure AI system or infrastructure (the "Accused System").[1] *See* Microsoft Mechanics, *What runs GPT-4o? Inside the Biggest AI Supercomputer in the Cloud with Mark Russinovich*, https://www.youtube.com/watch?v=DlX3QVFUtQI (ParTec_Microsoft_00000367) (Microsoft explaining that the Azure "AI system . . . refers to the specialized hardware and software stack behind [Microsoft's] AI supercomputer"); Microsoft, *Unleashing Innovation: The New Era of Compute Powering Azure AI Solutions* (May 21, 2024), https://azure.microsoft.com/en-us/blog/unleashing-innovation-the-new-era-of-compute-powering-azure-ai-solutions/ (ParTec_Microsoft_00000324) (Microsoft referring to "Azure's AI infrastructure"); Microsoft, *Azure AI Infrastructure*, https://azure.microsoft.com/en-us/solutions/high-performance-computing/ai-infrastructure/ (ParTec_Microsoft_00000106) (Microsoft referring to Azure's "cloud AI supercomputing infrastructure"). The infringement contentions, and evidence of infringement, set forth in these charts apply to each version and model of the Accused System.

Based on the information presently available to them, Plaintiffs contend that Microsoft directly and indirectly infringes each of the claims of United States Patent No. 11,537,442 (the "'442 Patent")—with the exception of Claim 6. To the extent that multiple cases of infringement are set forth in the below charts, if no reference is made to a specific case with respect to a claim or claim element, the evidence of infringement applies to all cases of infringement set forth for that claim, or the claim(s) on which that claim depends. All emphases and annotations are added unless otherwise stated.

---

[1] Plaintiffs use the terms "Azure AI system" and "Azure AI infrastructure" interchangeably.

**Preliminary Infringement Chart of U.S. Patent No. 11,537,442**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| **[1]** | A method of operating a heterogeneous computing system comprising a plurality of computation nodes and a plurality of booster nodes, at least one of the plurality of computation nodes and a plurality of booster nodes being arranged to compute a computation task, the computation task comprising a plurality of sub-tasks, the method comprising: | The Microsoft Azure AI system is a heterogeneous computing system comprising a plurality of computation nodes and a plurality of booster nodes, at least one of the plurality of computation nodes and a plurality of booster nodes being arranged to compute a computation task, the computation task comprising a plurality of sub-tasks.<br><br>The Microsoft Azure AI system is a heterogeneous computing system.<br><br>Microsoft touts the Azure AI system as "the world's largest AI **supercomputer**:"<br><br><br><br>*See* Microsoft Mechanics, *What runs GPT-4o? Inside the Biggest AI Supercomputer in the Cloud with Mark Russinovich*, https://www.youtube.com/watch?v=DlX3QVFUtQI (ParTec_Microsoft_00000367).<br><br>The Azure AI system includes "GPUs, networking, and the full stack of AI software." Microsoft, *Azure Blog / AI + Machine Learning*, https://azure.microsoft.com/en-us/blog/roundup-of-ai-breakthroughs-by-microsoft-and-nvidia/ (ParTec_Microsoft_00000312); *see also* Microsoft, *How Microsoft's Bet on Azure Unlocked an AI Revolution* (Mar. 13, 2023), |

## Preliminary Infringement Chart of U.S. Patent No. 11,537,442

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
| | | ********news.microsoft.com/source/features/ai/how-microsofts-bet-on-azure-unlocked-an-ai-revolution/ (ParTec_Microsoft_00000193) (stating that the Azure AI infrastructure includes "the combination of GPUs, networking hardware and virtualization software required to deliver the **compute needed** to power the next wave of AI innovation"). Further, it includes "a full technology stack with CPUs, GPUs, DPUs, systems, [and] networking." Microsoft, *Azure Blog / AI + Machine Learning*, https://azure.microsoft.com/en-us/blog/roundup-of-ai-breakthroughs-by-microsoft-and-nvidia/ (ParTec_Microsoft_00000312). That stack is depicted below:<br><br><br><br>Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer*, **********.youtube.com/watch?v=Rk3nTUfRZmo (ParTec_Microsoft_00000366).<br><br>Microsoft further touts its Azure AI system as the solution to AI's need for "infrastructure that is optimized for **compute** heavy workloads." Microsoft Azure, *Meet AI Demands at any Scale with Purpose-Built Infrastructure*, https://www.youtube.com/watch?v=eq2zQq2GtFQ (ParTec_Microsoft_00000285).<br><br>The Microsoft Azure AI system comprises a plurality of computation nodes. |

**Preliminary Infringement Chart of U.S. Patent No. 11,537,442**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | For example, the Microsoft Azure AI system includes CPUs. As Microsoft states, the systems comprises "one global hardware fleet of **CPUs** and GPUs." Microsoft, *AI Frontiers: Human Insights on AI Training* (Apr. 22, 2024), https://techcommunity.microsoft.com/t5/ai-azure-ai-services-blog/ai-frontiers-human-insights-on-ai-training/ba-p/4120574 (ParTec_Microsoft_00000071); *see also* Microsoft, *Azure Blog / AI + Machine Learning*, \*\*\*\*\*\*\*\*azure.microsoft.com/en-us/blog/roundup-of-ai-breakthroughs-by-microsoft-and-nvidia/ (ParTec_Microsoft_00000312) (stating that the system includes "a full technology stack with **CPUs**, GPUs, DPUs, systems, [and] networking.").<br><br><br>Meet AI demands at any scale with purpose-built infrastructure<br><br>Microsoft Azure, *Meet AI Demands at any Scale with Purpose-Built Infrastructure*, \*\*\*\*\*\*\*\*\*\*\*.youtube.com/watch?v=eq2zQq2GtFQ (ParTec_Microsoft_00000285) (depicting CPUs).<br><br>The Microsoft Azure AI system also includes CPU cores. *See* Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer | Featuring Mark Russinovich* (May 24, 2023), \*\*\*\*\*\*\*\*techcommunity.microsoft.com/t5/microsoft-mechanics-blog/what-runs-chatgpt-inside- |

## Preliminary Infringement Chart of U.S. Patent No. 11,537,442

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
|  |  | microsoft-s-ai-supercomputer-featuring/ba-p/3830281 (ParTec_Microsoft_00000352) ("[T]he supercomputer that we built for OpenAI back in 2020 comprises more than 285,000 AMD InfiniBand connected **CPU cores**."). <br><br> In 2020, Azure had 285,000 CPU cores. By November 2023, that number had ballooned to 1.1 million. <br><br> <br><br> Microsoft Mechanics, *What runs GPT-4o? Inside the Biggest AI Supercomputer in the Cloud with Mark Russinovich*, https://www.youtube.com/watch?v=DlX3QVFUtQI (ParTec_Microsoft_00000367). <br><br> The Microsoft Azure AI system comprises a plurality of booster nodes. <br><br> The Azure AI system includes, for example, GPUs. As Microsoft states, the systems comprises "one global hardware fleet of CPUs and **GPUs**." Microsoft, *AI Frontiers: Human Insights on AI Training* (Apr. 22, 2024), https://t5/ai-azure-ai-services-blog/ai-frontiers-human-insights-on-ai-training/ba-p/4120574 (ParTec_Microsoft_00000071); *see also* Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer | Featuring Mark Russinovich* (May 24, 2023), https://techcommunity.microsoft.com/t5/microsoft-mechanics- |

<u>**Preliminary Infringement Chart of U.S. Patent No. 11,537,442**</u>

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|  |  | blog/what-runs-chatgpt-inside-microsoft-s-ai-supercomputer-featuring/ba-p/3830281 (ParTec_Microsoft_00000352) ("[T]here are **10,000 NVIDIA V100 Tensor Core GPUs** that are also InfiniBand connected."). |

**Preliminary Infringement Chart of U.S. Patent No. 11,537,442**

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|       |               | Microsoft, *How Microsoft's Bet on Azure Unlocked an AI Revolution* (Mar. 13, 2023), ********news.microsoft.com/source/features/ai/how-microsofts-bet-on-azure-unlocked-an-ai-revolution/ (ParTec_Microsoft_00000193) (depicting a GPU). <br><br> Microsoft refers to the GPUs in the Azure AI infrastructure as "multiple, tightly coupled AI accelerators." <br><br> <br><br> Microsoft Azure, *Meet AI Demands at any Scale with Purpose-Built Infrastructure*, **********.youtube.com/watch?v=eq2zQq2GtFQ (ParTec_Microsoft_00000285). <br><br> In 2020, the Azure AI system had 10,000 GPUs. By November 2023, that number had increased to 14,400 GPUs. |

**Preliminary Infringement Chart of U.S. Patent No. 11,537,442**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | Microsoft Mechanics, *What runs GPT-4o? Inside the Biggest AI Supercomputer in the Cloud with Mark Russinovich*, https://www.youtube.com/watch?v=DlX3QVFUtQI (ParTec_Microsoft_00000367).<br><br>At least one of the plurality of computation nodes and a plurality of booster nodes are arranged to compute a computation task.<br><br>The CPUs or CPU cores in the Azure AI system, for example, are used to compute a computation task. A CPU or central processing unit "is a hardware component that's the core computational unit in a server. . . . It fetches instructions from memory, performs the required tasks, and sends output back to memory." Amazon, *What is a CPU (Central Processing Unit)?*, ********aws.amazon.com/what-is/cpu/ (ParTec_Microsoft_00000087). "A core is a processing unit of the CPU." Vinicius Fulber-Garcia, *Differences Between Core and CPU*, Baeldung (Mar. 18, 2024), https://www.baeldung.com/cs/core-vs-cpu (ParTec_Microsoft_00000143).<br><br>So, too, are the GPUs. A GPU or graphics/graphical processing unit "is an electronic circuit that can perform mathematical calculations at high speed. **Computing tasks** like graphics rendering, machine learning (ML), and video editing require the application of similar mathematical operations on a large dataset. A GPU's design allows it to perform the same operation on multiple |

**Preliminary Infringement Chart of U.S. Patent No. 11,537,442**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | data values in parallel. This increases its processing efficiency for many **compute-intensive tasks**." Amazon, *What is a GPU?*, https://aws.amazon.com/what-is/gpu/ (ParTec_Microsoft_00000101). <br><br> In Azure, multiple CPUs or CPU cores, for example, can work in parallel, each leveraging GPU acceleration. "GPUs, **coupled** with the CPU infrastructure, provide the necessary computational power to support AI workloads effectively." Toolify.ai, *Unveiling the Power of Microsoft's AI Infrastructure* (Updated Mar. 2, 2024), https://www.toolify.ai/ai-news/unveiling-the-power-of-microsofts-ai-infrastructure-2528872 (ParTec_Microsoft_00000331). "[A]n **AI workload aware scheduler, known as Project Forge (formerly Singularity)**, optimizes the utilization of these resources" and is responsible for the coupling/assignment. *Id.* <br><br> Microsoft demonstrates CPUs or CPU cores working in parallel and leveraging GPU acceleration in videos describing its AI infrastructure. <br><br> <br><br> Microsoft Azure, *Meet AI Demands at any Scale with Purpose-Built Infrastructure*, ***********.youtube.com/watch?v=eq2zQq2GtFQ (ParTec_Microsoft_00000285). |

**Preliminary Infringement Chart of U.S. Patent No. 11,537,442**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | Similalry, the below image from a Microsoft paper depicts the assignment of a hardware booster (*e.g.*, a GPU) to a computation node (*e.g.*, a CPU and/or CPU core) within the Azure AI system.<br><br><br><br>Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, ********arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001).<br><br>As Microsoft states, while "running [a] DNN job"—a computation task—there is "**interaction between** [a] CPU and GPU (active streams, synchronization events)." Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, ********arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001). |

**Preliminary Infringement Chart of U.S. Patent No. 11,537,442**

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
| | | Microsoft further touts that the GPUs of the Azure AI system provide users the ability to efficiently accelerate work on powerful systems—meaning they are used to perform computation tasks. *See* Microsoft, *Azure Blog / AI + Machine Learning*, https://azure.microsoft.com/en-us/blog/roundup-of-ai-breakthroughs-by-microsoft-and-nvidia/ ("H100 and Quantum-2 are part of NVIDIA's high-performance computing (HPC) platform—a full technology stack with CPUs, GPUs, DPUs, systems, networking, and a broad range of AI and HPC software—that provides researchers the **ability to efficiently accelerate their work on powerful systems**, on-premises or in the cloud."). Code, such as Python code running on CPUs and/or CPU cores, handle the control. <br><br> Thus, at least one of the plurality of computation nodes and a plurality of booster nodes are arranged to compute a computation task. <br><br> Finally, the computation task has sub-tasks. As Microsoft explains, "[t]o train a large language model, . . . the **computation workload is partitioned** across thousands of GPUs in a cluster [in the Azure AI system]. At certain phases in this computation – called allreduce – the GPUs exchange information on the work they've done." Microsoft, *How Microsoft's Bet on Azure Unlocked an AI Revolution* (Mar. 13, 2023), https://news.microsoft.com/source/features/ai/how-microsofts-bet-on-azure-unlocked-an-ai-revolution/ (ParTec_Microsoft_00000193). In other words, the computation task is partitioned, with sub-tasks. <br><br> Microsoft also claims that the Azure AI infrastructure excels by allowing users to write code specific to a pre-defined number of workers. *See* Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, https://arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001) (last accessed June 7, 2024) ("[T]he user writes code for a constant world-size (i.e., number of workers), and is oblivious to how many physical devices Singularity places the job on."). The computation task, then, comprises sub-tasks. <br><br> Hence, the Microsoft Azure AI system is a heterogeneous computing system comprising a plurality of computation nodes and a plurality of booster nodes, at least one of the plurality of computation nodes and a plurality of booster nodes being arranged to compute a computation task, the computation task comprising a plurality of sub-tasks. |

## Preliminary Infringement Chart of U.S. Patent No. 11,537,442

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
| **[1-a]** | in a first computing iteration, assigning and processing the plurality of sub-tasks by at least a portion of the plurality of computation nodes and at least a portion of the plurality of booster nodes in a first distribution; and | The Microsoft Azure AI system, in a first computing iteration, assigns and processes the plurality of sub-tasks by at least a portion of the plurality of computation nodes and at least a portion of the plurality of booster nodes in a first distribution.<br><br>For example, the system includes "Project Forge"—previously called "Singularity"—which is, in part, a "global scheduler across one fleet of CPUs and GPUs." Microsoft, *AI Frontiers: Human Insights on AI Training* (Apr. 22, 2024), https://techcommunity.microsoft.com/t5/ai-azure-ai-services-blog/ai-frontiers-human-insights-on-ai-training/ba-p/4120574 (ParTec_Microsoft_00000071); *see also* Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer | Featuring Mark Russinovich* (May 24, 2023), ********techcommunity.microsoft.com/t5/microsoft-mechanics-blog/what-runs-chatgpt-inside-microsoft-s-ai-supercomputer-featuring/ba-p/3830281 (ParTec_Microsoft_00000352) ("And the way we address that in Azure is with a **containerization and global scheduler service** that we've been working on called **Project Forge** . . . ."); Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, https://arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001) ("At the heart of **Singularity** is a novel, **workload-aware scheduler** that can transparently preempt and elastically scale deep learning workloads to drive high utilization without impacting their correctness or performance across a global fleet of AI accelerators (e.g., GPUs, FPGAs)."). |

## Preliminary Infringement Chart of U.S. Patent No. 11,537,442

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | <br><br>Perez Rivas Consulting, *Inside Microsoft's AI Supercomputer Powering ChatGPT and Large Language Models* (July 26, 2023), https://www.dr-perez-rivas-consulting.com/2023/07/26/inside-microsoft-s-ai-supercomputer-powering-chatgpt-and-large-language-models/ (ParTec_Microsoft_00000261) (depicting Project Forge's relationship to the system).<br><br>The below image from Microsoft depicts the Project Forge/Singularity System Architecture at a high level: |

**Preliminary Infringement Chart of U.S. Patent No. 11,537,442**

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|       |               |

Figure 1. Singularity System Architecture

Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, ********arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001). |

**Preliminary Infringement Chart of U.S. Patent No. 11,537,442**

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|       |               | So, too, does the below image:<br><br><br><br>Mark Russinovich, *Microsoft Build 2023 Inside Azure Innovations - AI Infrastructure*, \*\*\*\*\*\*\*\*\*\*.youtube.com/watch?v=0TZVvIvfkn4 (ParTec_Microsoft_00000289).<br><br>Project Forge (formerly Singularity), in part, assigns the plurality of sub-tasks to computation nodes and booster nodes in a first distribution.<br><br>Microsoft explains that "Singularity [now Project Forge] introduces the GPU fraction metric that quantifies throughput in the face of preemption and elasticity." Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, https://arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001).<br><br>Microsoft further explains that the below table "describes the multiple tiers of SLAs [service level agreements—*i.e.*, agreements between Microsoft and customers specifying the level of service the |

**Preliminary Infringement Chart of U.S. Patent No. 11,537,442**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | customer will be provided] that Singularity [now Project Forge] provides"—premium, standard, and basic—and the metrics associated with each: |

| Metric | Premium | Standard | Basic |
|---|---|---|---|
| GPU time fraction guarantee | 95%* | 70%* | Best effort (like spot VMs) |
| Preemption | Almost never | Infrequent | Frequent |
| Scale-up priority (spare capacity) | High | Medium | Low |
| Scale-down priority (capacity crunch) | Low | Medium | High |

**Table 1. SLA for Training Jobs.** Time-fraction values are illustrative; exact values are still evolving.

Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, ********arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001).

Finally, Microsoft explains that Project Forge (formerly Singularity), in part, establishes an initial assignment of computation tasks to a hardware booster or hardware boosters (*e.g.*, GPUs) and a computation node or computation nodes (*e.g.*, CPUs and/or CPU cores) "depending on the competing cluster load" and the SLA of the job. Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, https://arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001). As Microsoft puts it, "a job arriving with a demand for *N* GPU (based on soft quota) may get more than *N* or fewer than *N* GPUs, depending on the competing cluster load. The user is charged only for the actual usage and not for the quota; unused quota can be transparently used by other users/jobs." *Id.*

After the assignment is made, the computation nodes and booster nodes process the sub-tasks.

The CPUs or CPU cores in the Azure AI system compute computation tasks. A CPU or central processing unit "is a hardware component that's the core computational unit in a server. . . . It

## Preliminary Infringement Chart of U.S. Patent No. 11,537,442

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
| | | fetches instructions from memory, performs the required tasks, and sends output back to memory." Amazon, *What is a CPU (Central Processing Unit)?*, https://aws.amazon.com/what-is/cpu/ (ParTec_Microsoft_00000087). "A core is a processing unit of the CPU." Vinicius Fulber-Garcia, *Differences Between Core and CPU*, Baeldung (Mar. 18, 2024), \*\*\*\*\*\*\*\*\*\*\*baeldung.com/cs/core-vs-cpu (ParTec_Microsoft_00000143). |
| | | So, too, do the GPUs. A GPU or graphics/graphical processing unit "is an electronic circuit that can perform mathematical calculations at high speed. **Computing tasks** like graphics rendering, machine learning (ML), and video editing require the application of similar mathematical operations on a large dataset. A GPU's design allows it to perform the same operation on multiple data values in parallel. This increases its processing efficiency for many **compute-intensive tasks**." Amazon, *What is a GPU?*, https://aws.amazon.com/what-is/gpu/ (ParTec_Microsoft_00000101). |
| | | In Azure, multiple CPUs or CPU cores, for example, can work in parallel, each leveraging GPU acceleration. "GPUs, **coupled** with the CPU infrastructure, provide the necessary computational power to support AI workloads effectively." Toolify.ai, *Unveiling the Power of Microsoft's AI Infrastructure* (Updated Mar. 2, 2024), https://www.toolify.ai/ai-news/unveiling-the-power-of-microsofts-ai-infrastructure-2528872 (ParTec_Microsoft_00000331). "[A]n **AI workload aware scheduler, known as Project Forge (formerly Singularity)**, optimizes the utilization of these resources" and is responsible for the coupling/assignment. *Id.* |
| | | Microsoft demonstrates CPUs or CPU cores working in parallel and leveraging GPU acceleration to perform complex computation tasks in videos describing its AI infrastructure. |

**Preliminary Infringement Chart of U.S. Patent No. 11,537,442**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | Meet AI demands at any scale with purpose-built infrastructure<br><br>Microsoft Azure, *Meet AI Demands at any Scale with Purpose-Built Infrastructure*, \*\*\*\*\*\*\*\*\*\*.youtube.com/watch?v=eq2zQq2GtFQ (ParTec_Microsoft_00000285).<br><br>Hence, the Microsoft Azure AI system, in a first computing iteration, assigns and processes the plurality of sub-tasks by at least a portion of the plurality of computation nodes and at least a portion of the plurality of booster nodes in a first distribution. |
| **[1-b]** | generating, using information relating to the processing of the plurality of sub-tasks by at least the portion of the plurality of computation nodes and at least the portion of the plurality of booster nodes, a further distribution of the plurality of sub-tasks | The Microsoft Azure AI system generates, using information relating to the processing of the plurality of sub-tasks by at least the portion of the plurality of computation nodes and at least the portion of the plurality of booster nodes (*see* **Claim [1-a]**), a further distribution of the plurality of sub-tasks between the plurality of computation nodes and the plurality of booster nodes for processing thereby in a further computing iteration.<br><br>The Azure AI system—through Project Forge (Singularity)—for example and in part, adapts to increasing load, freeing up capacity by elastically scaling down or pre-empting training jobs—*i.e.*, it adapts assignments using information relating to processing of sub-tasks. In this way, the Azure |

## Preliminary Infringement Chart of U.S. Patent No. 11,537,442

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|  | between the plurality of computation nodes and the plurality of booster nodes for processing thereby in a further computing iteration. | AI systems enables all jobs to be dynamically and elastically scaled up or down in a transparent manner to use a variable number of AI accelerators.<br><br>Microsoft has explained that "Singularity [now Project Forge] **adapts to increasing load** on an inference job, freeing up capacity **by elastically scaling down or pre-empting training jobs**." Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, ********arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001). Inferencing "is when an AI model produces predictions or conclusions." CloudFlare, *AI Inference vs. Training: What is AI Inference?*, https://www.cloudflare.com/learning/ai/inference-vs-training/ (ParTec_Microsoft_00000082). Training "is the process that enables AI models to make accurate inferences." *Id.*<br><br>Likewise, the CTO of Microsoft Azure (Mark Russinovich) has explained, while demonstrating Project Forge, that Project Forge will detect that a GPU has "gone idle and automatically takes a checkpoint, because it knows that I'm not busy using the GPUs. Normal circumstances, I would've been hogging the GPU at that point and preventing it from being used for somebody else's workload. But now that GPU can be **repurposed**"—that is, reassigned based on information gleaned from the computation of the computation task. Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer | Featuring Mark Russinovich* (May 24, 2023), ********techcommunity.microsoft.com/t5/microsoft-mechanics-blog/what-runs-chatgpt-inside-microsoft-s-ai-supercomputer-featuring/ba-p/3830281 (ParTec_Microsoft_00000352).<br><br>The below Microsoft illustration depicts the migration of a job from one or more GPUs to another GPU or cluster of GPUs. |

## Preliminary Infringement Chart of U.S. Patent No. 11,537,442

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
| | | 

Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer*, **********.youtube.com/watch?v=Rk3nTUfRZmo (ParTec_Microsoft_00000366).

Microsoft has further explained that "[a]ll jobs in Singularity are preemptible, migratable, and **dynamically resizable (elastic)** by default: a live job can be dynamically and transparently (a) pre-empted and migrated to a different set of nodes, cluster, data centre or a region and resumed exactly from the point where the execution was pre-empted, and (b) resized (i.e., elastically scaled up/down) on a varying set of accelerators of a given type." Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, https://arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001). "The binding between the job workers in Singularity and the accelerator devices is **dynamic and constantly changing** during the lifetime of the job." *Id.*; *see also id.* ("No idling of resources: Singularity treats the entire fleet of accelerators as a single logical, shared cluster, and avoids any resource fragmentation or static reservation of capacity."); *id.* ("Resizing/Elasticity: Singularity enables all jobs to be **dynamically and elastically scaled up or down** in a transparent manner to use a variable number of AI accelerators."). |

**Preliminary Infringement Chart of U.S. Patent No. 11,537,442**

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | As Microsoft has touted, its Azure AI infrastructure "support[s] a modular approach to deploy whatever GPU demand calls for" "to take advantage of the best cost performance." Microsoft Mechanics, *What runs GPT-4o? Inside the Biggest AI Supercomputer in the Cloud with Mark Russinovich*, https://www.youtube.com/watch?v=DlX3QVFUtQI (ParTec_Microsoft_00000367). As Microsoft further touts, its Azure AI infrastructure is "elastic, and able to quickly scale resources up or down to optimize operational costs." Microsoft Azure, *Meet AI Demands at any Scale with Purpose-Built Infrastructure*, **********.youtube.com/watch?v=eq2zQq2GtFQ (ParTec_Microsoft_00000285).<br><br>Hence, the Azure AI system generates, using information relating to the processing of the plurality of sub-tasks by at least the portion of the plurality of computation nodes and at least the portion of the plurality of booster nodes, a further distribution of the plurality of sub-tasks between the plurality of computation nodes and the plurality of booster nodes for processing thereby in a further computing iteration. |
| [2] | The method according to claim 1, wherein an application manager receives the information and determines the further distribution. | The Microsoft Azure AI system performs the method according to claim 1. *See* evidence for **Claim 1**.<br><br>Further, an application manager receives the information and determines the further distribution.<br><br>For example, the Azure AI system includes Project Forge (formerly Singularity). *See* evidence for **Claim [1-a]**. One aspect of Project Forge is an application manager that (1) receives information from computations nodes and booster nodes in the Accused System and (2) determines the distribution of computation sub-tasks.<br><br>Project Forge receives information from computations nodes and booster nodes in the Accused System. For example, Project Forge receives information concerning load and resource usage. *See* evidence for **Claim [1-b]**. "Singularity can [also] transparently **checkpoint**, preempt and migrate all DNN jobs across nodes or even across clusters and regions." Microsoft, *Singularity: Plant-Scale, Preemptive and Elastic Scheduling of AI Workloads*, https://arxiv.org/pdf/2202.07848 (ParTec_Microsoft_00000001); *see also* Microsoft, *What Runs ChatGPT? Inside Microsoft's AI Supercomputer | Featuring Mark Russinovich* (May 24, 2023), ********techcommunity.microsoft.com/t5/microsoft-mechanics-blog/what-runs-chatgpt-inside-microsoft-s-ai-supercomputer-featuring/ba-p/3830281 (ParTec_Microsoft_00000352) ("And the |