# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG AND BF EXAQC AG, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 2:24-cv-00433-RWS-RSP <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR THE COURT TO ORDER DELETION OF VIDEO RECORDINGS OF GERMAN HAGUE PROCEEDINGS

Defendant Microsoft Corporation ("Microsoft") respectfully files this Motion for the Court to Order Deletion of Video Recordings related to the proceeding 115 AR 75/25 in the Local Court Leipzig and the proceeding 934 E1-11.310/2025 in the Higher Regional Court of Düsseldorf. Plaintiffs ParTec AG and BF exaQC AG are not opposed to the relief sought herein.

On June 18, 2025, the Court granted Microsoft's Motion for the Court to Issue Amended Letters of Request Under the Hague Convention soliciting assistance from Germany to obtain evidence from Sebastian Rinke and the Jülich Supercomputing Centre, among others. Dkt. 58. Those requests are pending in the Local Court Leipzig for Sebastain Rinke (proceeding 115 AR 75/25) and the Higher Regional Court of Düsseldorf for the Jülich Supercomputing Centre (proceeding 934 E1-11.310/2025). The respective German authorities have requested that this Court confirm that the video recordings related to those proceedings will be deleted following the conclusion of the proceedings in this action, including any appeals, and that such video recordings will only be viewed by the parties to this litigation, the Court and/or the jury in this litigation. *See*

Exs. A–B (orders from the Local Court Leipzig and the Higher Regional Court of Düsseldorf, respectively).

      Accordingly, Microsoft respectfully submits the attached Proposed Order for the Court's consideration and approval.

Dated: October 24, 2025

Respectfully submitted,

/s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLIAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Betty H. Chen
Lead Attorney
State Bar No. 24056720
Peter Magic (*pro hac vice*)
**DESMARAIS LLP**
101 California Street, Suite 3070
San Francisco, CA 94111
Tel: (415) 573-1905
Fax: (415) 573-1901
bchen@desmaraisllp.com
pmagic@desmaraisllp.com

Jeffrey S. Seddon, II (*pro hac vice*)
Caitrianne Feddeler (*pro hac vice*)
Lee Matalon
**DESMARAIS LLP**
230 Park Avenue, 26th Fl
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401
jseddon@desmaraisllp.com
cfeddeler@desmaraisllp.com
lmatalon@desmaraisllp.com

*Counsel for Defendant Microsoft Corporation*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically on October 24, 2025. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

<i>/s/ Melissa R. Smith</i><br>
Melissa R. Smith

## CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies that Microsoft has met its meet-and-confer obligations in connection with the issues presented in Microsoft's motion, and that Plaintiffs are not opposed to the relief sought herein.

<i>/s/ Melissa R. Smith</i><br>
Melissa R. Smith