# Exhibit A

Amtsgericht Leipzig
- Zivilabteilung I -

Leipzig, 26.08.2025

Aktenzeichen: **115 AR 75/25**

# Verfügung

Zivilsache
Sebastian Rinke;
hier: Zeugenvernehmung

I. **Terminsbestimmung**

1. Der Termin zur Videokonferenz nebst gleichzeitiger Aufzeichnung der Vernehmung im Wege der Rechtshilfe **nach deutschem Recht** wird bestimmt auf:

| Wochentag und Datum | Uhrzeit | Zimmer/Etage/Gebäude |
|---|---|---|
| Dienstag, 11.11.2025 | 10:30 Uhr | Sitzungssaal 205/204, Hauptgebäude Bernhard-Göring-Straße 64, 04275 Leipzig |

2. **Ladung**
**Beide Parteien** bzw. deren Prozessbevollmächtigte werden hiermit zu diesem Termin **geladen.**

3. Die Anlagen zu einem in elektronischer Form übermittelten Schriftsatz sollen einzeln, in voneinander getrennten und gesondert bezeichneten Dateien übersandt werden. Das zusätzliche Übersenden per Fax ist entbehrlich.

4. **Belehrung gemäß § 215 ZPO:**
Die Parteien werden darauf hingewiesen, dass der Prozess allein wegen des Nichterscheinens im Termin verloren werden kann. Gegen die nicht erschienene Partei kann auf Antrag des Gegners Versäumnisurteil erlassen oder eine Entscheidung nach Aktenlage getroffen werden; in diesem Fall hat die säumige Partei auch die Gerichtskosten und die notwendigen Kosten der Gegenseite zu tragen. Aus dem Versäumnisurteil oder dem Urteil nach Lage der Akten kann der Gegner der säumigen Partei gegen diese die Zwangsvollstreckung betreiben.

5. Gemäß § 139 ZPO wird auf Folgendes hingewiesen:

Das Gericht genehmigt die Beweisaufnahme mit der beantragten Videoaufzeichnung unter folgenden Auflagen:

1. Die Videoaufzeichnung ist spätestens nach dem rechtskräftigen Abschluss des Verfahrens zu löschen (§ 160a Abs. 3 Satz 2 Nr. 2 ZPO).

2. Die Videoaufzeichnung darf nur von den Prozessbeteiligten eingesehen werden. Eine Weitergabe an Dritte ist ebenso unzulässig wie die Veröffentlichung der Videoaufzeichnung.

Die ersuchende Behörde hat Ziffer 5.1. und Ziffer 5.2. (siehe Fettdruck) dieser Verfügung bis zum **10.10.2025**, beim Gericht eingehend, in schriftlicher Form zu bestätigen.

*Die Einladung zur Videokonferenz mit einem entsprechenden Link erfolgt gesondert.*

3.

Für die Protokollführung wird gemäß § 159 Abs. 1 ZPO ein Urkundsbeamter der Geschäftsstelle zugezogen.

6. **Gemäß § 273 ZPO wird angeordnet:**

6.1. Folgende Zeugen sind unter Angabe des nachstehenden Beweisthemas und zur aufgeführten Zeit zu laden:

| Zeuge/in | Uhrzeit | Beweisthema | Vorschuss anfordern von | über EUR |
|---|---|---|---|---|
| Sebastian Rinke, Leipzig | 10:30 | Anlage A | Beklagte Microsoft Corporation | 500,00 |

6.2. Das Erscheinen folgender Dolmetscher zur aufgeführten Zeit wird angeordnet:

| Dolmetscher/in | Uhrzeit: | | Vorschuss anfordern von Beklagte Microsoft Corporation | über EUR |
|---|---|---|---|---|
| | 10:30 | Sprache Englisch | | 500,00 |

6.3. D. Beklagte Microsoft Corporation hat einen Auslagenvorschuss von 500,00 EUR einzuzahlen.

Die Ladung des Zeugen und des Dolmetschers wird rückgängig gemacht, wenn nicht bis spätestens **10.10.2025** der Auslagenvorschuss eingezahlt wird oder Auslagenverzichtserklärung vorgelegt wird, die persönliche Kostenhaftung des Prozessbevollmächtigten genügt nicht!

Es wird gebeten, die Einzahlung des Vorschusses binnen gleicher Frist dem Gericht anzuzeigen.

7. 1.

Die Beweisaufnahme erfolgt durch das Prozessgericht (§ 355 ZPO). Der Zeuge wird vom Gericht vernommen, d. h. das Gericht führt die Beweisaufnahme. Das Gericht entscheidet über die Zulässigkeit und Umfang der Fragen. Die Parteien haben ein Fragerecht, aber nur unter Leitung des Gerichts (§ 397 ZPO).

2.

Sofern dem Zeugen **schriftliche Unterlagen** im Beweistermin vorgehalten werden sollen, sind diese dem Gericht elektronisch bis spätestens **30.10.2025** einzureichen.

3.

Der Vernehmung des Zeugen dürfen nur die Parteien, deren Vertreter oder Bevollmächtigten, der Dolmetscher, ein Protokollführer, ein Stenograph, der Rechtsbeistand des Zeugen (falls dieses es wünscht), sowie die entsprechenden Vertreter der ersuchenden Behörde teilnehmen.

Merschdorf
Richterin am Amtsgericht



Beglaubigt
Leipzig, 03.09.2025
Fischer
Urkundsbeamtin der
Geschäftsstelle

Seite 3