# Exhibit B

**Der Präsident des Oberlandesgerichts Düsseldorf**



Oberlandesgericht Düsseldorf, 40402 Düsseldorf

Herrn
Tilman Müller-Stoy
Bardehle Pagenberg
Prinzregentenplatz 7
81675 München

06.08.2025
Seite 1 von 2

Aktenzeichen
**934 E1 - 11.530 /25**
bei Antwort bitte angeben

Bearbeiterin:
Frau Bolten

Durchwahl
0211 4971-340

Sprechzeiten:
Mo - Do: 8.30 - 15.00 Uhr
Fr: 8.30 - 14.00 Uhr

**Rechtshilfeverkehr in Zivilsachen nach dem Haager Übereinkommen vom 18.03.1970 über die Beweisaufnahme im Ausland in Zivil- oder Handelssachen**
Rechtshilfeersuchen des US District Court des östlichen Districts von Texas, Marshall Abteilung vom 18.06.2025 (2:24-CV-00433-RWS-RSP) betreffend Dr. Estela Suarez

Ihr Schreiben vom 10.07.2025 (D177352BER TMS/HAC/HZN/kpl)

Sehr geehrte Frau Westermeyer,
sehr geehrte Damen und Herren,

die erbetene Aufzeichnung der Vernehmung in Bild und/oder Ton ist nach deutschem Recht gemäß § 160a ZPO spätestens nach rechtskräftigem Abschluss des Verfahrens zu löschen. Ich bitte daher zunächst um Zusage des ersuchenden Gerichts, dass eine evtl. Aufzeichnung der Vernehmung spätestens nach rechtskräftigem Abschluss des Verfahrens gelöscht wird.

Auch weise ich bereits jetzt darauf hin, dass es der Beurteilung des Rechtshilfegerichts vorbehalten bleibt, ob eine Aufzeichnung im konkreten Fall möglich ist. Hierbei wird insbesondere zu beachten sein, ob die Zeugin besonders schutzwürdig ist oder ob zu erwarten ist, dass besondere Kategorien personenbezogener Daten nach Art. 9 DSGVO verarbeitet werden.

Dienstgebäude mit
Nachtbriefkasten und
Lieferanschrift:
Cecilienallee 3
40474 Düsseldorf
Telefon 0211 4971-0
Telefax 0211 4971-548
verwaltung@olg-duesseldorf.nrw.de
www.olg-duesseldorf.nrw.de

Öffentliche Verkehrsmittel:
ab Hbf. mit Linien U 78 oder
U 79 bis Haltestelle
ERGO-Platz/Klever Straße

Informationen und Hinweise zum Umgang mit Ihren personenbezogenen Daten und zum Datenschutz:
http://www.olg-duesseldorf.nrw.de/kontakt/impressum/datenschutz/index.php

**Der Präsident des Oberlandesgerichts Düsseldorf**



Seite 2 von 2

Ferner weise ich nochmals darauf hin, dass die Vernehmung durch das deutsche Rechtshilfegericht nach den Maßgaben des lex fori geführt wird. Ein durch die Parteien bzw. deren Vertreter geführtes Kreuzverhör der Zeugin ist daher nicht zulässig. Es bleibt dem Rechtshilfegericht vorbehalten, im Einzelnen Fragestellungen an die Zeugin durch Parteivertreter zuzulassen. Auch die Gestattung der Hinzuziehung eines externen Stenographen bleibt dem Rechtshilfegericht vorbehalten.
Die Vernehmung ist in deutscher Sprache zu führen.

Mit freundlichen Grüßen

Im Auftrag
Bolten

- maschinell erstellt, ohne Unterschrift gültig -