# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG AND BF EXAQC AG,<br><br>                        Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>                        Defendant. | Case No. 2:24-cv-00433-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendant Microsoft Corporation's Unopposed Motion for the Court to Order Deletion of Video Recordings related to the proceeding 115 AR 75/25 in the Local Court Leipzig and the proceeding 934 E1-11.310/2025 in the Higher Regional Court of Düsseldorf ("Motion"). Having considered the Motion, and noting it is joint, the Motion is **GRANTED**.

It is hereby **ORDERED** and **CONFIRMED** that:

1. The video recordings related to the aforementioned proceedings must be deleted following the conclusion of the proceedings in this action, including any appeals.

2. The video recordings related to the aforementioned proceedings may only be viewed by the parties to this litigation, this Court, and/or the jury in this litigation.