IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG *and* BF EXAQC AG, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> MICROSOFT CORPORATION, § <br> § <br> *Defendant*. § | CASE NO. 2:24-CV-00433-RWS-RSP |

## ORDER

Before the Court is Defendant Microsoft Corporation's Unopposed Motion for the Court to Order Deletion of Video Recordings of German Hague Proceedings. **Dkt. No. 105**. Defendant requests deletion of video recordings related to the proceeding 115 AR 75/25 in the Local Court Leipzig and the proceeding 934 E1-11.310/2025 in the Higher Regional Court of Düsseldorf. *Id.* at 1. Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**.

Accordingly, it is hereby **ORDERED** that:

1. The video recordings related to the aforementioned proceedings must be deleted following the conclusion of the proceedings in this action, including any appeals.

2. The video recordings related to the aforementioned proceedings may only be viewed by the Parties to this litigation, this Court, and the jury in this litigation.

**SIGNED this 27th day of October, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE