# DECLARATION OF HERRBACH

Filed Under Seal

RESTRICTED - ATTORNEYS' EYES ONLY
FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER