

**Amtsgericht Leipzig**

Amtsgericht Leipzig
Bernhard-Göring-Straße 64, 04275 Leipzig
115 AR 75/25

United States District Court for the Eastern District of Texas
Sam B. Hall. Jr. Federal Building an United States Courthouse
100 East Houston Street
MARSHALL, TX 75670
VEREINIGTE STAATEN VON AMERIKA

Zivilabteilung I

Leipzig, 22.09.2025

Geschäftsstelle

Telefon:   0341 4940 785
Telefax:   0341 4940 537

Aktenzeichen: **115 AR 75/25**
(Bitte bei Antwort angeben)

Ihr Zeichen: 2:24-cv-00433-RWS-RSP
**Zivilsache Sebastian Rinke;**
hier: Zeugenvernehmung

Sehr geehrte Damen und Herren,

anbei erhalten Sie die unter Anlagen genannten Dokumente.

Mit freundlichen Grüßen
Auf Anordnung

Förster
Urkundsbeamtin der Geschäftsstelle

Anlagen:
Beglaubigte Abschrift des Beschlusses vom 18.09.2025

Hinweise zum **Datenschutz** erhalten Sie auf unserer Internetseite. Auf Wunsch senden wir Ihnen diese Hinweise auch zu. Per E-Mail kein Zugang für elektronisch signierte sowie für verschlüsselte elektronische Nachrichten; nähere Informationen zur elektronischen Kommunikation mit den sächsischen Gerichten und Justizbehörden unter https://www.justiz.sachsen.de/E-Kommunikation.

| Dienstgebäude: | Internet: | Mo., Do.: 08.30 - 12:00 und | ab HBF Linie 10 Ri Lößnig und | Landesjustizkasse Chemnitz |
|---|---|---|---|---|
| Bernhard-Göring-Str. 64 | http://www.justiz.sachsen.de/agl/ | 13:00 - 15:00 Uhr | Linie 11 Ri Markkleeberg-Ost | bei der Bundesbank Chemnitz |
| 04275 Leipzig | E-Mail: | Di.:   08.30 - 12:00 und | Hst. Südplatz oder Linie 9 Hst. | IBAN: DE56 8700 0000 0087 0015 00 |
|  | verwaltung@agl.justiz.sachsen.de | 13:00 - 17:00 Uhr | Körnerstraße | BIC:   MARKDEF1870 |
| USt-IdNr.: DE 354922964 |  | Mi.: nur Einlass mit Termin oder zur Wahrnehmung öffentlicher Verhandlungen | Anwaltszimmer im Raum 066 |  |
|  |  | Fr.:   08.30 - 12:00 Uhr (Nachlassgericht nur mit Termin) |  |  |

Beglaubigte Abschrift



# Amtsgericht Leipzig

Zivilabteilung I

Aktenzeichen: **115 AR 75/25**

# BESCHLUSS

In Sachen

gegen

**Microsoft Corporation**, Redmond, 98052-6399 Washington, Vereinigte Staaten von Amerika
- Beklagte -

Prozessbevollmächtigte:
Rechtsanwälte **BARDEHLE PAGENBERG Parnerschaft mbB**, Prinzregentenplatz 7, 81675 München, Gz.: D177352BER TMS/HAC/HZN/kpl

Weitere Beteiligte:

**United States District Court for the Eastern District of Texas**, Sam B. Hall. Jr. Federal Building an United States Courthouse, 100 East Houston Street, Marshall, TX 75670, Vereinigte Staaten von Amerika, Gz.: 2:24-cv-00433-RWS-RSP
- Ersuchende Behörde -

wegen Zeugenvernehmung

erlässt das Amtsgericht Leipzig durch

Richterin am Amtsgericht Merschdorf

am 18.09.2025

### nachfolgende Entscheidung:

Das Gericht gestattet den Parteivertretern die Teilnahme an der Verhandlung per Bild- und Tonübertragung.

Treten Sie dem Meeting zum geplanten Zeitpunkt über folgenden **Link** bei:https://meeting.justizcampus.de/b/amt-ryc-awa-9q0



**Datenschutzrechtliche Informationen für externe Beteiligte bei Teilnahme an einer Onlineverhandlung in der sächsischen Justiz**

Seite 3

    Zeitpunkt des Verbindungsauf- und -abbaus der Audio- und Videoverbindungen

    Anzahl der Teilnehmenden und Moderierenden

    Betriebssystem der Teilnehmenden

    IP-Adresse der Teilnehmenden

    genutzte Bandbreiten und weitere Informationen über Signalqualitäten.

Je nach Nutzung werden folgende weitere Daten gespeichert:

    die von Teilnehmenden auf den Server hochgeladenen Dateien sowie

    die Inhalte der Chatnachrichten.

Die gespeicherten Daten sind für die zuständigen Administratoren der Leitstelle für Informationstechnologie der sächsischen Justiz einsehbar. Der Zugriff ist lediglich zum Erkennen, Eingrenzen oder Beseitigen von Störungen oder Fehlern gestattet. Diese Daten werden nach 14 Tagen gelöscht.

Die Bereitstellung der personenbezogenen Daten ist weder gesetzlich noch vertraglich vorgeschrieben oder für einen Vertragsabschluss erforderlich. Die betroffene Person ist nicht verpflichtet, die personenbezogenen Daten bereitzustellen. Ohne Bereitstellung der Daten ist aber keine Teilnahme an der Onlineverhandlung möglich.

Es erfolgt keine automatisierte Entscheidungsfindung im Sinne des Artikels 22 Absatz 1 DS-GVO.

**4. Rechte der betroffenen Person:**

Die betroffene Person hat gegenüber dem Verantwortlichen bei Vorliegen der gesetzlichen Voraussetzungen folgende Rechte hinsichtlich der sie betreffenden personenbezogenen Daten:

  Recht auf Auskunft, Art. 15 DSGVO

  Recht auf Berichtigung, Art. 16 DSGVO

  Recht auf Löschung, Art. 17 DSGVO

  Recht auf Einschränkung der Verarbeitung, Art. 18 DSGVO

  Recht auf Widerspruch gegen die Erhebung, Verarbeitung und/oder Nutzung, Art. 21 DSGVO

  Recht auf Datenübertragbarkeit, Art. 20 DSGVO

Soweit die Datenspeicherung auf einer erteilten Einwilligung beruht, kann diese jederzeit widerrufen werden. Hierdurch wird die Rechtmäßigkeit der aufgrund der Einwilligung bis zum Widerruf erfolgten Verarbeitung jedoch nicht berührt.

Der betroffenen Person steht zudem das Recht zu, sich bei einer Aufsichtsbehörde zu beschweren.

**5. Ergänzende Hinweise**

Die Übertragung der Onlineverhandlung erfolgt über das Onlinekonferenzsystem „BigBlueBut-

Für die Richtigkeit der Abschrift:
Leipzig, 22.09.2025

Förster
Justizbeschäftigte
als Urkundsbeamtin der Geschäftsstelle