# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>*Plaintiffs*,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>*Defendant*. | Civil Action No. 2:24-cv-00433-RWS-RSP |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT INVALIDITY CONTENTIONS

Before the Court is Defendant's motion for leave to supplement its invalidity contentions. Having considered the motion and Defendant's submission on the relevant factors, and noting the motion's unopposed nature, the Court finds that Defendant has good cause for the requested supplement. The Court is of the opinion that the motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that Defendant's September 26, 2025 supplement will be deemed operative under Patent Rule 3-3 as of its service date.