IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>*Plaintiffs*,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>*Defendant*. | Civil Action No. 2:24-cv-00433-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF LEE J. MATALON IN SUPPORT OF MICROSOFT'S
UNOPPOSED MOTION FOR ALTERNATIVE SERVICE**

I, Lee J. Matalon, declare and state as follows:

1. I am an attorney at the law firm Desmarais LLP and counsel of record for Defendant Microsoft Corporation. I am a member in good standing of the Bars of the State of Texas and of this Court. I submit this declaration in support of Microsoft's Motion for Alternative Service of Subpoenas to FIPA and IPCom. I have personal knowledge of the matters stated in this declaration and, if called as a witness, I would truthfully testify to the same.

2. **Exhibit 1** is a true and correct copy of the April 9, 2018 license agreement between Microsoft, and IPCom GmbH & Co. KG and FIPA Frohwitter Intellectual Property AG, produced at MSFT_PARTEC_000710185, concurrently filed as a separate sealed attachment.

3. **Exhibit 2** is a true and correct copy of Microsoft's notice of its subpoenas directed to FIPA Frohwitter Intellectual Property AG.

4. **Exhibit 3** is a true and correct copy of Microsoft's notice of its subpoenas directed to IPCom GmbH & Co. KG.

5. **Exhibit 4** is a true and correct copy of email correspondence between attorneys for

Microsoft and attorneys at the Dechert law firm.

6. **Exhibit 5** is a true and correct copy of email correspondence between attorneys for Microsoft and attorneys at the Goodwin Procter law firm.

7. **Exhibit 6** is a true and correct copy of email correspondence between attorneys for Microsoft and attorneys at the Mattingly & Mallur law firm.

8. **Exhibit 7** is a true and correct copy of email correspondence between attorneys for Microsoft and attorneys at the Marshall, Gerstein & Borun law firm.

9. **Exhibit 8** is excerpted from a true and correct uncertified copy of the File History of United States Patent Application No 16648103.

10. **Exhibit 9** is excerpted from a true and correct uncertified copy of the File History of United States Patent Application No 17605530.

11. **Exhibit 10** is a true and correct copy of the Notice Letter from Microsoft to FIPA Frohwitter Intellectual Property AG and IPCom GmbH & Co KG dated September 29, 2025.

12. **Exhibit 11** is a true and correct copy of the FedEx proof of delivery of **Exhibit 10** to FIPA Frohwitter Intellectual Property AG dated October 2, 2025.

13. **Exhibit 12** is a true and correct copy of the FedEx proof of delivery of **Exhibit 10** to IPCom GmbH & Co KG dated October 2, 2025.

14. **Exhibit 13** is a true and correct copy of email correspondence between attorneys for Microsoft and attorneys for Plaintiffs.

15. **Exhibit 14** contains Bing Maps directions from FIPA Frohwitter Intellectual Property AG's office (Possartstraße 20, 81679 Munich) to the Consulate General of the United States of America, Munich (Königinstraße 5, 80539 Munich) and is a fair and accurate representation of the web page located at the included URL.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in New York County, NY   By: */s/ Lee J. Matalon*
on November 3, 2025.   Lee J. Matalon (SBN 24117858)