# Exhibit 1

## Restricted – Attorneys' Eyes Only

## Filed Under Seal Pursuant To Protective Order