IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PARTEC AG *and* BF EXAQC AG, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CASE NO. 2:24-CV-00433-RWS-RSP |
| MICROSOFT CORPORATION, | § § § | |
| *Defendant*. | § § | |

**ORDER**

Before the Court is Defendant's Unopposed Motion for Alternate Service of Subpoenas to FIFA and IPCom. **Dkt. No. 116**. For service of subpoenas on a corporation, courts generally allow the analogous method for service under Rule 4 as long as the entity has sufficient minimum contacts within the district in which the subpoena is served. *Howlink Glob. LLC v. AT&T, Inc.*, No. 2:22-CV-00040, 2022 WL 17069109, at *1 (E.D. Tex. Nov. 17, 2022) (citations omitted). Here, unlike in *Howlink*, Defendant has made an inadequate showing of sufficient minimum contacts to affect alternate service. Accordingly, the Court finds that the Motion should be and hereby is **DENIED**. Defendant is free to move again if it can make a more substantial showing.

**SIGNED this 6th day of November, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE