## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG, | |
| Plaintiffs, | Civil Action No. 2:24-cv-00433-RWS-RSP |
| vs. | |
| MICROSOFT CORPORATION, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## JOINT STATUS REPORT REGARDING MICROSOFT'S MOTION TO COMPEL SUPPLEMENTAL INFRINGEMENT CONTENTIONS

On September 25, 2025, Microsoft filed a Motion to Compel Supplemental Infringement Contentions. Dkt. No. 88. Plaintiffs filed a response opposing that motion on October 7, 2025. Dkt. No. 96. Microsoft's Motion remains pending.

While Plaintiffs continue to disagree with the merits of Microsoft's Motion, Plaintiffs have agreed to withdraw their opposition and to provide amended infringement contentions no later than December 23, 2025, to reduce the number of pending motions currently before the Court. A proposed order granting Microsoft's Motion and ordering Plaintiffs to provide amended infringement contentions no later than December 23, 2025, is attached.

Dated: December 9, 2025                Respectfully submitted,

/s/ Alexander W. Aiken                 /s/ Caitrianne Feddeler (w/ permission)
Justin A. Nelson – Lead Counsel        Melissa R. Smith
Texas State Bar No. 24034766           State Bar No. 24001351
SUSMAN GODFREY, L.L.P.                  melissa@gillamsmithlaw.com
1000 Louisiana Street, Suite 5100      GILLAM & SMITH LLP
Houston, Texas 77002                   303 South Washington Avenue
Telephone: (713) 651-9366              Marshall, TX 75670
Facsimile: (713) 654-6666              Tel: (903) 934-8450

jnelson@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
Alexander W. Aiken
Washington State Bar No. 55988
SUSMAN GODFREY, L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

Jacob B. Levin
New York State Bar No. 6247589
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
jlevin@susmangodfrey.com

Claire Abernathy Henry
Texas State Bar No. 24053063
MILLER, FAIR, HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

S. Calvin Capshaw
Texas State Bar No. 03783900
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com

*Attorneys for Plaintiffs ParTec AG and BF exaQC AG*

Fax: (903) 934-9257

Betty Chen
LEAD ATTORNEY
State Bar No. 24056720
bchen@desmaraisllp.com
Peter Magic
pmagic@desmaraisllp.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Jeffrey Seddon (*pro hac vice*)
jseddon@desmaraisllp.com
Caitrianne Feddeler (*pro hac vice*)
cfeddeler@desmaraisllp.com
Lee Matalon
State Bar No. 24117858
lmatalon@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

*Counsel for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

This is to certify that on December 9, 2025, all counsel of record were served a copy of the foregoing via CM/ECF.

/s/ Alexander W. Aiken
Alexander W. Aiken

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the parties complied with the meet and confer requirement and are jointly filing this notice.

/s/ Alexander W. Aiken
Alexander W. Aiken