# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |
|---|---|
| PARTEC AG and BF EXAQC AG, | |
| Plaintiffs, | Civil Action No. 2:24-cv-00433-RWS-RSP |
| vs. | |
| MICROSOFT CORPORATION, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## <u>ORDER</u>

Before the Court is Microsoft's Motion to Compel Supplemental Infringement Contentions. Dkt. No. 88. Having considered the Motion, and noting that Plaintiffs have withdrawn their opposition to the Motion and that it is therefore unopposed, for good cause shown the Motion is **GRANTED**. Plaintiffs shall serve amended infringement contentions no later than December 23, 2025, to (1) provide discrete infringement theories and separate infringement contention charts for (a) the OpenAI supercomputer and (b) the Singularity-managed Azure infrastructure; and (2) supplement their contentions for claim limitations in the '156 and '883 patents requiring dynamic assignment of boosters, including elements [1-c-ii] and [14-e-ii] of the '156 patent and elements [1-b-iii], [2], [3], [13-d] and [16] of the '883 patent, and for claim limitations in the '442 patent requiring distribution of sub-tasks, including elements [1-b], [2], [3-b] and [9-d].