IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG *and* BF EXAQC AG, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> MICROSOFT CORPORATION, § <br> § <br> *Defendant*. § | CASE NO. 2:24-CV-00433-RWS-RSP |

## ORDER

Before the Court there are two motions to compel: Defendant's Motion to Compel Supplemental Infringement Contentions, **Dkt. No. 88**, and Plaintiffs' Motion to Compel OpenAI Documents in Defendant's Possession, **Dkt. No. 97**. The Parties recently submitted a Joint Status Report Regarding Defendant's Motion to Compel Supplemental Infringement Contentions. Dkt. No. 129. In that Report, they represent that "Plaintiffs have agreed to withdraw their opposition and to provide amended infringement contentions no later than December 23, 2025." *Id.* at 1. Accordingly, the Court finds that Defendant's Motion, Dkt. No. 88, should be and hereby is **GRANTED**.

In Plaintiff's Motion, Dkt. No. 97, they request document production of "approximately 1,000 documents" relating to OpenAI's supercomputer, which is allegedly "part of Microsoft Azure AI system or infrastructure." *Id.* at 1, 3. Plaintiffs claim "the OpenAI Supercomputer is plainly accused because it is named "thirty-four different times in Partec's Infringement Contentions." *Id.* at 2 (citing Dkt. Nos. 96, 96-1). In its response, Defendant argues that it should not be compelled to produce discovery "on the OpenAI Supercomputer until [Plaintiff] provides adequate infringement contentions" identifying and mapping it as accused. Dkt. No. 103 at 6. Because the Court has granted the Motion to Compel Supplemental Infringement Contentions, that may resolve Plaintiff's subsequent Motion.

Accordingly, it is hereby **ORDERED** that Plaintiff shall serve amended infringement contentions no later than December 23, 2025, to (1) provide discrete infringement theories and separate infringement contentions charts for (a) the OpenAI supercomputer and (b) the Singularity-managed Azure infrastructure; and (2) supplement their contentions for claim limitations in the '156 and '883 Patents requiring dynamic assignment of boosters, including elements [1-c-ii] and [14-e-ii] of the '156 Patent and elements [1-b-iii], [2], [3], [13-d] and [16] of the '883 Patent, and for claim limitations in the '442 Patent requiring distribution of sub-tasks, including elements [1-b], [2], [3-b] and [9-d].

It is **FURTHER ORDERED** that, by January 9, 2025, the Parties shall submit a joint notice reporting the status of Plaintiff's Motion seeking discovery on the OpenAI Supercomputer.

**SIGNED this 12th day of December, 2025.**

ROY S. PAYNE  
UNITED STATES MAGISTRATE JUDGE