

**MINISTÈRE
DE LA JUSTICE**

*Liberté*
*Égalité*
*Fraternité*

**Direction des affaires civiles
et du sceau**

Paris, on December 2nd, 2025

THE HONORABLE ROY PAYNE
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SAM B. HALL, JR. FEDERAL BUILDING AND
UNITED STATES COURTHOUSE
100 EAST HOUSTON STREET
MARSHALL, TX 75670
ETATS-UNIS D'AMERIQUE

DÉPARTEMENT DE L'ENTRAIDE, DU DROIT
INTERNATIONAL PRIVÉ ET EUROPÉEN

Case reference:
**DEDIPE/ 205OP2025**
✉ entraide-civile-internationale@justice.gouv.fr
Tél. : +33 1 44 77 61 05

**SUBJECT :**    Transmission of the documents establishing the execution of the Letter of Request issued under Convention de La Haye du 18 mars 1970 sur l'obtention de preuves à l'étranger en matière civile ou commerciale

**CASE :**    PARTEC AG, BF EXAQC AG  c/ MICROSOFT CORPORATION

**Y/RÉF :**    ParcTec Ag et BF exaqQC AG c/ Microsoft Corporation, Action civile n° 2:24-cv-00433-RWS

Dear Sir or Madam,

Referring to the above-mentioned matter, please find enclosed herewith the documents establishing execution of the letter of request issued on April 15, 2025, by the Federal District Court for the Eastern District of Texas.

Please note that the French Central Authority does not keep a copy of those documents.

The French ministry of justice avails itself of this opportunity to renew the assurances of its highest consideration and its full co-operation.

Yours sincerely,

Fatiha BOUSARGHIN