UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF FILING OF HEARING PRESENTATION

Plaintiffs ParTec AG and BF exaQC AG file the attached presentation, used at the Claim Construction Hearing on December 12, 2025.

| | |
|---|---|
| Dated: December 12, 2025 | Respectfully submitted,<br><br>*/s/ Jacob B. Levin*<br>Justin A. Nelson – Lead Counsel<br>Texas State Bar No. 24034766<br>SUSMAN GODFREY, L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>jnelson@susmangodfrey.com<br><br>Matthew R. Berry<br>Washington State Bar No. 37364<br>Alexander W. Aiken<br>Washington State Bar No. 55988<br>SUSMAN GODFREY, L.L.P.<br>401 Union St., Suite 3000<br>Seattle, Washington 98101<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883<br>mberry@susmangodfrey.com<br>aaiken@susmangodfrey.com<br><br>Jacob Brooks Levin<br>New York State Bar No. 6247589<br>SUSMAN GODFREY L.L.P.<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 336-8330<br>Facsimile: (212) 336-8340<br>jlevin@susmangodfrey.com<br><br>Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>MILLER, FAIR, HENRY PLLC<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>Telephone: (903) 757-6400<br>Fax: (903) 757-2323<br>claire@millerfairhenry.com<br><br>S. Calvin Capshaw<br>Texas State Bar No. 03783900<br>CAPSHAW DERIEUX LLP<br>114 E. Commerce Ave. |

-3-

        Gladewater, TX 75647
        Telephone: (903) 845-5770
        ccapshaw@capshawlaw.com

*Counsel for Plaintiffs ParTec AG and BF exaQC AG*

## CERTIFICATE OF SERVICE

This is to certify that on December 12, 2025, all counsel of record were served a copy of the foregoing via the Court's CM/ECF system..

*/s/ Jacob B. Levin*
Jacob B. Levin
