# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PARTEC AG, ET AL. | § § | |
| v. | § § | Case No. 2:24-CV-0433-RWS-RSP |
| MICROSOFT CORPORATION | § | |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**December 12, 2025**

**OPEN:** 8:59 a.m.                      **ADJOURN:** 12:06 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| TECHNICAL ADVISOR: | Michael Paul |
| LAW CLERK: | Tariq Ausaf |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Mr. Justin Nelson introduced co-counsel and announced ready. Ms. Melissa Smith introduced co-counsel and announced ready.

The Court heard argument on a term-by-term basis. Mr. Jacob Levin, Mr. Alexander Aiken, and Mr. Matthew Berry presented argument on behalf of Plaintiffs. Ms. Caitrianne Feddeler, Ms. Betty Chen and Mr. Jeffrey Seddon presented argument on behalf of Defendant.

Recessed at 10:32 a.m.

Court reconvened. Mr. Berry, Mr. Aiken and Mr. Justin Nelson presented further argument on behalf of Plaintiffs. Ms. Feddeler presented further argument on behalf of Defendant.

The Court took the claim construction matters under submission.

Mr. Nelson noted receipt of the Court's order with respect to OpenAI documents, and that the parties will be conferring regarding the matter on January 9.

Court adjourned.