# ATTORNEY SIGN-IN SHEET

Judge Roy S. Payne
*ParTec AG et al v. Microsoft Corporation*
Case No. 2:24-cv-00433-RWS-RSP
December 12, 2025   9:00 am

PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Melissa Smith | Microsoft |
| Betty Chen | |
| Jeff Sredden | |
| Caitri Feddalak | |
| Dan Foster (client) | |
| Justin Nelson | Plaintiffs |
| Matt Berry ✓ | |
| Alex Aiken ✓ | |
| Jacob Levin | |