IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT MICROSOFT'S UNOPPOSED MOTION
TO FILE THREE ADDITIONAL PAGES OF ATTACHMENTS
TO MICROSOFT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

Microsoft respectfully requests an extension of the page limits set by the Court's Discovery Order (Dkt. 23) ¶ 9(b) to file three additional pages of attachments in support of its Opposition To Plaintiffs' Motion To Compel Documents Related To The N-Series Virtual Machines ("Opposition"). Plaintiffs do not oppose the Motion.

Microsoft's Opposition includes eight pages of attachments: (1) a 3-page excerpt of Plaintiffs' Supplemental P.R. 3-1 contentions, served December 23, 2025; (2) a 2-page declaration of Microsoft's employee, Michael Requa; (3) an 1-page declaration of Microsoft's employee, Swati Gharse; and (4) a 2-page declaration of Microsoft's employee, Terrance Strozier. The excerpt from Plaintiffs' infringement contentions identifies the current Accused Instrumentalities and is thus essential to the Court's analysis of relevance. Each of the declarations contains testimony from Microsoft's employees that supports and explains the positions taken in Microsoft's Opposition.

Accordingly, Microsoft respectfully requests leave to file the above attachments to its Opposition, totaling eight pages. Microsoft is mindful of the Court's limited time and resources. Microsoft thus submits this motion only so that the Court may have sufficient explanation of the facts and issues, not to put irrelevant or duplicative information before the Court.

Dated: January 7, 2026                                          Respectfully submitted,

/s/ Melissa R. Smith

Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Betty Chen
LEAD ATTORNEY
State Bar No. 24056720
bchen@desmaraisllp.com
Peter Magic
pmagic@desmaraisllp.com (*pro hac vice*)
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Jeffrey Seddon (*pro hac vice*)
jseddon@desmaraisllp.com
Caitrianne Feddeler (*pro hac vice*)
cfeddeler@desmaraisllp.com
Lee Matalon
State Bar No. 24117858
lmatalon@desmaraisllp.com
Michael Wueste (*pro hac vice*)
mwueste@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

*Counsel for Defendant Microsoft Corporation*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, pursuant to Local Rule 7(h), counsel for Microsoft informed counsel of record for Plaintiffs on the subject of this motion on January 7, 2026. Plaintiff's counsel indicated that it does not oppose the relief sought herein.

Dated: January 7, 2026                         By: /s/ Melissa R. Smith
                                               Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document and all attachments have been served on all counsel of record via email on January 7, 2026.

Dated: January 7, 2026                         By: /s/ Melissa R. Smith
                                               Melissa R. Smith