IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG *and* BF EXAQC AG, § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | CASE NO. 2:24-CV-00433-RWS-RSP |
| § | |
| MICROSOFT CORPORATION, § | |
| § | |
| *Defendant*. § | |

### ORDER

Before the Court is Defendant's Motion for Continuance (**Dkt. No. 144**). The Court finds that Defendant has not shown sufficient diligence or unfair prejudice to justify a second continuance of the trial. Accordingly, the motion is **DENIED**.

**SIGNED this 11th day of January, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE