# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PARTEC AG *and* BF EXAQC AG, | § | |
| *Plaintiffs*, | § § § | |
| v. | § | CASE NO. 2:24-CV-00433-RWS-RSP |
| MICROSOFT CORPORATION, | § § § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is Plaintiffs' Motion to Compel OpenAI Documents in Microsoft's Possession. **Dkt. No. 97**. The Court previously granted Plaintiffs' prior motion to amend its infringement contentions, and carried this Motion to Compel. *See* Dkt. No. 131 (ordering the parties to submit, by January 9, 2026, a joint notice reporting to the Court the status of Plaintiffs' Motion seeking discovery on the OpenAI Supercomputer). The parties have now submitted a Joint Status Report Regarding Plaintiffs' Motion to Compel OpenAI Documents in Microsoft's Possession. Dkt. No. 160. In the Report, the parties represent that Microsoft is producing the documents sought in the Motion to Compel, mooting it. *See id.* at 1. Accordingly, Plaintiff's Motion to Compel is **DENIED as MOOT**.

To the extent that the parties raise issues in the notice regarding Microsoft's alleged failure to designate a corporate witness on the OpenAI Supercomputer, which is not encompassed in the Motion to Compel, the parties are instructed to file a separate motion on that issue if it cannot be resolved by agreement.

**SIGNED this 16th day of January, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE