UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR LEAVE TO TAKE**
**DEPOSITIONS AFTER THE FACT DISCOVERY DEADLINE**

Plaintiffs ParTec AG and BF exaQC AG ("Plaintiffs") and Defendant Microsoft Corporation ("Microsoft") hereby move the Court for leave to conduct certain depositions after the fact discovery deadline.

The current fact discovery deadline is January 26, 2026. However, the Parties were unable to schedule the following depositions before the close of fact discovery. The Parties have agreed to the following additional depositions:

| Deponent | Date | Explanation |
|---|---|---|
| Brett Tanzer, individually and as a corporate representative of Microsoft. | January 29, 2026 | A dispute existed between the parties as to whether Microsoft would present a witness on Rule 30(b)(6) topics related to the OpenAI Supercomputer. *See* ECF No. 160. The parties were able to resolve that dispute amicably without motion practice. Considering the timing, January 29 is the earliest the designee is available. |
| Mark Russinovich, individually and as a corporate representative of Microsoft. | February 6, 2026 | The witness did not have availability before the close of fact discovery. |

| Dharma Shukla, individually. | February 9, 2026 | The deposition was originally scheduled for January 23 but needed to be rescheduled this week due to witness illness. |
|---|---|---|
| Norbert Eicker, individually. | February 27, 2026 | Dr. Eicker resides in Germany and must travel for his deposition because of German laws concerning depositions. Dr. Eicker has limited availability given his teaching schedule. February 27 is the earliest date where both Dr. Eicker and counsel for each side are available. |
| University of Illinois, Urbana-Champaign. | Tentatively January 30, 2026 | The original date offered by the University of Illinois, Urbana-Champaign, January 23, 2026, required rescheduling due to timing conflicts with counsel. |

To ensure the timely progression of the case, the Parties do not ask that the fact discovery deadline be moved in its entirety, but instead, that leave be granted to take the foregoing limited discovery. The Parties are not seeking leave for purposes of delay.

The Parties have not reached agreement regarding several other depositions that were not scheduled before the close of fact discovery and set forth their positions below:

**Microsoft's Position:**

Microsoft further requests that the Court grant leave to take the testimony of Ms. Estella Suarez, individually and as a corporate representative of the Jülich Supercomputing Centre, on February 5, 2026. Ms. Suarez's testimony will be taken pursuant to the Local Court of Jülich's—the competent foreign authority—noticing of a deposition hearing of Ms. Suarez in Germany pursuant to the Hague request issued in this case, which Microsoft had submitted to this Court on May 29, 2025. Dkt. 56; *ordered* Dkt. 58. The Parties do not control when Ms. Suarez's deposition hearing will occur; only the Local Court of Jülich sets that date.

**Plaintiffs' Position**:

Plaintiffs oppose Microsoft's request that the Court grant leave to take the testimony of Ms. Estella Suarez, individually and as a corporate representative of the Jülich Supercomputing

Centre, on February 5, 2026. Microsoft was not diligent in seeking the requested testimony during discovery and has not shown good cause for taking Ms. Suarez's deposition out of time. Microsoft already asked this Court for an extension of the fact discovery deadline and for a continuance of the trial date to permit Microsoft to continue seeking discovery under the Hague Convention, including testimony from Ms. Suarez and the Jülich Supercomputing Centre. *See* ECF No. 144, at 5, 11, 14. As Plaintiffs previously explained in opposing Microsoft's motion for a continuance, Microsoft first moved for issuance of letters rogatory pursuant to the Hague Convention seeking testimony from Ms. Suarez and the Jülich Supercomputing Centre in February 2025. That was eight months after this suit began and four months after discovery opened. *See* ECF No. 152, at 7. Accordingly, Microsoft was not diligent. The Court denied Microsoft's motion for continuance, specifically "find[ing] that Defendant has not shown sufficient diligence." ECF No. 161. That conclusion remains true. Microsoft failed to diligently seek testimony from Ms. Suarez and the Jülich Supercomputing Centre and should not be permitted to do so after the fact discovery deadline.

Dated: January 26, 2026

/s/ *Alexander W. Aiken*
Justin A. Nelson – Lead Counsel
Texas State Bar No. 24034766
SUSMAN GODFREY, LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
Rachel S. Black
Washington State Bar No. 32204
Alexander W. Aiken

Respectfully submitted,

/s/ *Melissa Smith* (w/ permission)
Melissa Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLIAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Betty H. Chen
Lead Attorney
Texas State Bar No. 24056720
DESMARAIS LLP
101 California Street, Suite 3070

Washington State Bar No. 55988
SUSMAN GODFREY, LLP
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

Jacob Brooks Levin
New York State Bar No. 6247589
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
jlevin@susmangodfrey.com

Claire Abernathy Henry
Texas State Bar No. 24053063
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@wsfirm.com

S. Calvin Capshaw
Texas State Bar No. 03783900
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com

*Counsel for Plaintiffs ParTec AG and BF exaQC AG*

San Francisco, CA 94111
Tel: (415) 573-1905
Fax: (415) 573-1901
bchen@desmaraisllp.com

Jeffrey S. Seddon, II (*pro hac vice*)
Caitrianne Feddeler (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue, 26th Fl
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401
jseddon@desmaraisllp.com
cfeddeler@desmaraisllp.com

*Attorneys for Defendant Microsoft Corporation*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that I served counsel of record on January 26, 2026, with a copy of this document via the Court's CM-ECF system.

                                              */s/ Alexander W. Aiken*
                                              Alexander W. Aiken

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), counsel for all parties met and conferred regarding the relief requested above. As stated, the parties are agreed as to the relief requested, except for as to testimony of Ms. Estella Suarez, individually and as a corporate representative of the Jülich Supercomputing Centre.

                                              */s/ Alexander W. Aiken*
                                              Alexander W. Aiken