**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

## <u>ORDER</u>

Before the Court is the parties' Joint Motion for Leave to Take Depositions After the Fact Discovery Deadline.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties are granted leave to take depositions as follows:

[**Microsoft's Position**:

| Deponent | Date |
|---|---|
| Brett Tanzer, individually and as a corporate representative of Microsoft. | January 29, 2026 |
| Mark Russinovich, individually and as a corporate representative of Microsoft. | February 6, 2026 |
| Dharma Shukla, individually. | February 9, 2026 |
| Norbert Eicker, individually. | February 27, 2026 |
| Estella Suarez, individually and as a corporate representative of Jülich Supercomputing Centre | February 5, 2026 |
| University of Illinois, Urbana-Champaign. | Tentatively January 30, 2026 |

[**Plaintiffs' Position**:

| Deponent | Date |
|---|---|
| Brett Tanzer, individually and as a corporate representative of Microsoft. | January 29, 2026 |
| Mark Russinovich, individually and as a corporate representative of Microsoft. | February 6, 2026 |
| Dharma Shukla, individually. | February 9, 2026 |
| Norbert Eicker, individually. | February 27, 2026 |
| University of Illinois, Urbana-Champaign. | Tentatively January 30, 2026 |