

*Ministero degli Affari Esteri e della Cooperazione Internazionale*

D.G.I.T. – UNITÀ PER LA TUTELA DEGLI ITALIANI ALL'ESTERO E LA COOPERAZIONE GIUDIZIARIA INTERNAZIONALE
AUTORITA' CENTRALE
CONVENZIONE DE L'AJA DEL 18.03.1970

*Codice Mittente:* 4114/MN/

0 3 DIC. 2025

Roma,  2 2066 4
(data e numero di protocollo)

Posizione: | K/E | 370 | | | |

**Object**: Return of civil rogatory's documents, under the Hague Convention of 18.03.1970, concerning the acquisition of information in the context of the civil suit N. 2:24-cv-00433 RWS between **PARTEC AG e BF EXAQC AG c. MICROSOFT CORPORATION** - Oral Testimony from **Mauro Rossi** as a Senior Principal Engineer at Eurotech S.p.A.

**Reference**: Note from the United States District Court Eastern District of Texas of 15.04.2025; Note from Court of Udine of 11.11.25 Prova delegate RACC. 1626/2025 received on 19.11.2025.

**NOTE addressed to:**     **UNITED STATES DISTRICT COURT**
The Honorable Roy Payne
United States Magistrate Judge
United States District Court for the Eastern District of Texas
Sam B. Hall, Jr Federal Building and United States Courthouse
100 East Houston Street
Marshall, TX 75670
United States of America

With regard to the civil rogatory in object received with the Note in reference, we are pleased to forward the related documentation sent from the Court of Udine.

We thank you for your kind collaboration.

The Head of Office
Cons. Amb. Marco Petacco