UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG, <br><br> Plaintiffs, <br><br> vs. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP <br><br> **JURY TRIAL DEMANDED** |

# ORDER

Before the Court is Microsoft's Motion For Leave To Take Two Third-Party Depositions After The Fact Discovery Deadline.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties are granted leave to take depositions as follows:

| Deponent | Date |
|---|---|
| Estella Suarez, individually and as a corporate representative of Jülich Supercomputing Centre | February 5, 2026 |
| SchedMD LLC | February 2026 |