UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendant Microsoft Corporation's Motion for Leave to Take Two Third-Party Depositions After the Fact Discovery Deadline. **Dkt. No. 180.** The Court, having considered the Motion and relevant authority, is of the opinion that it should be and is hereby **DENIED**.