# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PARTEC AG *and* BF EXAQC AG, | § § § | |
| *Plaintiffs*, | § | |
| v. | § | CASE NO. 2:24-CV-00433-RWS-RSP |
| MICROSOFT CORPORATION, | § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Parties' Joint Motion for Leave to Take Depositions After the Fact Discovery Deadline. **Dkt. No. 176**. The fact discovery deadline was January 26, 2026, but the Parties were unable to schedule several depositions before that timeframe. The Parties have agreed to depose each of the following witnesses: Brett Tanzer, Mark Russinovich, Dharma Shukla, Norbert Eicker, and University of Illinois, Urbana-Champaign. *Id.* at 1–2. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

The Parties disagree about deposing Estrella Suarez of JSC. *Id.* at 2–3. Because that deposition is also the subject of another pending motion, that issue is **CARRIED** to be addressed alongside that co-pending motion (Dkt. No. 180).

Accordingly, it is hereby **ORDERED** that the Parties have leave to conduct the out-of-time depositions of Brett Tanzer, Mark Russinovich, Dharma Shukla, Norbert Eicker, and the University of Illinois, Urbana-Champaign at the agreed-upon times listed in the Motion (Dkt. No. 176).

**SIGNED this 5th day of February, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1