# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG *and* BF EXAQC AG, § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> MICROSOFT CORPORATION, § <br> *Defendant*. § | CASE NO. 2:24-CV-00433-RWS-RSP |

## ORDER

Before the Court is Defendant Microsoft Corporation's Motion for Leave to Take Two Third-Party Depositions After the Fact Discovery Deadline. **Dkt. No. 180**. Microsoft seeks deposition of (1) "Estrella Suarez, the Joint lead of JSC's Novel System Architecture Design department and a contributor to research projects with ParTec AG," and (2) "SchedMD . . . the creator of SLURM," a prior art system relied upon in Microsoft's invalidity contentions. *Id.* at 2. However, the Court is persuaded by Plaintiffs' arguments that neither deposition has been shown to be of sufficient importance, and Microsoft has shown a lack of diligence in pursuing both. *See* Dkt. No. 181 at 1–6. Accordingly, the Motion is **DENIED**.

**SIGNED this 5th day of February, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE