**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| PARTEC AG and BF EXAQC AG, <br><br> *Plaintiffs*, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> *Defendant*. | Civil Action No. 2:24-cv-00433-RWS-RSP <br><br> **JURY TRIAL DEMANDED** |

**JOINT NOTICE OF MOOTNESS
REGARDING MICROSOFT'S MOTION TO STRIKE (DKT. 178)**

On January 29, 2026, Microsoft moved to strike Plaintiffs' infringement allegations concerning the OpenAI Supercomputer from Plaintiffs' infringement contentions. *See* Dkt. 178. Plaintiffs are no longer pursuing claims regarding the OpenAI Supercomputer. Accordingly, the parties agree that Microsoft's motion to strike (Dkt. 178) is moot.

Dated: February 12, 2026

By: */s/ Jacob B. Levin*
Justin A. Nelson – Lead Counsel
State Bar No. 24034766
**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364

Respectfully submitted,

By: */s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Betty Chen
LEAD ATTORNEY

Case 2:24-cv-00433-RWS-RSP    Document 185    Filed 02/12/26    Page 2 of 3 PageID #: 8361

Rachel S. Black
Washington State Bar No. 32204
Alexander W. Aiken
Washington State Bar No. 55988
**SUSMAN GODFREY, LLP**
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

Jacob Brooks Levin
New York State Bar No. 6247589
**SUSMAN GODFREY, LLP**
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
jlevin@susmangodfrey.com

Claire Abernathy Henry
State Bar No. 24053063
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@wsfirm.com

S. Calvin Capshaw
State Bar No. 03783900
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com

*Counsel for Plaintiffs ParTec AG and BF exaQC AG*

State Bar No. 24056720
bchen@desmaraisllp.com
Peter C. Magic (*pro hac vice*)
pmagic@desmaraisllp.com
**DESMARAIS LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Jeffrey Seddon (*pro hac vice*)
jseddon@desmaraisllp.com
Michael Wueste (*pro hac vice*)
mwueste@desmaraisllp.com
Caitrianne Feddeler (*pro hac vice*)
cfeddeler@desmaraisllp.com
Lee J. Matalon
State Bar No. 24117858
lmatalon@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Tel: 212-808-1041
Fax: 212-351-3401

*Counsel for Microsoft Corporation*

2

## **CERTIFICATE OF SERVICE**

I certify that a copy of this document is being served on all counsel of record who are deemed to have consented to electronic service via CM/ECF on this day.

Dated: February 12, 2026                    By: */s/ Melissa R. Smith*