IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG *and* BF EXAQC AG, § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> MICROSOFT CORPORATION, § <br> *Defendant*. § | CASE NO. 2:24-CV-00433-RWS-RSP |

## ORDER

    Before the Court is Microsoft's Motion for Partial Reconsideration. **Dkt. No. 186**. Microsoft seeks consideration of this Court's denial of leave to take a third-party deposition of Dr. Estela Suarez after the close of fact discovery. *Id.* at 1 (citing Order, Dkt. No. 183 at 1). Microsoft cites new evidence showing that the delay in scheduling the deposition, once it had been requested, was due to the delay of the local German court, and not its own delay. *Id.* at 2–3. However, as Partec points out, "Microsoft waited eight months after Plaintiffs filed this lawsuit—and four months after discovery began—to ask this Cour to issue letters rogatory," and "learned on January 2 that the JSC hearing was set for February 5," but waited until "the evening of February 2 . . . [to] move[] for leave to conduct the hearing/deposition out of time." Dkt. No. 187 at 1–3. Accordingly, the Court finds that the Motion should be and hereby is **DENIED**.

    **SIGNED this 18th day of February, 2026.**

 

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1