IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG *and* BF EXAQC AG,  §<br>    *Plaintiffs*,  §<br>  §<br>v.  §<br>  §<br>MICROSOFT CORPORATION,  §<br>    *Defendant*.  §<br>  § | CASE NO. 2:24-CV-00433-RWS-RSP |

## ORDER

Before the Court is Microsoft's Motion to Strike the "OpenAI Supercomputer" from Plaintiff's Infringement Contentions. **Dkt. No. 178**. Since its filing, the parties have submitted a Joint Notice of Mootness Regarding Microsoft's Motion to Stirke (Dkt. No. 178), Dkt. No. 185, indicating that the Motion is now moot as Plaintiff is no longer pursuing such claims. Accordingly, the Court finds that the Motion (Dkt. No. 178) should be and hereby is **DENIED AS MOOT**.

**SIGNED this 18th day of February, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE