**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-RWS-RSP |

**NOTICE OF REQUESTS**
**FOR DAILY TRIAL TRANSCRIPTS AND REAL TIME REPORTING**

Defendant Microsoft Corporation. hereby requests daily transcripts and real-time reporting of the court proceedings during the trial of this action.  Further, a copy of this request was also sent via electronic mail to the Court Reporter, Mr. Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.

Dated: April 27, 2026            Respectfully submitted,


By: */s/ Melissa R. Smith*
   Melissa R. Smith
   State Bar No. 24001351
   Melissa@gillamsmithlaw.com
   Harry Lee Gillam , Jr
   gil@gillamsmithlaw.com
   **GILLAM & SMITH, LLP**
   303 South Washington Avenue
   Marshall, Texas 75670
   Telephone: (903) 934-8450
   Facsimile: (903) 934-9257

   Betty Chen
   LEAD ATTORNEY

State Bar No. 24056720 bchen@desmaraisllp.com
Peter Magic
pmagic@desmaraisllp.com (pro hac vice)
**DESMARAIS LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

Jeffrey Seddon (pro hac vice)
jseddon@desmaraisllp.com Caitrianne Feddeler (pro hac vice) cfeddeler@desmaraisllp.com
Lee Matalon
State Bar No. 24117858
lmatalon@desmaraisllp.com
Michael Wueste (pro hac vice)
mwueste@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue New York, NY 10169 Tel: (212) 351-3400
Fax: (212) 351-3401

Ha Huynh (pro hac vice)
hhuynh@desmaraisllp.com
**DESMARAIS LLP**
1899 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20006
Tel: (202) 451-4900
Fax: (202) 451-4901

*ATTORNEYS FOR DEFENDANT*
*MICROSOFT CORPORARTION.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on April 27, 2026, all counsel of record who are

deemed to have consented to electronic service are being served with a copy of this document via

the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith

- 2 -