**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:24-cv-00433-RWS<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiffs ParTec AG and BF exaQC AG ("Plaintiffs") and Defendant Microsoft Corporation ("Microsoft") jointly notify the Court that the parties have reached an agreement to settle all matters in controversy. Pursuant to the Court's Standing Order Regarding Proper Notification of Settlement to the Court in Cases Pending Before Judge Robert Schroeder, a copy of the executed settlement agreement, which sets forth the terms and amount of the settlement, is attached as Exhibit A. Accordingly, the parties jointly request that the Court enter a thirty-day stay of all deadlines and postpone entry of an amended Docket Control Order in the above-captioned case until June 7, 2026, so as to provide the parties time to prepare and submit appropriate dismissal papers consistent with the requirements and procedure set forth in the settlement agreement. The parties stipulate that if any issues arise in formalizing the settlement papers, the parties agree to submit such issues to the Court for final resolution.

Dated: May 8, 2026                                      Respectfully submitted,

*/s/ Jacob B. Levin*                                       */s/ Melissa R. Smith (w/ permission)*
Justin A. Nelson – Lead Counsel              Melissa R. Smith
Texas State Bar No. 24034766                  State Bar No. 24001351

SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
Rachel S. Black
Washington State Bar No. 32204
Alexander W. Aiken
Washington State Bar No. 55988
SUSMAN GODFREY, L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

Jacob B. Levin
New York State Bar No. 6247589
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
jlevin@susmangodfrey.com

Claire Abernathy Henry
Texas State Bar No. 24053063
MILLER, FAIR, HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

S. Calvin Capshaw
Texas State Bar No. 03783900
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com

melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Betty Chen
LEAD ATTORNEY
State Bar No. 24056720
bchen@desmaraisllp.com
Peter C. Magic (*pro hac vice*)
pmagic@desmaraisllp.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

John Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Jeffrey Seddon (*pro hac vice*)
jseddon@desmaraisllp.com
Michael Wueste (*pro hac vice*)
mwueste@desmaraisllp.com
Caitrianne Feddeler (*pro hac vice*)
cfeddeler@desmaraisllp.com
Lee J. Matalon
State Bar No. 24117858
lmatalon@desmaraisllp.com
Brian Anderson (*pro hac vice*)
banderson@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: 212-808-1041
Fax: 212-351-3401

Ha Huynh (*pro hac vice*)
hhuynh@desmaraisllp.com
DESMARAIS LLP
1899 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20006
Tel: (202) 451-4900
Fax: (202) 451-4901

2

3

*Attorneys for Plaintiffs ParTec AG and BF exaQC AG*

*Counsel for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

This is to certify that on May 8, 2026, all counsel of record were served a copy of the foregoing via CM/ECF.

/s/ *Jacob B. Levin*
Jacob B. Levin

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

The undersigned hereby certifies that a Protective Order has been entered in this matter authorizing the parties to file "Designated Material" under seal.

/s/ *Jacob B. Levin*
Jacob B. Levin

4