# EXHIBIT A

## Restricted – Confidential

## Filed Under Seal Pursuant To Protective Order