**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PARTEC AG and BF EXAQC AG, | |
| Plaintiffs, | Civil Action No. 2:24-cv-00433-RWS-RSP |
| vs. | |
| MICROSOFT CORPORATION, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## <u>ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES IN LIGHT OF SETTLEMENT</u>

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement filed by Plaintiffs ParTec AG and BF exaQC AG ("Plaintiffs") and Defendant Microsoft Corporation ("Microsoft"). Having considered the Motion, the Court finds that the Motion should and hereby is **GRANTED**.

It is therefore **ORDERED** that all deadlines in the above-styled case are hereby **STAYED** for thirty (30) days from the issuance of this Order, during which time dismissal papers shall be tendered to the Court.