# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| PARTEC AG and BF EXAQC AG,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 2:24-cv-00433-RWS<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, *see* Dkt. No. 283, Plaintiffs ParTec AG and BF exaQC AG ("Plaintiffs") and Defendant Microsoft Corporation ("Microsoft") have agreed to settle, adjust, and compromise all claims and counterclaims in the above-captioned action. The Parties therefore move this Court to dismiss all claims by Plaintiffs against Microsoft as well as all counterclaims by Microsoft against Plaintiffs with prejudice to the re-filing of the same.

The Parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

Dated: May 19, 2026

Respectfully submitted,

*/s/ Jacob B. Levin*
Justin A. Nelson – Lead Counsel
Texas State Bar No. 24034766
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366

*/s/ Melissa R. Smith (w/ permission)*
Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670

Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
Rachel S. Black
Washington State Bar No. 32204
Alexander W. Aiken
Washington State Bar No. 55988
SUSMAN GODFREY, L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

Jacob B. Levin
New York State Bar No. 6247589
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
jlevin@susmangodfrey.com

Claire Abernathy Henry
Texas State Bar No. 24053063
MILLER, FAIR, HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

S. Calvin Capshaw
Texas State Bar No. 03783900
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com

*Attorneys for Plaintiffs ParTec AG and BF exaQC AG*

Tel: (903) 934-8450
Fax: (903) 934-9257

Betty Chen
LEAD ATTORNEY
State Bar No. 24056720
bchen@desmaraisllp.com
Peter C. Magic (*pro hac vice*)
pmagic@desmaraisllp.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

John Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Jeffrey Seddon (*pro hac vice*)
jseddon@desmaraisllp.com
Michael Wueste (*pro hac vice*)
mwueste@desmaraisllp.com
Caitrianne Feddeler (*pro hac vice*)
cfeddeler@desmaraisllp.com
Lee J. Matalon
State Bar No. 24117858
lmatalon@desmaraisllp.com
Brian Anderson (*pro hac vice*)
banderson@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: 212-808-1041
Fax: 212-351-3401

Ha Huynh (*pro hac vice*)
hhuynh@desmaraisllp.com
DESMARAIS LLP
1899 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20006
Tel: (202) 451-4900
Fax: (202) 451-4901

*Counsel for Defendant Microsoft Corporation*

2

**CERTIFICATE OF SERVICE**

This is to certify that on May 19, 2026, all counsel of record were served a copy of the foregoing via CM/ECF.

/s/ *Jacob B. Levin*
Jacob B. Levin

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h), that the parties complied with the meet and confer requirement and are jointly filing this motion.

/s/ *Jacob B. Levin*
Jacob B. Levin

3